Ronald J. Skocypec, Esq., Bar No.: 072690
rskocypec@pb-llp.com
Melodee A. Yee, Esq., Bar No.: 168541
myee@pb-llp.com
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company,<br><br>   Plaintiff,<br><br>vs.<br><br>Michael T. Blatt,<br><br>   Defendant. | Case No.:<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND ACCOMPANYING DOCUMENTS |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| RONALD J. SKOCYPEC, ESQ., Bar #072690 <br> PETERSON & BRADFORD, LLP <br> 100 NORTH FIRST STREET <br> SUITE 300 <br> BURBANK, CA 91502 <br> Telephone No: 818-562-5800   FAX No: 818-562-5810 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: LIBERTY MUTUAL INSURANCE COMPANY | | | | |
| Defendant: MICHAEL T. BLATT | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS CIVIL/CASE, DO** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C062022 SC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Efc Registration Information Handout ; Order Setting Initial Case Management Conference And Adr Deadlines; San Francisco Us District Guidelines

3. a. Party served:           MICHAEL T. BLATT
   b. Person served:         "JANE DOE", OCCUPANT, White Female 35 Years Old, Blonde Hair, Eyes, 5 Feet 8 Inches, 135 Pounds.

4. Address where the party was served:   5 MARION STREET
                                         Sausalito, CA 94965

5. I served the party:
   b. **by substituted service.** On: Mon., Apr. 03, 2006 at: 7:30AM by leaving the copies with or in the presence of:
   "JANE DOE", OCCUPANT, White Female 35 Years Old, Blonde Hair, Eyes, 5 Feet 8 Inches, 135 Pounds.
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Apr. 03, 2006 from: LOS ANGELES, CA

7. **Person Who Served Papers:**              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. M. P. BUSKIRK                           d. *The Fee for Service was:*
                                              e. I am: (3) registered California process server
   First Legal Support Services                     (i)   Owner
   ATTORNEY SERVICES                                (ii)  Registration No.:    P327
   1511 BEVERLY BOULEVARD                           (iii) County:              Sonoma
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Apr. 04, 2006                                             *(signature)*  (M. P. BUSKIRK)

   Judicial Council Form                    PROOF OF SERVICE                                     3588351.fonsk.6547
   Rule 982.9.(a)&(b) Rev July 1, 2004      SUMMONS CIVIL/CASE, DON'