**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2006

RE:  CV 06-02022 SC        LIBERTY MUTUAL INSURANCE COMPANY-v- MICHAEL T. BLATT

Default is entered as to defendant Michael T. Blatt on 05/03/06. Default Decision sent to all parties by e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89