**ATTORNEYS AT LAW**

# Peterson & Bradford, LLP

100 North First Street
Suite 300
Burbank, California 91502-1845
T-818.562.5800 F-818.562.5810

0379-Liberty
myee@PB-LLP.com

June 23, 2006

File No:
Email:

<u>VIA ELECTRONIC FILING</u>

The Honorable Samuel Conti
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:    **Liberty Mutual Insurance Company v. Blatt**
United States District Court Case NO. C 06 2022 SC

To The Honorable Samuel Conti:

This letter is to confirm that the Initial Status Conference originally set in the above-referenced matter for July 28, 2006 has been taken off calendar in light of the default entered against defendant Michael Blatt.

In addition, the hearing on plaintiff's Motion for Default Judgment, previously scheduled for July 28, 2006, has been rescheduled for <u>August 25, 2006</u> at 10:00 a.m.

These changes have been discussed and calendared with the assistance of your clerk, Teresa De Martini.

Should you have any questions, please contact me directly at (818) 562-5800.  Thank you.

Very truly yours,

Melodee A. Yee

MAY: nr