Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, | Case No.: C 06 2022 SC |
| Plaintiff, | |
| vs. | **PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| Michael T. Blatt, | |
| Defendant. | [Concurrently Filed With Declarations Of Michael Barnette and Melodee A. Yee and Exhibits In Support Thereof; Request For Judicial Notice; [Proposed] Order; And [Proposed] Judgment] |
| | DATE:   August 25, 2006 |
| | TIME:   10:00 A.M. |
| | DEPT.: Ctrm 1, 17th Floor |

On August 25, 2006 at 10:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled court, located at Ctrm 1, 17th Floor, 450 Golden State Avenue, San Francisco, CA, plaintiff Liberty Mutual Insurance Company ("Liberty") will present its application to the Court for a default judgment against defendant Michael T. Blatt.  The clerk has previously entered the default of said defendant on May 3, 2006.

1

At the time and place of hearing, Liberty will present proof of the following matter:

1.   Defendant Michael T. Blatt is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

2.   Said defendant has not appeared in this action.

3.   Liberty is entitled to judgment against defendant Michael T. Blatt on account of the claims pleaded in the complaint, to wit:  Liberty is not and was not obligated under its policy for certain payments made in defendant's defense in an underlying action nor was Liberty obligated to pay for costs taxed against the defendant in the same underlying action. Liberty reserved its rights against the defendant with respect to these payments.   As such, Liberty is entitled to recover these payments from defendant under Buss v. Superior Ct., 16 Cal.4th 35 (1997).

4.   The amount of judgment sought is the sum of **$315,409.98** as set forth in the attached memorandum of points and authorities and supporting declarations concurrently filed herewith.

This motion is based on this application and attached memorandum of points and authorities, the declarations of Michael Barnette and Melodee A. Yee and request for judicial notice concurrently filed herewith, and all pleadings, files, and other records on file or that may be presented at the hearing.

DATED: July 21, 2006                    PETERSON & BRADFORD LLP

By: _____
     Ronald J. Skocypec, Esq.
     Melodee A. Yee, Esq.
     Attorneys for Plaintiff
     Liberty Mutual Insurance Company

2

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

This action was brought in order to obtain reimbursement of defense fees and costs expended by plaintiff Liberty, on behalf of an additional insured, defendant Michael T. Blatt (hereafter referred to as "defendant" or "Blatt"), with respect to an underlying lawsuit in which various claims were made against defendant. Certain of the underlying claims against Blatt were not covered, or even potentially covered, under the provisions of the policy issued by Liberty, yet Liberty defended the entire action pursuant to <u>Buss v. Superior Ct.</u>, 16 Cal.4th 35 (1997). In addition, in order to resolve the underlying litigation against Blatt, Liberty also paid costs and fees that were taxed against Blatt which related to damages which were neither covered nor potentially covered under the Liberty policy.

The summons and complaint in this action were properly served in this action and default was entered against Blatt on May 3, 2006. As such, Liberty brings this application for default judgment. Under <u>Buss</u> and related cases, Liberty is entitled to reimbursement of such fees and costs from Blatt in the amount of $315,409.98.

## STATEMENT OF FACTS

Liberty issued a commercial general liability insurance policy to Schnabel Foundation Company ("Schnabel"), policy no. TB1-131-011670-397, effective April 1, 1998 to April 1, 1999 (the "Policy"). (See Exhibit "A" to Complaint herein; Declaration

3

1  of Michael Barnette concurrently filed herewith ("Barnette Decl."), p. 2:8-11)  Defendant

2  was named as an additional insured under the Policy, but "only with respect to liability

3  arising out of [Schnabel's] operations . . . ." (See Complaint, para. 13; Exhibit "A" to

4  Complaint, p. 72;  Barnette Decl., p. 2:14-16)

5

6         In or around June 1997, defendant Blatt was the owner of the properties

7  designated as 435 and 445 Bridgeway Avenue in Sausalito, California.  (Complaint,

8  para. 8)  Blatt retained Schnabel to perform limited work on the property relating to the

9  development of the property.  (Complaint, para. 9)  The contract between Schnabel

10  and Blatt specifically excluded the following from Schnabel's scope of work:  (a) layout

11  of the wall line; (b) provisions for routing drainage from behind the wall locations; (c)

12  wall finish other than rod finish; (d) excavation as required per plans; and (e) drainage

13  V-ditch behind and above the soil nail walls.  (Complaint, para. 9)  The project was

14  completed and sold by Blatt to James Gabbert and Michael Lincoln (the "underlying

15  plaintiffs") in or around September 1998.  (Complaint, para. 9, 10)  The underlying

16  plaintiffs sued Blatt in January 2002 for construction defects in the action entitled

17  Gabbert, et al. v. Michael Blatt, et al., Marin County Superior Court, case no. 020477

18  (the "Gabbert Action").  (See Exhibit "B" to Complaint)  Schnabel was later named in

19  the action as a cross-defendant.

20

21         Blatt tendered his defense of the Gabbert Action to Liberty as an additional

22  insured under the Schnabel policy on March 21, 2002.  (Barnette Decl., p. 2:12-14)

23  Liberty agreed to provide a defense under a reservation of rights.  (Barnette Decl., p.

24  2:16-17)  This reservation of rights letter specifically included Liberty's right to seek

25  reimbursement of defense fees and costs not associated with the covered or potentially

26  covered damages.  (Barnette Decl., p. 2:17-23; Exhibit "1" to Barnette Decl.)

27

28

4

The underlying action was tried to decision.  (Complaint, para. 17; Request for Judicial Notice concurrently filed herewith ("RJN"), Exhibits 5 and 6)    Schnabel received a defense verdict.  (Complaint, para. 17;  RJN, Exhibit 5, pp. 6-8, 13-14, 16; Barnette Decl., p. 3:10-11)  However, a judgment against defendant Blatt was entered in the amount of $144,428.60.  (See Complaint, para. 17; RJN, Exhibit 6, p. 19; Barnette Decl., p. 3:13-14)   The trial court also awarded attorney fees and costs against Blatt in the amount of $300,303.85.  (See Complaint, para. 17; RJN, Exhibit 6, p. 19)  Defendant paid the $144,428.60 verdict against him.  (See Complaint, para. 18; Barnette Decl., p. 3:13-14)  Liberty paid the cost award of $300,303.85 under protest in order to resolve the underlying litigation against its additional insured and pursuant to the reservation of rights to seek recovery of the amount paid.  (See Complaint, para. 19, Barnette Decl.; p. 3:14-19; Exhibits "1" and "4" to Barnette Decl.)

## I

## LIBERTY IS ENTITLED TO RECOVER CERTAIN FEES
## AND COSTS FROM DEFENDANT

A.    Liberty Is Entitled To Reimbursement Of The Fees And Costs Awarded Against Defendant.

Liberty's obligations to Blatt under the Policy are limited by the terms of the additional insured endorsement.   That endorsement provides that Blatt was an additional insured under the Policy, but "only with respect to liability arising out of [Schnabel's] operations . . . ."  (See Complaint, para. 13; Exhibit "A" to Complaint, p. 72)  Thus, Liberty had no obligations to Blatt under the Policy with respect to liability unrelated to Schnabel's operations. In light of the defense verdict pertaining to Schnabel in the underlying action, it is clear that the trier of fact found no liability

relating to Schnabel's operations. (RJN, Exhibit 5, pp. 6-8, 13-14, 16)  As such, Liberty clearly had no duties under the Policy to Blatt after the verdict.  <u>Montrose Chemical Corp. v. Superior Ct.</u>, 6 Cal.4th 287, 295 (1993) (defense duty arises upon tender of potentially covered claim and continues until the underlying action is concluded or until it has been shown that there is no potential for coverage). Since the defense verdict eliminated further potential coverage, Liberty was not obligated to pay the $300,303.85 in costs and fees taxed against Blatt in favor of the underlying plaintiffs as the prevailing parties.  Liberty did so under a reservation of rights, including the right to seek reimbursement, in order to resolve the underlying litigation.  (Barnette Decl., p. 3:14-19)

In <u>Buss</u>, the California Supreme Court held that, "[a]s to the claims that are not even potentially covered, however, the insurer may indeed seek reimbursement for defense costs."   16 Cal.4th at 50.   "'California law clearly allows insurers to be reimbursed for attorney's fees' and other expenses 'paid in defending insureds against claims for which there was no obligation to defend.'"  <u>Id</u>. at 51, citation omitted.  The California Supreme Court explained:

> "Under the policy, the insurer does not have a duty to defend
> the insured as to the claims that are not even potentially
> covered. With regard to defense costs for these claims, the
> insurer has not been paid premiums by the insured. It did not
> bargain to bear these costs. To attempt to shift them would
> not upset the arrangement. [Citation.] The insurer therefore
> has a right of reimbursement that is implied in law as quasi-
> contractual, whether or not it has one that is implied in fact in
> the policy as contractual. . . . As stated, under the law of
> restitution such a right runs against the person who benefits

6

from 'unjust enrichment' and in favor of the person who suffers loss thereby. The 'enrichment' of the insured by the insurer through the insurer's bearing of unbargained-for defense costs is inconsistent with the insurer's freedom under the policy and therefore must be deemed 'unjust.'" Id.

Further, "an insurer, having reserved its right to do so, may obtain reimbursement of defense costs which, in hindsight, it never owed." Scottsdale Ins. Co. v. MV Transportation, 36 Cal.4th 643, 657 (2005). Thus, under Buss and its progeny, an insurer can seek reimbursement of "defense costs that can be allocated solely to the claims that are not even potentially covered." Buss, 16 Cal.4th at 53. Costs and fees taxed against an insured are considered a function of defense costs. Prichard v. Liberty Mutual Ins. Co., 84 Cal.App.4th 890, 912 (2000). In light of the defense verdict and judgment rendered in Schnabel's favor, there was no actual or potential coverage available to Blatt under the terms of the Policy. Because the costs and fees taxed against Blatt do not relate to any claims of damage covered or potentially covered under the Policy and post-date the defense verdict, Liberty is entitled to reimbursement of the $300,303.85 it paid on Blatt's behalf under a reservation of rights.

B.    Liberty Is Entitled To Reimbursement Of Defense Fees And Costs Which Are Attributable Solely To Claims That Are Not Even Potentially Covered.

Liberty paid a total of $198,345.11 in attorney's fees and costs in the defense of Blatt in the underlying Gabbert Action. (Barnette Decl., pp. 2:28-3:1; Exhibit "3" to Barnette Decl.) Pursuant to the same analysis as above, Liberty is also entitled to reimbursement of any and all defense fees and costs incurred in defending Blatt in the underlying action which can be allocated solely to claims which are not even potentially

1   covered.  The underlying complaint alleged claims for breach of contract, negligence,

2   fraud, negligent misrepresentation, concealment of material facts and breach of implied

3   warranty against defendant.  (See Complaint, para. 10; Exhibit "B" to Complaint)

4

5        An insurer does not have a duty to prosecute a cross-complaint on behalf of its

6   insured because the claims set forth therein could not possibly result in covered

7   damages against the insured, even if the claims alleged by the insured in the cross-

8   complaint are factually related to the claims against the insured.  <u>James 3 Corp. v.</u>

9   <u>Truck Ins. Exchange</u>, 91 Cal.App.4th 1093, 1104-05 (2001).  Thus, those billing entries

10   which solely relate to the prosecution of Blatt's cross-complaint are not even potentially

11   covered under the Liberty policy.  The total amount of fees solely allocable to the

12   prosecution of Blatt's cross-complaint is $688.50.[1] (Declaration of Melodee A. Yee

13   concurrently filed herewith ("Yee Decl."), para. 2)

14

15        Similarly, an insurer is not obligated to fund the insured's attempts to obtain

16   insurance coverage as such fees are not incurred in the defense of any "suit" seeking

17   "bodily injury" or "property damage."  (Exhibit "A" to Complaint, p. 85)   The sum of

18   $1,296.00 was incurred in pursuing insurance for Blatt in the Gabbert Action.[2]  (Yee

19   Decl., para. 3)

20

21

22        [1]   The entries relating to Blatt's cross-complaint are located on pages 11-14 of

23   Exhibit "2" to the Barnette Declaration and are indicated by a single underline.

24        [2]   The entries relating to obtaining insurance on Blatt's behalf are located on

25   pages 13-17, 21, 23, and 27-29 of Exhibit "2" to the Barnette Declaration and are

26   indicated by a double underline.  Certain of these items reference "Rand Chritton," who

27   was the coverage attorney for Oregon Mutual, and thus were related to Blatt's attempt

28   to obtain coverage for The Gabbert Action.  (Barnette Decl., p. 3:6-9)

The defense verdict against Schnabel was rendered on February 27, 2004. (RJN, Exhibit 5; Barnette Decl., p. 3:10-11)  Because the Policy provided coverage to Blatt only for liability arising out of Schnabel's operations, the jury's verdict cut off any further potential for coverage for Blatt under the Policy.  The attorneys' fees and costs incurred after February 27, 2004 total $13,121.63.[3]  (Yee Decl., para. 4)

In sum, of the total attorneys' fees and costs incurred in Blatt's defense, Liberty is entitled to reimbursement of $15,106.13 of these fees and costs from Blatt.  These items were never potentially covered.  See Scottsdale, 36 Cal.4th at 657.

## CONCLUSION

Based on the foregoing, Liberty respectfully requests that this application be granted and a default judgment be entered in its favor and against defendant Michael T. Blatt in the total amount of **$315,409.98**, representing $300,303.85 paid as supplementary payments and $15,106.13 paid in the defense of claims which were never potentially covered under the Policy.

DATED: July 2\ , 2006                    PETERSON & BRADFORD, LLP


                                         By: _____
                                              Ronald J. Skoogpec, Esq.
                                              Melodee A. Yee, Esq.

                                              Attorneys for Plaintiff
                                              Liberty Mutual Insurance Company

---

[3]  These entries relating to post-verdict fees and costs are located on pages 46-49, 51-53, and 55-56 of Exhibit "2" to Barnette Declaration and are circled.

1  Ronald J. Skocypec, Esq., Bar No.: 072690
   Melodee A. Yee, Esq., Bar No.: 168541
2  PETERSON & BRADFORD, LLP
   100 North First Street, Suite 300
3  Burbank, CA 91502
   818.562.5800
4  818.562.5810 – Facsimile

5
   Attorneys for Plaintiff
6  LIBERTY MUTUAL INSURANCE COMPANY

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
                   SAN FRANCISCO DIVISION
10

11 Liberty Mutual Insurance Company,      )  Case No.: C 06 2022 SC
                                          )
12              Plaintiff,                 )  **DECLARATION OF MELODEE A. YEE**
                                          )  **IN SUPPORT OF LIBERTY MUTUAL**
13      vs.                                )  **INSURANCE COMPANY'S**
                                          )  **APPLICATION FOR DEFAULT**
14 Michael T. Blatt,                      )  **JUDGMENT BY COURT**
                                          )
15                                         )
           Defendant.                      )  [Concurrently Filed With Application For
16                                         )  Default Judgment By Court; Declaration Of
                                          )  Michael Barnette; Request For Judicial Notice;
17                                         )  [Proposed] Order And [Proposed] Judgment]
                                          )
18                                         )
                                          )  DATE:  August 25, 2006
19                                         )  TIME:  10:00 A.M.
                                          )  DEPT.:  Ctrm 1, 17th Floor
20                                         )
                                          )
21                                         )
                                          )
22 _____)

23

24      I, Melodee A. Yee, declare:

25      I am an attorney licensed to practice before the United States District Court for

26 the Northern District of California, all courts in the State of California and am a member

27 of the law firm of Peterson and Bradford, LLP, attorneys of record for plaintiff Liberty

28 Mutual Insurance Company ("Liberty") in the instant action.  This declaration is filed in

                                    1

support of Liberty's application for default judgment against defendant Michael Blatt.  I have personal knowledge of the facts stated herein.  If called and sworn as a witness, I could and would competently testify to the following:

1.    I have spent significant time reviewing and analyzing the attorney billings relating to the defense of Michael Blatt in the suit entitled <u>Gabbert v. Michael Blatt, et al.</u>, Marin County Superior Court, case no. 020477 (the "Gabbert Action") .    In reviewing these billing invoices, I have located the following charges which Liberty contends are not covered under its policy and which Liberty seeks reimbursement from defendant Blatt under <u>Buss v. Superior Ct.</u>, 16 Cal.4th 35 (1997) and <u>Scottsdale Ins. Co. v. MV Transportation,</u> 36 Cal. 4th 643 (2005).

2.    On the billing summary titled "Detail Slip Listing" dated July 9, 2003, attached as Exhibit "2" to the concurrently filed declaration of Michael Barnette, at pages 11-14, there are a total of eight (8) listings, totaling $688.50, which reference legal work solely attributable to the pursuit of defendant Michael Blatt's cross-complaint in the Gabbert Action.  These defense fees are marked by a <u>single underline</u>.

3.    On the billing summary titled "Detail Slip Listing" dated July 9, 2003, attached as Exhibit "2" to the concurrently filed declaration of Michael Barnette, at pages 13-17, 21, 23, and 27-29, there are a total of seventeen (17) listings, totaling $1296.00, which reference legal work solely attributable to defendant Michael Blatt's pursuit of insurance coverage for the Gabbert Action.  These defense fees are marked by a <u>double underline</u>.

4.    On the billing statements dated March 1, 2004 though July 16, 2004, attached as Exhibit "2" to the concurrently filed declaration of Michael Barnette, at

pages 46-49, 51-53, and 55-56, there are numerous entries, totaling $13,121.63, which reference legal work performed after February 28, 2004, after the defense verdict was issued in Schnabel's favor in the Gabbert Action. These defense fees are circled.

5.    A few redactions on these bills were made out of an abundance of caution in order to protect any attorney-client privilege which may exist with respect to these bills in compliance with <u>Clarke v. American Commerce National Bank</u> (9th Cir. 1992) 974 F.2d 127, 129.

6.    Defendant Michael Blatt was properly served in this action yet has not appeared in this action. At no time has our office been contacted by Mr. Blatt or a representative of Mr. Blatt during the pendency of this declaratory relief action.

I declare under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on July 21, 2006, in Burbank, California.

MELODEE A. YEE

1  Ronald J. Skocypec, Esq., Bar No.: 072690
   Melodee A. Yee, Esq., Bar No.: 168541
2  PETERSON & BRADFORD, LLP
   100 North First Street, Suite 300
3  Burbank, CA 91502
   818.562.5800
4  818.562.5810 – Facsimile

5

6  Attorneys for Plaintiff
   LIBERTY MUTUAL INSURANCE COMPANY

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10                    SAN FRANCISCO DIVISION

11 | Liberty Mutual Insurance Company,   ) Case No.:  C 06 2022 SC
                                         )
12 |         Plaintiff,                  ) **DECLARATION OF MICHAEL**
                                         ) **BARNETTE IN SUPPORT OF LIBERTY**
13 |    vs.                              ) **MUTUAL INSURANCE COMPANY'S**
                                         ) **APPLICATION FOR DEFAULT**
14 |                                     ) **JUDGMENT BY COURT;**
   | Michael T. Blatt,                   )
15 |                                     )
   |         Defendant.                  ) **EXHIBITS**
16 |                                     )
                                         )
17                                       ) [Concurrently Filed With Application For
                                         ) Default Judgment By Court; Declaration
18                                       ) Of Melodee A. Yee; Request for Judicial
                                         ) Notice; [Proposed] Order; and [Proposed]
19                                       ) Judgment]
                                         )
20                                       )
                                         ) DATE:   August 25, 2006
21                                       ) TIME:   10:00 A.M.
                                         ) DEPT.:  Ctrm 1, 17th Floor
22                                       )
                                         )
23 |_____)

24         I, Michael Barnette, declare:

25         I am a Senior Technical Claim Specialist for Liberty Mutual Insurance Company

26 ("Liberty").   This declaration is filed in support of Liberty's application for default

27 judgment against defendant Michael Blatt.   I have personal knowledge of the facts

28

                                     1

stated herein.  If called and sworn as a witness, I could and would testify competently to the following:

1.    I was the claims person for Liberty primarily responsible for the handling of the underlying lawsuit entitled <u>Gabbert, et al. v. Michael Blatt, et al.,</u> Marin County Superior Court, case no. 020477 (the "Gabbert Action").  I am also currently the claims person responsible for the handling the instant declaratory relief action on behalf of Liberty.

2.    Liberty issued a policy of commercial general liability insurance to named insured Schnabel Foundation Company ("Schnabel") as policy no. TB1-131-011670-397, effective April 1, 1998 to April 1, 1999.  A true and correct copy of that policy is attached as Exhibit "A" to the Complaint filed in the instant action.

3.    Michael Blatt ("Blatt") was named as a defendant in the Gabbert Action and tendered his defense in the Gabbert Action to Liberty in or about March 21, 2002 as an additional insured under the Schnabel policy.  The additional insured endorsement to the Schnabel policy provides that Blatt was an additional insured under the policy but "only with respect to liability arising out of [Schnabel's] operations."  Liberty agreed to defend Blatt subject to a reservation of rights.  This reservation of rights letter stated, in relevant part, "We may withdraw our defense of this case if it is determined that the damages in question are not covered under the terms of our policy . . . . Our defense obligation is triggered only by allegations of 'property damage' arising out of our named insured's work.   We specifically reserve the right to seek allocation and/or reimbursement of any defense costs not associated with those allegations."  A true and correct copy of this reservation of rights letter is attached hereto as Exhibit "1."

4.    At the time of tender, Blatt had already retained attorney Ronald D. Foreman to defend his interests in the Gabbert Action.  Liberty agreed to allow attorney Foreman to continue to represent Blatt.

5.    Attorney Foreman forwarded his invoices with respect to the Gabbert Action directly to me on behalf of Liberty for payment.   Liberty paid a total of

$198,345.11 in the defense of Blatt in the Gabbert Action. True and correct copies of the relevant defense bills, with certain redactions, are attached hereto as Exhibit "2." The items sought to be reimbursed from Blatt are marked. True and correct copies of Liberty's payment screens reflecting the total defense fees and costs paid are attached hereto as Exhibit "3."

6.    Blatt also was defended in the Gabbert Action as an additional insured under a policy issued to Harold Bray Construction by Oregon Mutual Insurance Company for a certain amount of time. Rand Chritton, Esq. was the attorney handling this matter on behalf of Oregon Mutual Insurance Company.

7.    The verdicts in the Gabbert Action were entered on February 27, 2004. A defense verdict was obtained by Schnabel, Liberty's named insured. In contrast, a verdict was rendered against Blatt.

8.    After the judgment was rendered in the Gabbert Action, Blatt personally paid the judgment against him in the amount of $144,428.60. The plaintiffs in the Gabbert Action demanded that Liberty and/or Blatt pay the award of fees and costs of $300,303.85 taxed against Blatt and threatened to execute on Blatt's real property in order to satisfy this portion of the judgment. Liberty, under a reservation of rights, agreed to pay the $300,303.85 on Blatt's behalf and then to pursue reimbursement of this amount directly from Blatt in a subsequent proceeding. True and correct copies of the payment documents relating to this post-verdict payment are attached hereto as Exhibit "4."

9.    I have personally met defendant Michael Blatt in connection with the underlying Gabbert Action and know him to be an adult. I estimate that he is approximately sixty years old. I am aware that he has many years of experience as a real estate developer.

///

///

///

3

1    I declare under the laws of the United States of America, that the foregoing is

2  true and correct and that this declaration was executed on July 19, 2006, in

3  Pleasanton, California.

4

5

6                                    MICHAEL BARNETTE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**IBERTY
MUTUAL.**

Liberty Mutual Group

P.O. Box 9118
Pleasanton, CA 94566
(925) 734-9200
(800) 676-6514
Fax:(925) 734-0916

September 4, 2002

Ronald Foreman
Foreman & Brasso
807 Montgomery Street
San Francisco, CA 94133

RE:    Gabbert v. Blatt
       Liberty Mutual Insured: Schnabel Foundation Co.
       Our File No.: P602-070876-01
       Our Insured Job No.: 9-2476, 435-445 & 476 Bridgeway, Sausalito, CA

Dear Mr. Foreman:

This responds to your firm's letters to us in which you tendered the defense and indemnity of your client, Michael Blatt, as an additional insured under our policy for Schnabel Foundation Co., in the above action.

We have reviewed the subcontract and the certificates of insurance that you provided, and because the correspondence in this case can be read as alleging "property damage" to which our policy would potentially apply, we will agree to share in the defense of Michael Blatt, together with all other carriers with potentially applicable coverage, as an additional insured for the period of 4/1/97 to 4/1/98.
Liberty Mutual will share in the defense and indemnity of Michael Blatt in this action, pursuant to the terms and conditions set forth below.

We will pay for any defense costs and expenses as they relate to the defense of work performed on behalf of our named insured only. We will not pay for any other work, or time spent by your firm on behalf of any other subcontractor. We will pay for defense costs and expenses from the date of tender. We will pay $125.00 per hour for attorney fees and $65.00 per hour for paralegal work. This is in accordance with Civil Code Section 2860, Section C (2). If any other insurance carrier for Schnabel Foundation Co. also agrees to participate in the defense, we will share Schnabel Foundation's proportionate share with the co-carriers.
We will only pay for property damage to other property arising out of the named insured's work.

*Helping People Live Safer, More Secure Lives*                    EXHIBIT 1 p. 5

Please advise as to the following:

1) Does your client have their own insurance that would also apply to this loss?

2) Is your client entitled to contractual indemnity from any other subcontractors?

3) Have you tendered your client's defense and indemnity to any other carriers on behalf of our named insured, Schnabel Foundation Co. ?

4) Please provide us with your proposed cost sharing allocation, a copy of your fees and costs to date, and your estimated future fees and costs.

Please allow this to clarify our position with regard to your policy coverage concerning this lawsuit. Your policy does not provide coverage for your work or your product, fraud, breach of contract, failure to perform; nor does it provide coverage for damages which occur outside your policy period with Liberty Mutual. This insurance applies only to bodily injury or property damage which occurs during the policy period. The bodily injury or property damage must be caused by an occurrence.

Please note the applicable parts of the insuring agreement. They read as follows:

Section 1 - Coverage's

    Coverage a. Bodily injury and property damage liability.

    1.    Insuring agreement

    a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies. We will have the right and duty to defend any suit seeking those damages. We may at our discretion investigate any occurrence and settle any claim or suit that may result but:

    (1)    The amount we will pay for damages is limited as described in Section 3 Limits of insurance; and

    (2)    Our right and duty to defend when we have used up the applicable limits of insurance in the payment of judgements or settlements under coverage's A or B or medical expenses under coverage C.

Your policy defines "occurrence" as ;

EXHIBIT 1 p.6

"An accident including continuous and repeated exposure to substantially the same general harmful conditions."

Additionally, the policy specifically excludes the following:

This insurance does not apply to:

(k)  "Property damage" to "your product" arising out of it or any part of it.

(l)  Property damage to "your work" arising out of it or any part of it included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or work out of which the damage arises was performed on your behalf by a subcontractor.

(m)  "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)  A defective, deficiency inadequacy or dangerous condition in "your product" or "your work"; or.

(2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of the other property arising out of sudden or accidental physical injury to "your product" or "your work" after it has been put to its intended use.

(n)  Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdraw, recall, inspection, repair, replacement, adjustment, removal or disposal of;

(1)     "Your product"
(2)     " Your work" or
(3)     "Impaired property" ;

if such product, work, or properties withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

The policy defines "property damage" to mean:

(a)  Physical injury to tangible property, including all resulting loss of use

EXHIBIT 1 p. 7

of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

(b)    Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the occurrence that caused it.

The policy defines "your product" to mean:

(a)    Any goods or products, other then real property, manufactured, sold, handled, distributed or disposed of by:

(1)    You;
(2)    Others trading under your name; or
(3)    A person or organization whose business or assets you have required; and

(b)    Containers (other then vehicles), materials, parts, or equipment furnished in connection with such goods or products.

"Your product" includes warranties or representations made at anytime with respect to the fitness, quality, durability, performance or use of "your product"; and the providing of or failure to provide warnings or instructions.

The policy defines "your work" to mean:

(a)    Work or operations performed by you or on your behalf; and

(b)    Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at anytime with respect to the fitness, quality, durability, performance or use of "your work"; and the providing of or failure to provide warnings or instructions.

The policy defines "impaired property" to mean tangible property, other than "your product" or "your work" that cannot be used or is less useful because:

(a)    It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

EXHIBIT 1 p. 8

(b)    You have failed to fulfill the terms of the contract or agreement;

If such property can be restored to use by:

(a)    The repair, replacement, adjustment or removal of "your product" or "your work"; or

(b)    Your fulfilling the terms of the contract or agreement.

Your policy includes coverage for damages because of "bodily injury," defined as "bodily injury, sickness or disease sustained by a person, including death resulting fr any of these at any time."

Your policy excludes coverage for "bodily injury" or "property damage" expected or intended from the standpoint of the insured.

Based upon the insuring agreement, the exclusions and the definitions, the coverage indemnification available to you is for consequential damage to the plaintiff's property and bodily injury as defined in your policy and caused by an occurrence. You do not have coverage for repair or replacement of your work or yo work product. Further, with exceptions of certain assumptions of liability under "insured contract" defined in your policy, there is no coverage for damages claimed result of breach of contract.

In the above mentioned action the plaintiffs make a claim for punitive damages. Liberty Mutual policies do have coverage for such damages; however, the state of California, in the case of City Product Corporation vs Globe Indemnity (88 Cal App 31, 151 Cal. Rptr 494 [1979] expresses a public policy that precludes an insurance company from paying punitive damages awards. Therefore, Liberty Mutual's policy would not provide coverage for this type of dam You may wish to retain separate counsel to represent your interests against punitiv damages.

We may withdraw our defense of this case if it is determined that the damages in question are not covered under the terms of our policy and if the evidence conclud that damages as they relate to the insured's work occurred outside your coverage period with Liberty Mutual.

Our defense obligation is triggered only by allegations of "property damage" arisi out of our named insured's work. We specifically reserve the right to seek allocatio and/or reimbursement of any defense costs not associated with those allegations.

EXHIBIT 1 p. 9

Should you have any questions regarding our position please do not hesitate to call me at the above number.

Sincerely,
LIBERTY MUTUAL INSURANCE CO.


Michael Barnette
Sr. Technical Claims Specialist


cc   Ronald Chapman – Schnabel Foundation Co.

EXHIBIT 1 p.10

JH: Jacke
RF: Ron
TH: Landark

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . | 6030 | JH BLATT, MICHAEL Meeting | 135.00 4 | 0.40s | 54.00 |
| 4/25/02 Meeting with attorney Foreman re: answer and cross-complaint | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . | 6044 | JH BLATT, MICHAEL Legal research | 135.00 4 | 5.50s | 742.50 |
| 4/29/02 Legal research re: affirmative defenses; Revise answer; Review file for cross-complaint; Conduct legal research re: allegations for cross-complaint; Revise cross-complaint | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . | 6045 | JH BLATT, MICHAEL Draft | 135.00 4 | 0.40s | 54.00 |
| 4/30/02 Draft special interrogatories | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . | 6092 | JH BLATT, MICHAEL Conference | 135.00 4 | 0.20s | 27.00 |
| 5/21/02 Phone conference with Ron Foreman re: amended cross-complaint; Phone conference with client re: same | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . | 6093 | JH BLATT, MICHAEL Draft | 135.00 4 | 1.50s | 202.50 |
| 5/23/02 Draft First Amended Cross-complaint | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . | 6094 | JH BLATT, MICHAEL Draft | 135.00 4 | 0.30s | 40.50 |
| 5/24/02 Draft cover letter to client re: cross-complaint | | | | | |

EXHIBIT 2 p.11

**Date** 7/9/03     **FOREMAN & BRASSO**
Case 4:06-cv-02022-CW    Document 8-3   Filed 07/21/2006    Page 12 of 67
**Time** 1:04 pm     Detail Slip Listing      **Page 2**

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . | 6094 | cont. | | | |
| | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . | 6095 | | 135.00 | 0.30s | 40.50 |
| 5/31/02<br>Left message for opposing<br>counsel re: cross-complaint;<br>Phone conference with<br>opposing counsel re: same | | JH<br>BLATT, MICHAEL<br>Miscellaneous<br><br>BILLED: #10431 | 4 | | |
| . . . . . . . . . . . . . . . . . . . . | 6096 | | 135.00 | 0.40s | 54.00 |
| 6/9/02<br>Draft status conference<br>questionnaire | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10431 | 4 | | |
| . . . . . . . . . . . . . . . . . . . . | 6097 | | 135.00 | 1.50s | 202.50 |
| 6/14/02<br>Draft letter to opposing<br>counsel re: amended<br>cross-complaint; review and<br>revise stipulation re:<br>cross-complaint | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10431 | 4 | | |
| . . . . . . . . . . . . . . . . . . . . | 6103 | | 135.00 | 0.20s | 27.00 |
| 5/17/02<br>Phone conference with Ron<br>Foreman re: amended complaint | | JH<br>BLATT, MICHAEL<br>Conference<br><br>BILLED: #10431 | 4 | | |
| . . . . . . . . . . . . . . . . . . . . | 6199 | | 135.00 | 3.50s | 472.50 |
| 6/18/02 - 6/13/03<br>Status Conference, file and<br>serve notice of entry of<br>order and first amended<br>complaint | | AH3<br>BLATT, MICHAEL<br>Miscellaneous<br><br>BILLED: #10431 | 3 | 3.50e<br>0.00v | |

EXHIBIT 2 p.12

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time | User | Rate | | |
|---|---|---|---|---|
| Reference | Client | | | |
| Description                    Slip# | Activity | Level | Time | Total |

| . . . . . . . . . . . . . . . . . . . . .6201 | | 135.00 | 0.40s | 54.00 |
| 6/23/02 | JH | 4 | | |
| Answer Kane cross-complaint; | BLATT, MICHAEL | | | |
| | Prepare | | | |
| | BILLED: #10431 | | | |

| . . . . . . . . . . . . . . . . . . . . .6222 | | 135.00 | 0.25s | 33.75 |
| 7/2/02 | JH | 4 | | |
| Review letter from Harris | BLATT, MICHAEL | | | |
| re: mediation | Review | | | |
| | BILLED: #10431 | | | |

| . . . . . . . . . . . . . . . . . . . . .6226 | | 135.00 | 0.30s | 40.50 |
| 7/10/02 | JH | 4 | | |
| Receipt and review of | BLATT, MICHAEL | | | |
| message from counsel for | Receipt | | | |
| Travis Builders; Phone | | | | |
| conference with | BILLED: #10431 | | | |
| representative from | | | | |
| insurance carrier for Travis | | | | |
| Builders re: extension of | | | | |
| time to answer | | | | |
| cross-complaint | | | | |

| . . . . . . . . . . . . . . . . . . . . .6236 | | 135.00 | 0.20s | _27.00_ |
| 7/22/02 | JH | 4 | | |
| Receipt and review of voice | BLATT, MICHAEL | | | |
| mail from insurance company | Receipt | | | |
| from Bray | | | | |
| | BILLED: #10431 | | | |

| . . . . . . . . . . . . . . . . . . . . .6240 | | 135.00 | 0.20s | _27.00_ |
| 7/26/02 | JH | 4 | | |
| Review letter from attorney | BLATT, MICHAEL | | | |
| for Bray re: extension of | Review | | | |
| time to answer | | | | |
| | BILLED: #10431 | | | |

| . . . . . . . . . . . . . . . . . . . . .6244 | | 135.00 | 0.40s | $4.00 |
| 8/2/02 | JH | 4 | | |
| Receipt and review of letter | BLATT, MICHAEL | | | |
| from counsel for Bray | Receipt | | | |

EXHIBIT 2 p.13

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . . .6244 cont.<br>construction; Instruct<br>secretary re: copying; Draft<br>response letter | | BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . .6245<br>8/5/02<br>Phone conference from<br>counsel for Travis Builders<br>re: extension of time to<br>answer cross-complaint | | JH<br>BLATT, MICHAEL<br>Conference<br><br>BILLED: #10431 | 135.00<br>4 | 0.30s | 40.50 |
| . . . . . . . . . . . . . . . . . . . . . . . .6246<br>8/6/02<br>Review status of<br>cross-defendants answers;<br>Draft memo to Ron re: same;<br>Phone conference with Wheels<br>of Justice re: serving<br>Quality | | JH<br>BLATT, MICHAEL<br>Review<br><br>BILLED: #10431 | 135.00<br>4 | 0.80s | 108.00 |
| . . . . . . . . . . . . . . . . . . . . . . . .6272<br>8/20/02<br>Receipt and review of voice<br>mail from Dan Schrader,<br>attorney for Travis Builders<br>re: status of case; Phone<br>conference with Schrader re:<br>status of case | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10431 | 135.00<br>4 | 0.40s | 54.00 |
| . . . . . . . . . . . . . . . . . . . . . . . .6273<br>8/21/02<br>Instruct secretary re:<br>copying complaint; Draft<br>cover letter to Schrader re:<br>complaint; Receipt and<br>review of letter re: meet<br>and confer for case<br>management | | JH<br>BLATT, MICHAEL<br>Miscellaneous<br><br>BILLED: #10431 | 135.00<br>4 | 0.80s | 108.00 |
| . . . . . . . . . . . . . . . . . . . . . . . .6285<br>3/21/02<br>Letter to insurance<br>companies to obtain coverage | | RDF4<br>BLATT, MICHAEL<br>Letter | 135.00<br>5 | 0.60s | 81.00 |

EXHIBIT 2 p.14

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ..........................6285 (Oregon Mutual, Lexington Insurance) | | cont. BILLED: #10431 | | | |
| ..........................6286 3/25/02 Letter from Haig Harris re: Peter Kane and his facts of joint venture and letter form Al Anolik on joint venture | | RDF4 BLATT, MICHAEL Letter BILLED: #10431 | 135.00 5 | 0.50s | 67.50 |
| ..........................6287 3/27/02 Re draft stipulation of facts for Peter Kane and letters from Haig Harris | | RDF4 BLATT, MICHAEL Draft BILLED: #10431 | 135.00 5 | 0.80s | 108.00 |
| ..........................6288 4/4/02 Fax letter from Zurich denying insurnce coverage | | RDF4 BLATT, MICHAEL Miscellaneous BILLED: #10431 | 135.00 5 | 0.40s | 54.00 |
| ..........................6289 4/4/02 Letter from Appollo Insurance re: coverage | | RDF4 BLATT, MICHAEL Letter BILLED: #10431 | 135.00 5 | 0.20s | 27.00 |
| ..........................6290 4/8/02 Follow-up of denial letter from Zurich Insurance Company | | RDF4 BLATT, MICHAEL Miscellaneous BILLED: #10431 | 135.00 5 | 0.40s | 54.00 |

EXHIBIT 2 p.15

JUL 09 2003 17:23                                    415 781 8030    PAGE.06

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description                Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| ..........................6291<br>4/9/02<br>Further work on the Peter<br>Kane Stipulation; letters<br>and phone calls (4/9/02 to<br>4/12/02) | RDF4<br>BLATT, MICHAEL<br>Prepare<br><br>BILLED: #10431 | 135.00<br>5 | 0.50s | 67.50 |
| ..........................6292<br>4/23/02<br>Letter from AIG Insurance<br>and Hammond Construction | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10431 | 135.00<br>5 | 0.40s | 54.00 |
| ..........................6293<br>5/11/02<br>Letter from Liberty Mutual<br>Insurance Company | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10431 | 135.00<br>5 | 0.20s | 27.00 |
| ..........................6294<br>5/11/02<br>Letter to Haig Harris re:<br>Peter Kane fax and facts of<br>the case | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10431 | 135.00<br>5 | 0.20s | 27.00 |
| ..........................6295<br>5/20/02<br>Call to Neil Turner re:<br>Peter Kane | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10431 | 135.00<br>5 | 0.20s | 27.00 |
| ..........................6296<br>6/4/02<br>Letter to Al Anolik re:<br>Peter Kane as joint venture<br>and sanction | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10431 | 135.00<br>5 | 0.40s | 54.00 |

EXHIBIT 2 p.16

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . .6297 6/11/02 Fax letter to Mike re: ▬▬▬▬ including June 7, 2002 letterfrom Anolik | | RDF4 BLATT, MICHAEL Letter BILLED: #10431 | 135.00 5 | 0.20s | 27.00 |
| . . . . . . . . . . . . . . . . . . . . .6299 4/18/02 Follow-up letters from Oregon Mutal Insurance | | RDF4 BLATT, MICHAEL Miscellaneous BILLED: #10431 | 135.00 5 | 0.40s | <u>54.00</u> |
| . . . . . . . . . . . . . . . . . . . . .6302 8/23/02 Compare 9/12/01 letter of Doug Ferguson with 8/14/01 letter of Quality Costoms & Mechanical re: leeks, ect. | | RDF4 BLATT, MICHAEL Prepare BILLED: #10431 | 135.00 5 | 0.50s | 67.50 |
| . . . . . . . . . . . . . . . . . . . . .6306 8/23/02 Review discovery responses of Lincoln and Blatt; Review disc of photos, correspondence between the parties, 1000 pages of documents | | RDF4 BLATT, MICHAEL Review BILLED: #10431 | 135.00 5 | 2.00s | 270.00 |
| . . . . . . . . . . . . . . . . . . . . .6307 4/28/02 Legal research into express and equitable indemnification rights, corporation indemnification and corporate status report with Secretsary of State | | RDF4 BLATT, MICHAEL Legal research BILLED: #10431 | 135.00 5 | 1.50s | 202.50 |
| . . . . . . . . . . . . . . . . . . . . .6309 8/26/02 Watch videos of 435-445 Bridgeway | | RDF4 BLATT, MICHAEL Miscellaneous | 135.00 5 | 2.00s | 270.00 |

EXHIBIT 2 p.17

JUL 09 2003 17:23                                    415 781 8030        PAGE.08

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................6309 | | cont. BILLED: #10431 | | | |
| ....................6310 8/27/02 Review of Travis Builders documents, create index for the 14 volumes of  bates stamp # 0001 to # 4117; telephone call to Mike | | RDF4 BLATT, MICHAEL Review  BILLED: #10431 | 135.00 5 | 2.50s | 337.50 |
| ....................6311 8/26/02 Draft letter to Lavinsky re: mediator; Draft fax cover sheets to other opposing counsel; Receipt and review of answer from Travis Builders, Inc.; Update memo to Ronald Foreman re: status of cross-defendants; Phone conference with client and Ronald Foreman re: status of case; Draft letter to Iversen re: answering cross-complaint; Draft form interrogatories to Gabbert and Lincoln; Draft request for production of documents to Gabbert and Lincoln | | JH BLATT, MICHAEL Draft  BILLED: #10431 | 135.00 4 | 4.50s | 607.50 |
| ....................6312 8/27/02 Draft special interrogatories to Gabbert and Lincoln; Review discovery responses from Gabbert & Lincoln to Kane's discovery requests; Receipt and review of letter from Schrader re: request for copies of all pleadings; Draft confirming to Anolik re: mediation | | JH BLATT, MICHAEL Draft  BILLED: #10431 | 135.00 4 | 2.20s | 297.00 |

EXHIBIT 2 p.18

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . . . . 6313 | | | 135.00 | 3.20s | 432.00 |
| 8/28/02 | | JH | 4 | | |
| Revise letter to Anolik re: ADR; Meeting with Ron Foreman re: discovery; Revise special interrogatories; Draft notice of deposition for Gabbert and Lincoln | | BLATT, MICHAEL Revise

BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . 6314 | | | 135.00 | 5.50s | 742.50 |
| 8/29/02 | | JH | 4 | | |
| Revise notice of deposition to Gabbert and Lincoln; Revise special interrogatories and request for production of documents; Receipt and review correspondence form Harris re: mediation | | BLATT, MICHAEL Revise

BILLED: #10431 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . 6344 | | | 135.00 | 0.30s | 40.50 |
| 9/6/02 | | JH | 4 | | |
| Receipt and review of voice mail from Jeff's welding's attorney; Returned call; Receipt and review of letter from Jolly re: pleadings | | BLATT, MICHAEL Receipt

BILLED: #10448 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . 6373 | | | 135.00 | 0.50s | 67.50 |
| 9/9/02 | | JH | 4 | | |
| Draft case management statement; Phone conference with Mr. Jolly re: answer | | BLATT, MICHAEL Draft

BILLED: #10448 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . 6375 | | | 135.00 | 0.40s | 54.00 |
| 9/11/02 | | JH | 4 | | |
| Receipt and review of message from Bob Jolly re: mutual release; Phone conference with Bob Jolly | | BLATT, MICHAEL Receipt

BILLED: #10448 | | | |

EXHIBIT 2 p.19

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . . .6415 | | | 135.00 | 0.20s | 27.00 |
| 9/16/02 | | JH | 4 | | |
| Review case management | | BLATT, MICHAEL | | | |
| questionnaire from Harold | | Review | | | |
| Bray | | | | | |
| | | BILLED: #10448 | | | |
| . . . . . . . . . . . . . . . . . . . . . . . .6418 | | | 135.00 | 0.50s | 67.50 |
| 9/17/02 | | JH | 4 | | |
| Conference with Ron Foreman | | BLATT, MICHAEL | | | |
| re: status conference; | | Conference | | | |
| Review correspondence from | | | | | |
| Jeff's Weldings attorney re: | | BILLED: #10448 | | | |
| release | | | | | |
| . . . . . . . . . . . . . . . . . . . . . . . .6419 | | | 135.00 | 0.30s | 40.50 |
| 9/18/02 | | JH | 4 | | |
| Receipt and review of Jeff's | | BLATT, MICHAEL | | | |
| Welding's answer and | | Receipt | | | |
| cross-complaint; Review | | | | | |
| status conference statement | | BILLED: #10448 | | | |
| . . . . . . . . . . . . . . . . . . . . . . .6444 | | | 135.00 | 1.10s | 148.50 |
| 9/30/02 | | JH | 4 | | |
| Receipt and review of voice | | BLATT, MICHAEL | | | |
| mail from Lavinsky re: | | Receipt | | | |
| discovery extension; Respond | | | | | |
| to voice mail; Receipt and | | BILLED: #10448 | | | |
| review of letter from | | | | | |
| insurance company for | | | | | |
| Quality Customs; Phone | | | | | |
| conference with insurance | | | | | |
| company for Quality Customs; | | | | | |
| L.R. re: serving Schnabel as | | | | | |
| a Roe defendant; Draft Marin | | | | | |
| County Form re: amending | | | | | |
| complaint; Draft amended | | | | | |
| summons | | | | | |
| . . . . . . . . . . . . . . . . . . . . . . .6448 | | | 135.00 | 0.25s | 33.75 |
| 10/1/02 | | JH | 4 | | |
| Phone conference with | | BLATT, MICHAEL | | | |
| insurance adjuster for | | Conference | | | |
| Quality re: facts of the case | | | | | |
| | | BILLED: #10448 | | | |

EXHIBIT 2 p.20

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .....................6448 cont. | | | | | |
| .....................6464<br>9/9/02<br>Call to Mike re: videotapes;<br>Revise the letter to the<br>Oregon Mutual Insurance<br>company; Read new case law<br>on additional insured | | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10448 | 135.00<br>5 | 2.50s | 337.50 |
| .....................6465<br>9/3/02<br>Call to Haig Harris: Review<br>of Travis Builder's Report<br>re: Repo work- videotape #1<br>insurance videotape | | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10448 | 135.00<br>5 | 3.00s | 405.00 |
| .....................6467<br>9/18/02<br>Court appearance; Meet with<br>all counsel and negotiate<br>the Jeffs Welding deal;<br>Stipulated to bring Daniel<br>P. Schrader | | RDF4<br>BLATT, MICHAEL<br>Appearance<br><br>BILLED: #10448 | 135.00<br>5 | 2.50s | 337.50 |
| .....................6468<br>9/5/02<br>Review insurance coverage on<br>Oregon Mutual re: Harold<br>Bray legal research | | RDF4<br>BLATT, MICHAEL<br>Review<br><br>BILLED: #10448 | 135.00<br>5 | 3.00s | <u>405.00</u> |
| .....................6471<br>10/4/02<br>Receipt and review of<br>cross-complaint from Travis<br>Builders | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10448 | 135.00<br>4 | 0.20s | 27.00 |
| .....................6477<br>9/25/02<br>Phone conference with Ron<br>Foreman and client re: | | JH<br>BLATT, MICHAEL<br>Conference | 135.00<br>4 | 0.40s | 54.00 |

EXHIBIT 2 p.21
PAGE.12

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ..........................6477 cont. discovery | | BILLED: #10448 | | | |
| 10/7/02 Phone conference with client re: discovery; Receipt and review of Gabbert and Lincoln's answer to Jeff Welding's cross-complaint; Receipt and review of Kane's responses to discovery | ..........................6491 | JH BLATT, MICHAEL Conference BILLED: #10448 | 135.00 4 | 0.50s | 67.50 |
| 10/8/02 responses; Review discovery requests; Review client documents; Review complaint; Add objections to responses to request for production of documents; Review Gabbert and Lincoln's discovery responses; Meeting with client re: discovery responses; draft form interrogatory responses | ..........................6493 | JH BLATT, MICHAEL Meeting BILLED: #10448 | 135.00 4 | 6.50s | 877.50 |
| 10/9/02 Organize documents for production | ..........................6495 | JH BLATT, MICHAEL Organize BILLED: #10448 | 135.00 4 | 3.50s | 472.50 |
| 10/10/02 Phone conference with client re: discovery responses; Instruct secretary re: bate stamping documents; Draft letter to counsel for contractors re: meeting to discuss case; Draft letter to Quality Custom re: | ..........................6498 | JH BLATT, MICHAEL Conference BILLED: #10448 | 135.00 4 | 0.80s | 108.00 |

EXHIBIT 2 p.22

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ..........................6498 cont.<br>failure to answer complaint | | | | | |
| ..........................6506<br>10/15/02<br>Receipt and review of<br>correspondence from Quality<br>Customs | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10448 | 135.00<br>4 | 0.25s | 33.75 |
| ..........................6509<br>10/16/02<br>Phone conference with Ron<br>Foreman re: letter from<br>Quality Customs; Fax Travis<br>cross-complaint to Ron<br>Foreman | | JH<br>BLATT, MICHAEL<br>Conference<br><br>BILLED: #10448 | 135.00<br>4 | 0.25s | 33.75 |
| ..........................6512<br>10/18/02<br>Revise mediation brief | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10448 | 135.00<br>4 | 0.40s | 54.00 |
| ..........................6515<br>10/10/02<br>Call from Rano Critton - No<br>Oregon Insurance | | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10448 | 135.00<br>5 | 0.40s | 54.00 |
| ..........................6516<br>10/15/02<br>Call to Dave Gordon Re:<br>Oregon Mutal Insurance and<br>case law to support the<br>tender of insurance; Review<br>case | | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10448 | 135.00<br>5 | 1.00s | 135.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| | ..................6599 | | 135.00<br>4 | 0.20s | 27.00 |
| 10/28/02<br>Receipt and review of letter<br>from Haig Harris re: meeting<br>to discuss defense strategy;<br>Receipt and review of Bray's<br>answer to Travis<br>cross-complaint | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10477 | | | |
| | ..................6607 | | 135.00<br>4 | 0.40s | 54.00 |
| 11/6/02<br>Receipt and review of<br>message from insurance co.<br>for Quality Customs;<br>Returned message; Phone<br>conference with insurance<br>company for Quality Cusotms | | JH<br>BLATT, MICHAEL<br>Review<br><br>BILLED: #10477 | | | |
| | ..................6611 | | 135.00<br>4 | 1.30s | 175.50 |
| 11/12/02<br>Draft responses to Jeff<br>Welding's RPD; Draft<br>responses to Travis' Special<br>Interrogatories | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10477 | | | |
| | ..................6613 | | 135.00<br>4 | 2.50s | 337.50 |
| 11/13/02<br>Index Blatt documents;<br>Revise responses to Jeff<br>Welding's RPD | | JH<br>BLATT, MICHAEL<br>Organize<br><br>BILLED: #10477 | | | |
| | ..................6617 | | 135.00<br>4 | 3.50s | 472.50 |
| 11/14/02<br>Draft responses to Travis<br>Builder's RPD; Draft<br>responses to Plaintiffs'<br>RPD; Draft cover letter to<br>client re: discovery<br>responses; Review files to<br>ensure all documents have<br>been produced | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10477 | | | |

                                              EXHIBIT 2 p.24

JUL 09 2003 17:24                   415 781 8030    PAGE.15

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

. . . . . . . . . . . . . . . . . . . . .6619

135.00 · 4 · 3.90s · 526.50

**11/15/02**
Draft responses to form
interrogatories; Revise
responses to special
interrogatories; Draft cover
letter clients re:
discovery; Draft cover
letter to counsel re:
purchasing copies; Draft
cover letter to counsel re:
bates numbers; Draft cover
letter re: verifications

JH
BLATT, MICHAEL
Draft

BILLED: #10477

. . . . . . . . . . . . . . . . . . . . .6634

135.00 · 4 · 1.20s · 162.00

**11/25/02**
Draft letter to George
Shockley re: coverage and no
response from attorney
assigned to coverage issuue;
Review Gabbert and Lincoln's
responses to Travis
Builders' Request for
Admissions; Review Gabbert
and Lincoln's responses to
Travis' SPI; Review Gabbert
and Lincoln's responses to
Travis' form rogs; Review
Travis' answers to Jeff's
welding RFA; Draft answer to
Jeff's Welding's First
Amended Cross-complaint;
Draft answer to Travis
Builders' first amended
cross-complaint

JH
BLATT, MICHAEL
Draft

BILLED: #10477

. . . . . . . . . . . . . . . . . . . . .6636

135.00 · 4 · 0.70s · 94.50

**11/26/02**
Revise answers to
cross-complaints; Phone
conference with Jordon
Lavinsky re: Gabbert and
Lincoln depositions; Phone
conference with Ron Foreman
re: same; Draft letter to
all counsel re: Gabbert and
Lincoln depositions

JH
BLATT, MICHAEL
Revise

BILLED: #10477

EXHIBIT 2 p.25
PAGE.16

JUL 09 2003 17:24                              415 781 8030

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

.......................6636 cont.

.......................6638                         135.00    0.50s    67.50
11/27/02                    JH                       4
Draft memo to Ron re:       BLATT, MICHAEL
discovery and other case    Draft
issues
                            BILLED: #10477

.......................6650                         135.00    0.80s   108.00
12/2/C2                     JH                        4
Phone conference with Ron   BLATT, MICHAEL
Foreman re: memorandum      Telephone call
regarding discovery; Send
e-mails to insurance        BILLED: #10477
adjuster and attorney re:
coverage

.......................6673                         135.00    1.00s   135.00
12/6/02                     JH                        4
Review Jeff's Welding       BLATT, MICHAEL
dismissal of                Review
cross-complaint; Receipt and
review letter from Jeff's   BILLED: #10477
Welding re: document
production; Phone conference
with Bob Jolly re: his meet
and confer letter; Draft
letter to client re: same

.......................6676                         135.00    0.40s    54.00
12/9/02                     JH                        4
Receipt and review of       BLATT, MICHAEL
message from Travis'        Receipt
attorney re: Gabbert and
Lincoln depositions; Receipt  BILLED: #10477
and review of meet and
confer letter from Lavinsky

.......................6697                         135.00    0.20s    27.00
12/20/02                    JH                        4
Meeting with Ron Foreman re: BLATT, MICHAEL
status of the case and      Meeting
Gabbert/Lincoln depositions

EXHIBIT 2 p.26

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

. . . . . . . . . . . . . . . . . . . . . .6697 cont.
BILLED: #10477

. . . . . . . . . . . . . . . . . . . . . .6720     135.00    0.50s    <u>67.50</u>
10/18/02    RDF4      5
Letter from Rand Chritton re   BLATT, MICHAEL
lack of insurance coverage    Letter
for Mike Blatt under Harold
Bray Oregon Mutal Policy and   BILLED: #10477
phone call to Rand and Mike

. . . . . . . . . . . . . . . . . . . . . .6721     135.00    0.40s    54.00
10/17/02    RDF4      5
Letter to Alexander Anolik,   BLATT, MICHAEL
Robert Jolly, and Daniel    Letter
Schrader regarding discovery
extension    BILLED: #10477

. . . . . . . . . . . . . . . . . . . . . .6722     135.00    0.30s    40.50
10/30/02    RDF4      5
Letter to Alexander Anolik,   BLATT, MICHAEL
Robert Jolly, and Daniel    Letter
Schrader regarding discovery
extension    BILLED: #10477

. . . . . . . . . . . . . . . . . . . . . .6723     135.00    0.30s    40.50
11/1/02    RDF4      5
Letter to Alexander Anolik,   BLATT, MICHAEL
Robert Jolly, and Daniel    Letter
Schrader regarding discovery
extension    BILLED: #10477

. . . . . . . . . . . . . . . . . . . . . .6724     135.00    0.70s    <u>94.50</u>
11/5/02    RDF4      5
Legal research and leter to   BLATT, MICHAEL
Rand Chritton regarding    Legal research
legal authority for
insurance defense and    BILLED: #10477
indemnification

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ..........................6725<br>10/24/02<br>Letter to Haig Harris re:<br>defense meeting; Call to<br>Haig Harris | | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10477 | 135.00<br>5 | 0.40s | 54.00 |
| ..........................6726<br>11/25/02<br>Letter to George Shockley<br>re: insurance coverage from<br>Oregon Mutal | | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10477 | 135.00<br>5 | 0.30s | 40.50 |
| ..........................6727<br>12/17/02<br>E-mail and shipping of Mike<br>Blatt documents to Rand<br>Chritten | | RDF4<br>BLATT, MICHAEL<br>Miscellaneous<br><br>BILLED: #10477 | 135.00<br>5 | 0.30s | 40.50 |
| ..........................6728<br>10/16/02<br>Letter to Rand Chritton re:<br>insuracne coverage | | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10477 | 135.00<br>5 | 0.30s | 40.50 |
| ..........................6729<br>12/2/02<br>Letter to George Shockley<br>re: insurance coverage for<br>Mike's insurance coverage | | RDF4<br>BLATT, MICHAEL<br>Letter<br><br>BILLED: #10477 | 135.00<br>5 | 0.20s | 27.00 |
| ..........................6738<br>12/23/02<br>Receipt and review of voice<br>mail from Lavinsky re:<br>motion to compel; Draft<br>confirming letter re:<br>extension of time to file<br>motion to compel | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10477 | 135.00<br>4 | 0.30s | 40.50 |

EXHIBIT 2 p.28

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................6740 1/2/03 Receipt and review of voicemail from Haig Harris re: Gabbert and Lincoln depositions; Phone conference with Shrader's secretary re: depositions; Phone conference with Haig Harris re: depositions; Receipt and review of correspondence from Schrader re: depositions; Phone conference with Shrader's secretary re: depositions; Returned Ms. Lucas' call from Quality Customs; Phone conference with Mr. Jolly's secretary re: depositions; Phone conference with Shrader's secretary re: moving depositions; Receipt and review of letter from Schrader's office confirming depositions for 7th and 9th | | JH BLATT, MICHAEL Receipt BILLED: #10477 | 135.00 4 | 1.90s | 256.50 |
| ....................6764 1/6/03 Review Blatt documents for deposition of Jim Gabbert; Prepare for Gabbert deposition | | RDF4 BLATT, MICHAEL Review BILLED: #10477 | 135.00 5 | 4.00s | 540.00 |
| ....................6765 1/7/03 Call to Insurance carrier re: insuracne coverage | | RDF4 BLATT, MICHAEL Telephone call BILLED: #10477 | 135.00 5 | 0.50s | 67.50 |
| ....................6766 1/7/03 Meeting with Mike Blatt | | RDF4 BLATT, MICHAEL Meeting BILLED: #10477 | 135.00 5 | 1.50s | 202.50 |

EXHIBIT 2 p.29

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . | 6766 | cont. | | | |
| 1/7/03<br>Deposition of Jim Gabbert | 6767 | RDF4<br>BLATT, MICHAEL<br>Take Depo<br><br>BILLED: #10477 | 135.00<br>5 | 7.00s | 945.00 |
| 1/9/03<br>Call to:  Mike Blatt, Mark<br>Jansheski, Steve Buffen<br>Barger re: City of Sausalito<br>documents, Mac of division 7<br>re: water proofing at<br>435-445 Bridgeway and lawyer<br>for Quality Plumbing, Dan<br>Shrader re: documents | 6768 | RDF4<br>BLATT, MICHAEL<br>Telephone call<br><br>BILLED: #10477 | 135.00<br>5 | 3.00s | 405.00 |
| 1/6/03<br>Receipt and review of<br>voicemail from Laurie<br>Sherwood re: depositions;<br>Returned message; Meeting<br>with Ron Foreman re:<br>insurance coverage, Gabbert<br>and Lincoln; Phone<br>conference with Laurie<br>Sherwood; On-line research<br>re: background of Jim<br>Gabbert and Michael Lincoln | 6770 | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10477 | 135.00<br>4 | 1.40s | 189.00 |
| 1/7/03<br>Respond to Lavinsky's meet<br>and confer letter; Respond<br>to Jolly's meet and confer<br>letter; Phone conference<br>with Mr. Marx re:<br>deposition; Phone conference<br>with Schrader's office re:<br>notice to Marx of new dates<br>for depositions; Meeting | 6771 | JH<br>BLATT, MICHAEL<br>Miscellaneous<br><br>BILLED: #10477 | 135.00<br>4 | 2.50s | 337.50 |

EXHIBIT 2 p.30

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|

...................6771 cont.
with client re: meet and
confer letters

| ....................6772 | | | 135.00<br>4 | 2.20s | 297.00 |

1/8/03
Receipt and review of voice
mail from Lavinsky; Instruct
secretary re: re-scheduling
Gabbert and Lincoln
depositions; Review meet and
confer letters; Draft letter
re: discovery from
Plaintiffs and Travis; Phone
conferences with Lavinsky
re: document production and
██████████████████; Phone
conference with client re:
████████████████████████

JH
BLATT, MICHAEL
Receipt

BILLED: #10477

| ....................6773 | | | 135.00<br>4 | 0.30s | 40.50 |

1/9/03
Review letter from Jolly re:
Gabbert deposition; Phone
conference with Ron Foreman
re: █████████Blatt property

JH
BLATT, MICHAEL
Review

BILLED: #10477

| ....................6791 | | | 135.00<br>4 | 4.30s | 580.50 |

1/9/03
Draft form interrogatories
to Bray; Conference with
Ronald Foreman re: outgoing
discovery and ████████
████████ Conference call
with client and Ron Foreman
re: discovery, documents,
and Quality Customs; Phone
conference with conference
with Ron Foreman and counsel
for Quality re: release from
case; Phone conference with
Ron Foreman and city
inspector re: city
documents; Phone conference
with Don Olsen's office re:

JH
BLATT, MICHAEL
Draft

BILLED: #10496

EXHIBIT 2 p.31

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . .6791 cont. architectural plans; Draft document only subpoena to Mohammad Saaber; Draft request for production of documents to Schnabel; Draft form rogs to Schnabel | | | | | |
| . . . . . . . . . . . . . . . . . . . . . . .6794 1/10/03 Finalize discovery to Schnabel; Call City of Sausalito re: obtaining inspection records; Review inspection records; Phone conference with Whimont re: Saabco subpoena; fill out subpoena order form; Review subpoena | | JH BLATT, MICHAEL Finalize BILLED: #10496 | 135.00 4 | 1.60s | 216.00 |
| . . . . . . . . . . . . . . . . . . . . . . .6853 1/21/03 Receipt and review of cross-complaint for indemnity | | JH BLATT, MICHAEL Receipt BILLED: #10496 | 135.00 4 | 0.20s | 27.00 |
| . . . . . . . . . . . . . . . . . . . . . . .6863 1/21/03 Review deposition of Jim Gabbert transcript for deposition of Gabbert and Lincoln; Review Plans of Don Olsen for 435-445 Bridgeway, Review inspection reports of Steve Buffen Barger and late produced exhibits from Anolik on cost of job to date | | RDF4 BLATT, MICHAEL Review BILLED: #10496 | 135.00 5 | 3.00s | 405.00 |
| . . . . . . . . . . . . . . . . . . . . . . .6865 1/22/03 Deposition of Gabbert and Lincoln and preparation | | RDF4 BLATT, MICHAEL Prepare BILLED: #10496 | 135.00 5 | 8.00s | 1080.00 |

EXHIBIT 2 p.32

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................6865 cont. | | | | | |
| ......................6878<br>1/31/03<br>Attend court: Status<br>Conference; Calls with<br>Anolik's office re: video<br>tapes | | RDF4<br>BLATT, MICHAEL<br>Attend<br><br>BILLED: #10496 | 135.00<br>5 | 1.00s | 135.00 |
| ......................6896<br>2/4/03<br>Revise form rogs to Bray;<br>Revise Request for<br>production of documents to<br>Bray; Revise special<br>interrogatories | | JH<br>BLATT, MICHAEL<br>Revise<br><br>BILLED: #10515 | 135.00<br>4 | 0.90s | 121.50 |
| ......................6899<br>2/5/03<br>Finalize outgoing discovery<br>to Bray; Draft form rogs to<br>Travis; Draft special rogs<br>to Travis; Draft rpd to<br>Travis; Draft rogs to Jeff's<br>Welding | | JH<br>BLATT, MICHAEL<br>Finalize<br><br>BILLED: #10515 | 135.00<br>4 | 1.50s | 202.50 |
| ......................6904<br>2/7/03<br>Phone conference with Jordon<br>Lavinsky re: status of<br>videotapes | | JH<br>BLATT, MICHAEL<br>Conference<br><br>BILLED: #10515 | 135.00<br>4 | 0.20s | 27.00 |
| ......................6948<br>2/11/03<br>Receipt and review of<br>Schnabel's discovery<br>responses | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10515 | 135.00<br>4 | 0.30s | 40.50 |

EXHIBIT 2 p.33

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ..........................6953<br>2/14/03<br>Finalize outgoing discovery<br>to Bray and Travis | | JH<br>BLATT, MICHAEL<br>Finalize<br><br>BILLED: #10515 | 135.00<br>4 | 0.20s | 27.00 |
| ..........................7040<br>2/26/03<br>Receipt and review of<br>Schnabel's answers to<br>cross-complaints | | JH<br>BLATT, MICHAEL<br>Receipt<br><br>BILLED: #10515 | 135.00<br>4 | 0.20s | 27.00 |
| ..........................7075<br>2/13/03<br>Review videotapes | | RDF4<br>BLATT, MICHAEL<br>Review<br><br>BILLED: #10515 | 135.00<br>5 | 4.50s | 607.50 |
| ..........................7107<br>3/10/03<br>Draft answer to bray<br>cross-complaint; review<br>documents produced by Saabco<br>consulting in response to<br>subpoena | | JH<br>BLATT, MICHAEL<br>Draft<br><br>BILLED: #10515 | 135.00<br>4 | 0.90s | 121.50 |
| ..........................7192<br>3/26/03<br>Review discovery responses<br>of Peter Kane to all<br>discovery | | RDF4<br>BLATT, MICHAEL<br>Review<br><br>BILLED: #10515 | 135.00<br>5 | 1.00s | 135.00 |
| ..........................7272<br>4/7/03<br>Respond to request for<br>extension of time to respond<br>to discovery | | JH<br>BLATT, MICHAEL<br>Prepare<br><br>BILLED: #10532 | 135.00<br>4 | 0.30s | 40.50 |

EXHIBIT 2 p.34

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . 7337 4/21/03 Receipt and review of voice mail from Glasby's office; Draft response letter | | JH BLATT, MICHAEL Receipt Draft BILLED: #10532 | 135.00 4 | 0.30s | 40.50 |
| . . . . . . . . . . . . . . . . . . . . . . 7495 5/12/03 Draft letter to all counsel re: depositions and mediation; Draft depo notices and subpoeanas to the following: Lincoln, Travis Builders, Harold bray, Al DuFresne, Saabre, Olson, Buffinbargin; Receipt and review of voicemail from Marx re: mediation | | JH BLATT, MICHAEL Draft | 135.00 4 | 2.10s | 283.50 |
| . . . . . . . . . . . . . . . . . . . . . . 7497 5/13/03 Receipt and review of e-mail from Schrader; Conference with Ron Foreman re: Castle as mediator; Draft letter to all counsel re: Castle's unavailability and need for new mediator; Draft cmc statement; Phone conference with Jordan Lavinsky re: mediation; Phone conference with Marx re: mediation and settlement; Receipt and review of correspondence from Lavinsky re: mediation | | JH BLATT, MICHAEL Receipt | 135.00 4 | 3.40s | 459.00 |
| . . . . . . . . . . . . . . . . . . . . . . 7502 5/14/03 Phone conference with Lavinsky re: Schnabel liability and status of mediation; Phone conference with contractor ▮▮▮▮▮▮ ▮▮▮▮▮▮ Review Schnabel contract and plans; | | JH BLATT, MICHAEL Conference | 135.00 4 | 1.60s | 216.00 |

                                                        EXHIBIT 2 p. 35
    JUL 09 2003 17:25                         415 781 8030    PAGE.26

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................7502 cont. Conference with Ron Foreman re: same and writing carrier; Draft letter to carrier | | | | | |
| ......................7530 5/22/03 Phone conference with Lavinsky re: stipulation for court; Receipt and review of stipulation re: mediation; Receipt and review of correspondence from Schrader re: mediation; Receipt and review of discovery responses from Harold Bray | | JH BLATT, MICHAEL Conference | 135.00 4 | 0.30s | 40.50 |
| ......................7588 5/13/03 Call Haig Harris, Michael Marx and Anolik re: Schanbel the shotcrete wall and other insurance issues- pull correspondence file | | RDF4 BLATT, MICHAEL Telephone call | 135.00 5 | 0.80s | 108.00 |
| ......................7591 5/27/03 Telephone call with expert Jack Scott; Review file for meeting with Mike and Jack Scott, bring documents; Review the billing and calender of Harold Bray, video tapes to M.J.C. for review | | RDF4 BLATT, MICHAEL Telephone call | 135.00 5 | 3.00s | 405.00 |
| ......................7603 5/28/03 Meet with Mike and Ray; Letter to insurer and call to Mary Kay Glaspy | | RDF4 BLATT, MICHAEL Meeting | 135.00 5 | 3.50s | 472.50 |

EXHIBIT 2 p.36

For time: s=spent  u=unbillable e=estimated v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| 5/27/03 Phone conference with Robert Setgast re: deposition subpoena; Left message for Jordan Lavinsky re: Lincoln deposition and stipulation | ..........................7608 | JH BLATT, MICHAEL Conference | 135.00 4 | 0.30s | 40.50 |
| 5/28/03 Phone conference with Jordan Lavinsky re: stipulation and deposition; Phone conference with Ron Foreman re: Bray discovery responses and ████████████████ | ..........................7609 | JH BLATT, MICHAEL Conference | 135.00 4 | 0.30s | 40.50 |
| 6/13/03 *1 Researched and Wrote Down Dates and Map Numbers | ..........................7705 | AH BLATT, MICHAEL Research | 135.00 | 0.30s 0.30e 0.00v | 40.50 |
| 6/19/03 *1 Receipt and Review of Voicemail from Diane Kragg; Return Message re: Settgast Documents | ..........................7710 | JH BLATT, MICHAEL Telephone call | 135.00 4 | 0.20s 0.20e 0.00v | 27.00 |
| 6/2/03 *1 Phone Conference with Ron Foreman Regarding Case Management Conference and Depositions | ..........................7722 | JH BLATT, MICHAEL Telephone call | 135.00 4 | 0.20s 0.20e 0.00v | 27.00 |
| 6/3/03 *1 Draft Letter to Counsel | ..........................7723 | JH BLATT, MICHAEL Draft | 135.00 4 | 1.90s 1.90e 0.00v | 256.50 |

EXHIBIT 2 p.37

JUL 09 2003 17:26                              415 781 8030      PAGE.28

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................7723 cont. Regarding Depositions; Draft Letter to Counsel Regarding Mediation; Draft Letter to Haig Harris Regarding Lincoln Deposition; Draft Letter to Schrader Regarding Saaber Deposition; Receipt and Review of Letter from Schrader Regarding Same; Multiple Phone Conversations with Lavinsky Regarding Mediation; Phone Conference with Resolution Remedies Regarding Mediators | | | | | |
| ......................7726 6/4/03 *1 Phone Conference with Laurie Sherwood Regarding Deposition Schedule; Review Amended Deposition Notices for Bray and Travis | | JH BLATT, MICHAEL Telephone call | 135.00 4 | 0.30s 0.30e 0.00v | 40.50 |
| ......................7734 6/9/03 *1 Receipt and Review of Voicemail from Jordan Lavinsky regarding Depositions; Respond to Voicemail; Respond to Special Interrogatories Propounded by Gabbert & Lincoln | | JH BLATT, MICHAEL Telephone call | 135.00 4 | 0.75s 0.75e 0.00v | 101.25 |
| ......................7741 6/10/03 *1 Phone Conference with Ron Foreman Regarding DuFresne Deposition; Pull Documents for Deposition | | JH BLATT, MICHAEL Telephone call | 135.00 4 | 0.40s 0.40e 0.00v | 54.00 |

EXHIBIT 2 p.38

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | User Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . .7908 | | | 135.00 5 | 4.00s | 540.00 |
| 6/3/03 | | RDF4 | | | |
| *1 | | BLATT, MICHAEL | | 4.00e | |
| Site Inspection, Walk Through; Meet with Mike, Jack, Scott and Others; Meeting Follow-up with Structural Engineers and Letters to Insurance Carriers Regarding Case Status | | Miscellaneous | | 0.00v | |
| . . . . . . . . . . . . . . . . . . . .7909 | | | 135.00 5 | 3.00s | 405.00 |
| 6/4/03 | | RDF4 | | | |
| *1 | | BLATT, MICHAEL | | 3.00e | |
| Prepare for Meeting with Structural Engineer Rob Tysinger; File, Review and Pull Documents for Meeting and Documents to be Used as Exhibits for Deposition of Mohammed Saaber | | Prepare | | 0.00v | |
| . . . . . . . . . . . . . . . . . . . .7910 | | | 135.00 5 | 1.50s | 202.50 |
| 6/5/03 | | RDF4 | | | |
| *1 | | BLATT, MICHAEL | | 1.50e | |
| Meeting with Structural Engineer | | Meeting | | 0.00v | |
| . . . . . . . . . . . . . . . . . . . .7936 | | | 135.00 5 | 7.00s | 945.00 |
| 6/11/03 | | RDF4 | | | |
| *1 | | BLATT, MICHAEL | | 7.00e | |
| Deposition of Al Dufresne (10:00 - 5:00) | | Depose | | 0.00v | |
| . . . . . . . . . . . . . . . . . . . .7937 | | | 135.00 5 | 0.60s | 81.00 |
| 6/24/03 | | RDF4 | | | |
| *1 | | BLATT, MICHAEL | | 0.60e | |
| Deposition Review | | Review | | 0.00v | |

EXHIBIT 2 p.39

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | User<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .........................7938 | | | 135.00 | 4.50s | 607.50 |
| 6/25/03 | | RDF4 | 5 | | |
| *1 | | BLATT, MICHAEL | | 4.50e | |
| Deposition of Mohammed | | Depose | | 0.00v | |
| Saaber (10 - 2:30) | | | | | |
| | | | | | |
| .........................7939 | | | 135.00 | 5.00s | 675.00 |
| 6/9/03 | | RDF4 | 5 | | |
| Preparation for and Attend | | BLATT, MICHAEL | | 5.00e | |
| the Deposition of Mohammed | | Depose | | 0.00v | |
| Saaber; Deposition of | | | | | |
| Mohammed Saaber 10:00 - | | | | | |
| 1:30; Post Deposition Meeting | | | | | |
| | | | | | |
| .........................7948 | | | 135.00 | 1.50s | 202.50 |
| 6/6/03 | | RDF4 | 5 | | |
| Prepare for Deposition of | | BLATT, MICHAEL | | 1.50e | |
| Mohammed Saaber; Meet with | | Meeting | | 0.00v | |
| Rob Tysinger Structural | | | | | |
| Engineer 8:00 - 9:30 | | | | | |

GRAND TOTAL

|  |  | Time | Total |
|---|---|---|---|
| User | | 196.05s | 26466.75 |
| Client | | 34.65e | 0.00 |
| Activity | | 0.00v | 0.00 |
| Billable | | 196.05 | 26466.75 |
| Unbillable | | | 0.00 |

EXHIBIT 2 p.40
PAGE.31

JUL 09 2003 17:26                                      415 781 8030

# FOREMAN & BRASSO

930 Montgomery Street, Suite 600
San Francisco, California 94133
TEL: (415) 433-3475  FAX: (415) 781-8030

*Issue Draft*

March 01, 2004

Invoice submitted to:
Michael Barnette, Sr. Technical Claims Specialist
Liberty Mutual Insurance Company
P.O. Box 9118
Pleasanton CA 94566

In Reference To:  James Gabbert and Michael Lincoln v. Michael Blatt, et al.
Your File No. P602-070876-01
Policy No. TB1-131-011670-337

Invoice #10790



Professional Services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Time** | | | | |
| 1/22/2004 KLT | Go over Motions In Limine with Ron | | 1.00<br>135.00/hr | 135.00 |
| 1/26/2004 KLT | Draft all Motions In Limine | | 7.20<br>135.00/hr | 972.00 |
| 1/27/2004 JH | Meeting with Ron Foreman and expert re:  expert mediation | | 0.75<br>135.00/hr | 101.25 |
| RDF | Talk to Expert | | 0.75<br>135.00/hr | 101.25 |
| KLT | Revise Motions In Limine | | 5.70<br>135.00/hr | 769.50 |
| 1/28/2004 JH | Attend expert mediation | | 2.50<br>135.00/hr | 337.50 |
| KLT | Finalize/shepardize motions in limine | | 5.50<br>135.00/hr | 742.50 |
| 1/29/2004 JH | Meeting with Ron Foreman re:  motions in limine | | 0.30<br>135.00/hr | 40.50 |
| JH | Revise jury instruction | | 1.00<br>135.00/hr | 135.00 |

EXHIBIT 2 p.41

Michael Barnette, Sr. Technical Claims Specialist

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2004 | JH | Legal research re: breach of implied warranty | 0.40<br>135.00/hr | 54.00 |
| | JH | Revise trial brief and issue conference statement | 0.90<br>135.00/hr | 121.50 |
| | RDF | Redraft the motions in limine, the Issue Conference Statement, the Voir Dire, the witness list, the exhibits list, complete the matters for the court, reseasch ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (11:30-7-30)) meet with Mike to give Travis billing | 8.00<br>135.00/hr | 1,080.00 |
| | KLT | Work on Motions in Limine | 4.00<br>135.00/hr | 540.00 |
| 1/30/2004 | RDF | Work with Jackie on jury intructions, Kendra on the redrafting of the motions in limine and the request for an offer of proof re: the plaintiffs fraud claim, redraft the verdict form based on the CACI form and the actual claims submitted in the complaint, draft the verdict form for the cross complaint, work with Tina on exhibits and assemble all the input for the Issue Conference for Monday. | 5.83<br>135.00/hr | 787.05 |
| | JH | Revise special verdict form, witness list, issue conference statement and other portions of issue conference statement filings; Review and revise jury instructions | 5.00<br>135.00/hr | 675.00 |
| | EJF | Assist in trial prep. | 2.80<br>135.00/hr | 378.00 |
| | KLT | Finish Motion in Limines and Special Verdict | 5.00<br>135.00/hr | 675.00 |
| 1/31/2004 | RDF | Prepare the direct and cross examination of the witnesses, go through the depositions and the exhibits, outline the opening statement | 8.33<br>135.00/hr | 1,124.55 |
| 2/1/2004 | RDF | Ruin Super Bowl Sunday by working with Brett Ferrari and doing additional trial preparation; Read all Jury Instruction | 3.50<br>135.00/hr | 472.50 |
| 2/2/2004 | RDF | Attend the second Mandatory Settlement Conference with the court; Read deposition of Al Dufresne | 5.50<br>135.00/hr | 742.50 |
| 2/3/2004 | RDF | Finish review of Al Durfresne deposition; Meeting with Brett Ferrari and Mike Blatt | 9.00<br>135.00/hr | 1,215.00 |

EXHIBIT 2 p. 42

Michael Barnette, Sr. Technical Claims Specialist

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2004 | RDF | Trial preparation- review Paul Weir deposition | 3.60 135.00/hr | 472.50 |
| | RDF | Conference call with Joe Ryan; Prepare subpoena for witness; Other trial preparation | 4.00 135.00/hr | 540.00 |
| 2/5/2004 | JH | Draft oppositions to to Plaintiffs motions in limine; | 2.00 135.00/hr | 270.00 |
| | RDF | Work on Opening Statement and all parties Motions in Limine | 6.00 135.00/hr | 810.00 |
| 2/6/2004 | JH | Attend first day of trial (includes travel time); | 2.00 135.00/hr | 270.00 |
| | RDF | Prepare for Issue Conference; Court appearance; Preparation of Voir Dire and Jury Selection | 3.50 135.00/hr | 472.50 |
| 2/7/2004 | RDF | Review the Document Production of Plaintiffs; Trial prep; Review Opposition to Motions in Limine | 3.00 135.00/hr | 405.00 |
| 2/8/2004 | RDF | Meet with Mike Blatt | 1.00 135.00/hr | 135.00 |
| 2/9/2004 | JH | Phone conference with Haig Harris re: Peter Kane's schedule | 0.20 135.00/hr | 27.00 |
| | JH | Review order from court re: trial calendar | 0.25 135.00/hr | 33.75 |
| | JH | Legal research re: judge's power to limit days of testimony | 0.50 135.00/hr | 67.50 |
| | RDF | Review trialcourts pretrialorder, conference call with all counsel, call to Haig Harris re availbilty of Peter Kane, revoewe exhibits, prepare for lthe issue conference and do other matters to get the matter to trial | 5.00 135.00/hr | 675.00 |
| | JH | Meeting with Ron Foreman re: trial preparation | 4.00 135.00/hr | 540.00 |
| | RDF | Meeting with Jackie on jury selections and the opening statement; Call to Karen Jo, Jury Consultant | 4.00 135.00/hr | 540.00 |
| 2/10/2004 | JH | Attend second day of trial (motions in limine, juror book, other pre-trial matters) (includes travel time) | 8.00 135.00/hr | 1,080.00 |
| | JH | Phone conference with Haig Harris re: Kane subpoena | 0.20 135.00/hr | 27.00 |
| | RDF | Pre trial, motions in limine and the Issue conference | 8.00 135.00/hr | 1,080.00 |

EXHIBIT 2 p. 43

Michael Barnette, Sr. Technical Claims Specialist

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2004 | JH | Attend third day of trial (jury selection, opening statements) (includes travel time) | 8.00 135.00/hr | 1,080.00 |
| | RDF | Meeting with the judge, jury selection and opening statements and pretrial work on the opening statement with Jackie | 10.00 135.00/hr | 1,350.00 |
| 2/12/2004 | RDF | Meeting with Brett Ferrari (8:30 to 4:00 p.m.); Meet Mike (2.5); Kinkos on all photos (2) | 12.00 135.00/hr | 1,620.00 |
| 2/13/2004 | RDF | Trial prep (6:30-7:30) ; Attend Trial (9:00-1:30); Return to court to see plaintiff's exhibits (2:30-3:30) | 6.50 135.00/hr | 877.50 |
| | JH | Attend fourth day of trial (Gabbert, Lincoln, DuFresne) (includes travel time) | 5.00 135.00/hr | 675.00 |
| | JH | Meeting with client and Ron Foreman re: trial strategy | 2.50 135.00/hr | 337.50 |
| 2/14/2004 | RDF | Meeting with Jack Scott and Mike to prepare Jack for trial (10:00-4:00) | 6.00 135.00/hr | 810.00 |
| 2/15/2004 | JH | Phone conference with Ron Foreman re: directed verdict, witness list, DeFresne and Pottenger cross-examination | 0.50 135.00/hr | 67.50 |
| | RDF | Review the proposed jury verdict form from Schnabel, go over potential making of Motion of Nonsuit and Directed Verdict with Jackie (2 hours), review the depo testimony of Al Dufresne for his cross examine (3 hours), prepare the cross examine of Gary Pottenger (1.5 hours) review deposition transcript and prepare direct examine of Harold Bray (4 hours) review the engineering file of Mohammed Saaber for a defense to ▮▮▮▮▮(2 hours) outline issues for closing argument (2.5 hours) | 16.17 135.00/hr | 2,182.95 |
| 2/16/2004 | RDF | Meeting with Harold Bray; Mike and Mary Glaspy | 6.00 135.00/hr | 810.00 |
| 2/17/2004 | RDF | Trial- Paul Wier testimony; Post trial moition (7); Meeting with Brett Ferrari (2.5) | 9.50 135.00/hr | 1,282.50 |
| | JH | Meeting with Brett Ferrari and Ron Foreman | 2.00 135.00/hr | 270.00 |
| | JH | Attend trial (includes travel time) | 8.50 135.00/hr | 1,147.50 |
| 2/18/2004 | RDF | Trial preparation- Paul Wier and Guy Travis (4); Trial (7.5) | 11.50 135.00/hr | 1,552.50 |
| | JH | Prepare for Pottenger Cross-examination | 1.00 135.00/hr | 135.00 |
| | JH | Attend trial (includes travel time) | 8.50 135.00/hr | 1,147.50 |

EXHIBIT 2 p. 44

Michael Barnette, Sr. Technical Claims Specialist

Page    5

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 2/19/2004 | RDF | Trial (8); Meeting with Mike Blatt and Brett Ferrari (5) | 13.00 135.00/hr | 1,755.00 |
| | JH | Attend trial (includes travel time) | 8.50 135.00/hr | 1,147.50 |
| | JH | Prepare cross of Ferguson and direct of Buffinbarger | 2.00 135.00/hr | 270.00 |
| 2/20/2004 | RDF | Tria (5.5) ; Telephone call with Jack Scott (1) | 6.50 135.00/hr | 877.50 |
| | JH | Attend Trial | 5.50 135.00/hr | 742.50 |
| 2/21/2004 | RDF | Trial Prep- review jury instructions for meeting with court on Monday Feb. 23, 2004 and Special Verdict form | 5.00 135.00/hr | 675.00 |
| 2/22/2004 | RDF | Sunday meeting with Jack Scott, Dennis and Mike at Mike's house to prepare Jadk for his testimony (9:30-4:30) | 6.00 135.00/hr | 810.00 |
| 2/23/2004 | JH | Attend trial -- jury instructions and special verdict | 8.00 135.00/hr | 1,080.00 |
| | JH | Meeting with Ron Foreman re: closing argument | 2.00 135.00/hr | 270.00 |
| | RDF | Meet with the court and counsel to review jury instructions and the verdict form, motions for non suit and directed verdict meeting with Jackie re verdict form issues, and law to support our non suit motions, dismiss punitive damages | 11.00 135.00/hr | 1,485.00 |
| 2/24/2004 | JH | Attend trial -- Ferrari cross, Lykstra, Orosco, Bray | 7.50 135.00/hr | 1,012.50 |
| | JH | Meeting with Ron Foreman, Jack Scott and Brett Ferrari re: Jack Scott's testimony | 2.00 135.00/hr | 270.00 |
| | RDF | Prepare Gil Orosco and Doug Lykstra for testimony, have witnesses on the stand, meet Jack Scott, Dennis and Brett Ferrari to prove the unnecessay repairs and the cost of repairs for Scott testimony | 12.50 135.00/hr | 1,687.50 |
| 2/25/2004 | RDF | Meet with Jack Scott, Mike and Dennis for trial testimony (7:30-9:00 am) Jack Scott and others on the stand (9:30 - 4:30) meet with Jackie on closing argument ( 5:30- 7:30) | 9.50 135.00/hr | 1,282.50 |
| | JH | Meeting with Ron Foreman to prepare for closing arguments | 3.00 135.00/hr | 405.00 |
| | JH | Attend trial | 7.00 135.00/hr | 945.00 |

EXHIBIT 2 p. 45

Michael Barnette, Sr. Technical Claims Specialist

Page    6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2004 | RDF | Prepare 776 examination of Jim Gabbert, prepare for the window rebuttal witness, review verdict form for closing (2:am-5:am) conclusion of the cross defendants case, Mike Blatt on the stand, rebuttal witness and review with the court the final version of jury instructions, admit evidence (8:30 am-4:30 pm) meet with Jackie to prepare the closing argument (5:00-9:30) | 15.50 135.00/hr | 2,092.50 |
| | JH | attend trial – Gabbert, Blatt, Rollo; finalize exhibits | 7.00 135.00/hr | 945.00 |
| | RDF | Telephone call with Al Anolik and Joe Ryan | 1.00 135.00/hr | 135.00 |
| 2/27/2004 | RDF | Prepare closing argument, court, closing, jury instructions, deliberations and verdict (6:30 am -7:00 pm) | 12.50 135.00/hr | 1,687.50 |
| | JH | Attend trial -- closing arguments and jury deliberations | 10.00 135.00/hr | 1,350.00 |
| | JH | Finalize jury verdict forms and jury instructions; make overheads for closing argument | 3.00 135.00/hr | 405.00 |
| 2/28/2004 | RDF | Meeting with Jack Scott, Dennis and Mike to get Jack ready to testify on all cost issues (9:30-4:30) at Mike's house | 11.00 135.00/hr | 1,485.00 |

SUBTOTAL:                                          [    420.78    56,805.30]

For professional services rendered                  420.78    $56,805.30

Additional Charges :

| Expense | Price | |
|---|---|---|
| 1/31/2004 Lexis -- Legal research | 524.66 | 524.66 |
| 2/12/2004 Wheels of Justice: Served Bob Howard | 270.00 | 270.00 |
| 2/17/2004 Copy Central - transparencies | 60.76 | 60.76 |
| 2/18/2004 Western Messenger: Marin Superior Court | 74.40 | 74.40 |
| Kinko's | 10.14 | 10.14 |
| 2/20/2004 Court Transcript | 1,288.00 | 1,288.00 |
| 2/25/2004 Derish Associates: For sevices rendered in February 2004 | 422.50 | 422.50 |
| 2/26/2004 Miscellaneous expenses during trial | 168.98 | 168.98 |

EXHIBIT 2 p.46

Michael Barnette, Sr. Technical Claims Specialist

Page    7

|  |  | Price | Amount |
|---|---|---|---|
| 2/27/2004 | Court fees: 2/13/04 to 2/27/04 | 750.00 | 750.00 |
|  | Toll- 2/6/04 to 2/27/04 | 52.00 | 52.00 |
| 2/29/2004 | Lexis -- Legal research | 426.44 | 426.44 |
|  | Ferrari Moe- 2/21/04 to 2/5/04 | 2,582.46 | 2,582.46 |

SUBTOLAL:

Total costs                                                    [ 6,630.34]

                                                                 $6,630.34

Total amount of this bill                        $63,435.64   20

Previous Balance :                                  $ 46, 135.55   21

Balance due:

                                                        $ 109, 571.19

EXHIBIT 2 p. 47

# FOREMAN & BRASSO

930 Montgomery Street, Suite 600
San Francisco, California 94133
TEL: (415) 433-3475  FAX: (415) 781-8030

April 02, 2004

Invoice submitted to:
Michael Barnette, Sr. Technical Claims Specialist
Liberty Mutual Insurance Company
P.O. Box 9118
Pleasanton CA 94566

In Reference To:  James Gabbert and Michael Lincoln v. Michael Blatt, et al.
Your File No.: P602-070876-01
Policy No.TB1-131-011670-397

Invoice #10799

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| Time | | | |
| 3/1/2004 JH | Phone conference with Joe Ryan re:  post-verdict issues | 0.40 135.00/hr | 54.00 |
| 3/10/2004 RDF | Read memo of Joe Ryan on post-trial motions, review Witkin, Cal Procedure and Trial Handbook on method to reduce the Verdict and modify the judgement, draft rough of the Motion for Judgement not Withstanding the Verdict | 5.00 135.00/hr | 675.00 |
| 3/15/2004 RDF | continue drafting the JNOV  motion and incorporate sections from the trial record and the case law | 6.00 135.00/hr | 810.00 |
| 3/16/2004 RDF | Complete the drafting of the motion for JNOV | 4.50 135.00/hr | 607.50 |
| JH | Review JNOV | 0.40 135.00/hr | 54.00 |
| 3/22/2004 JH | Review memorandum of costs | 0.10 135.00/hr | 13.50 |
| 3/24/2004 EJF | Draft Motion to Tax Costs. | 1.50 135.00/hr | 202.50 |
| 3/29/2004 JH | Phone conference with Joe Ryan re:  costs bill | 0.25 135.00/hr | 33.75 |

EXHIBIT 2 p. 48

Michael Barnette, Sr. Technical Claims Specialist                                        Page    2

|  | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [   18.15 | 2,450.25] |
| For professional services rendered | 18.15 | $2,450.25 |

Additional Charges :

|  |  | Price |  |
|---|---|---|---|
| **Expense** |  |  |  |
| 1/26/2004 Meal |  | 29.30 | 29.30 |
| 1/31/2004 FedEx: Blatt |  | 33.58 | 33.58 |
| 2/2/2004 Meal |  | 34.26 | 34.26 |
| 2/19/2004 Court Reporter: Deborah S. Bartinek |  | 1,120.00 | 1,120.00 |
| 2/25/2004 Derish Associates, Inc.: For Services rendered in  February 2004 |  | 422.50 | 422.50 |
| 2/27/2004 Western Messenger: Marin Superior Court |  | 74.40 | 74.40 |
| Court Reporter: Debbie Bartunek |  | 133.00 | 133.00 |
| 2/29/2004 Lexis -- Legal research |  | 172.00 | 172.00 |
| In-house photocopying for the month of February 2004 |  | 0.20 | 189.60 |
| 3/1/2004 Jack Scott: 2/18/04 to 2/25/04 |  | 14,850.00 | 14,850.00 |
| 3/3/2004 Western Messenger: Anolik |  | 14.30 | 14.30 |
| 3/5/2004 Derish Associates, Inc.: For Services rendered in  March 2004-I location reports on 10 jurors |  | 500.00 | 500.00 |
| 3/15/2004 Western Messenger: Marin Superior Court to Office |  | 97.15 | 97.15 |
| One Legal, Inc: Filing fee- Request for Dismissal |  | 29.50 | 29.50 |
| 3/16/2004 Filing fee: JNOV Motion |  | 37.00 | 37.00 |
| Western Messenger: Marin Superior Court |  | 148.81 | 148.81 |
| Western Messenger: 2107 Van Ness |  | 14.30 | 14.30 |
| Western Messenger: 2010 Crow Canyon Place |  | 67.20 | 67.20 |
| Western Messenger: Sedgwick |  | 14.30 | 14.30 |

EXHIBIT 2 p. 49

Michael Barnette, Sr. Technical Claims Specialist

|  | Price | Amount |
|---|---|---|
| SUBTOTAL: |  | [ 17,981.20] |
| Total costs |  | $17,981.20 |
| Total amount of this bill |  | $20,431.45 |

EXHIBIT 2 p.50

# FOREMAN & BRASSO

### 930 Montgomery Street, Suite 600
### San Francisco, California 94133
#### TEL: (415) 433-3475  FAX: (415) 781-8030

May 05, 2004

Invoice submitted to:
Michael Barnette, Sr. Technical Claims Specialist
Liberty Mutual Insurance Company
P.O. Box 9118
Pleasanton CA 94566

In Reference To:   James Gabbert and Michael Lincoln v. Michael Blatt, et al.
Your File No.: P602-070876-01
Policy No.TB1-131-011670-397

Invoice #10846

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Time** | | | | |
| 4/6/2004 | JH | Review motion to tax costs | 1.00 135.00/hr | 135.00 |
| | EJF | Draft Motion to Tax Costs. | 1.50 135.00/hr | 202.50 |
| 4/7/2004 | EJF | Draft Motion to Tax Plaintiffs' Memorandum of Costs. | 2.00 135.00/hr | 270.00 |
| 4/8/2004 | JH | Finalize motion to tax costs | 0.25 135.00/hr | 33.75 |
| 4/14/2004 | JH | Review Plainatiff's motion for attorneys fees; | 0.40 135.00/hr | 54.00 |
| | JH | Begin drafting opposition to fees by conducting legal research and outlining argument | 4.00 135.00/hr | 540.00 |
| 4/15/2004 | JH | Conducted additional legal research and continued to draft opposition | 3.00 135.00/hr | 405.00 |
| | RDF | Review the case law in opposition to the award of attorney fees, the draft of the motion by Jackie and pull the National Law Journal study, call to firms re:rates for new associates and get the dates for events in this case for the declaration in opposition. | 2.50 135.00/hr | 337.50 |

EXHIBIT 2 p.51

Michael Barnette, Sr. Technical Claims Specialist                                            Page     2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2004 | RDF | Draft declaration in opposition to the attorneys fee motion and the exhibits thereto, speak with Joe Ryan, go through the accounting of Anolik and challenge the reasonableness of the rates charged by the associate lawyers. File with the clerk of the court. | 6.00 135.00/hr | 810.00 |
| | JH | Draft declaration in opposition to attorneys fees; Finalize opposiiton; | 6.50 135.00/hr | 877.50 |
| | JH | Phone conference with Joe Ryan re: opposition to motion for attorney's fees | 0.20 135.00/hr | 27.00 |
| 4/20/2004 | JH | Prepare errata sheet re: correct deduction for settlement numbers in opposition to motion for attorney's fees | 0.40 135.00/hr | 54.00 |
| 4/22/2004 | JH | Review Plaintiffs' opposition to JNOV | 0.40 135.00/hr | 54.00 |
| | JH | Draft reply brief and conduct legal research associated with reply brief | 3.00 135.00/hr | 405.00 |
| | JH | Phone conference with Joe Ryan re: opposition to JNOV | 0.20 135.00/hr | 27.00 |
| | JH | Finalize reply brief in support of JNOV | 1.25 135.00/hr | 168.75 |
| | JH | Review Plaintiffs' reply in support of attorneys' fees motion | 0.40 135.00/hr | 54.00 |
| | RDF | Rewrite reply to opposition to JNOV, outline and rewrite Ron's declaration in reply to the JNOV and review the opposition to the JNOV from Gabbert and Lincoln, call to Joe Ryan, review the reply of Gabbert and Lincoln to the motion on attorney fees | 4.00 135.00/hr | 540.00 |
| 4/28/2004 | JH | Attend hearing on JNOV and Motion for Attorney's Fees | 1.00 135.00/hr | 135.00 |
| | JH | Review reply in support of motion to tax costs | 0.25 135.00/hr | 33.75 |
| | EJF | Draft Reply in Support of Motion to Tax Costs. | 2.50 135.00/hr | 337.50 |
| | RDF | Prepare for court and appear court on JNOV and the motion to oppose the award of attorney fees, discuss with Al Anolik the prospects of an appeal from Gabbert and Lincoln | 2.00 135.00/hr | 270.00 |
| 4/29/2004 | JH | Finalize reply in support of motion to tax costs | 0.50 135.00/hr | 67.50 |
| | EJF | Draft and then edit Reply in Support of Motion to Tax Costs | 2.00 135.00/hr | 270.00 |

EXHIBIT 2 p.52

Michael Barnette, Sr. Technical Claims Specialist               Page   3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2004 | EJF | Research whether an appeal/supersedeas bond can be collateralized with property; explore more cost-efficient methods. | 0.80 135.00/hr | 108.00 |
| | RDF | Discussion re appeal, the cost of an appeal bond and the possible issues on appeal, from the fee award, the denial of the JNOV and the award of costs, the standard of review for the issues and other miscellaeous matters that might reverse the jury verdict. | 1.25 135.00/hr | 168.75 |
| | JH | Meeting with Ron Foreman and Elizabeth Ferrall re: appeal issues | 0.25 135.00/hr | 33.75 |
| 5/3/2004 | JH | Review tentative ruling on motion to tax costs | 0.25 135.00/hr | 33.75 |
| 5/4/2004 | JH | Phone conference with Joe Ryan re: JNOV and attorneys' fees orders | 0.25 135.00/hr | 33.75 |
| | RDF | Call to Mike Blatt and Mike Barnette re the outcome, the payoff, settlement and payment by the insuer of the attorney fees and costs | 1.00 135.00/hr | 135.00 |

SUBTOTAL:                           [    49.05    6,621.75]

For professional services rendered           49.05    $6,621 75

Additional Charges :

| Expense | Price | |
|---|---|---|
| 1/30/2004 FedEx: Blatt | 33.58 | 33.58 |
| 3/31/2004 In-house photocopying for the month of March 2004 | 0.20 | 41.60 |
| Lexis -- Legal research | 123.86 | 123.86 |
| 4/8/2004 One Legal, Inc: Filing fee- Notice of Motion to Tax Plaintiffs Memorandum or Costs; MPA | 80.50 | 80.50 |
| 4/16/2004 Copy Central | 21.32 | 21.32 |
| Western Messenger: 2107 Van Ness Ave. | 28.60 | 28.60 |
| 4/20/2004 One Legal, Inc: Filing fee- Opposition to Motion for Contractual Attorney's fees | 36.00 | 36.00 |
| 4/22/2004 One Legal, Inc: Filing fee- Declaration; Support of Motion; POS | 47.00 | 47.00 |

SUBTOTAL:                            [    412.46]

EXHIBIT 2 p.53

Michael Barnette, Sr. Technical Claims Specialist                                    Page     4

|                              | Amount |
|------------------------------|-------:|
| Total costs                  | $412.46 |
| Total amount of this bill    | $7,034.21 |

Previous Balance :                                                    $  20,431.45
Payment:                                                              ( $  19,850.00 )

Balance due:                                                          $ 7,615.66

EXHIBIT 2 p.54

# FOREMAN & BRASSO

930 Montgomery Street, Suite 600
San Francisco, California 94133
TEL: (415) 433-3475  FAX: (415) 781-8030

June 02, 2004

Invoice submitted to:
Michael Barnette, Sr. Technical Claims Specialist
Liberty Mutual Insurance Company
P.O. Box 9118
Pleasanton CA 94566

In Reference To:  James Gabbert and Michael Lincoln v. Michael Blatt, et al.
Your File No. P602-070876-01
Policy No. TB1-131-011670-397

*Paid 7/10/04*

*MB.*

Invoice #10879

### Professional Services

| Time | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/5/2004 JH | Review cases re:  appealing attorneys fee award | 0.25 135.00/hr | 33.75 |
| 5/10/2004 JH | Draft order granting motion to tax costs | 0.30 135.00/hr | 40.50 |
| 5/11/2004 JH | Finalize order granting motion to tax costs | 0.10 135.00/hr | 13.50 |
| JH | Draft cover letter to Ryan and Anolik re:  post-trial motion orders | 0.20 135.00/hr | 27.00 |
| 5/20/2004 JH | Phone conference with Joe Ryan re:  motion to tax costs order | 0.10 135.00/hr | 13.50 |
| 5/26/2004 RDF | Telephone call with Mike Barnett re the payment of the judgement by the insurer, research into the obligations of the insurer to pay the judgement | 2.00 135.00/hr | 270.00 |
| 5/28/2004 RDF | Review the proposed judgement of Al Anolik and object to the form for its form  and omisions, draft correct form and resubmit to Al and Joe Ryan | 1.25 135.00/hr | 168.75 |

| | | | |
|---|---|---|---|
| SUBTOTAL: | | [     4.20 | 567.00] |
| For professional services rendered | | 4.20 | $567.00 |

EXHIBIT 2 p.55

Michael Barnette, Sr. Technical Claims Specialist

Page    2

Additional Charges :

|  |  | Price | Amount |
|---|---|---|---|
| **Expense** | | | |
| 4/22/2004 | Western Messenger: Anolick | 14.30 | 14.30 |
| 4/29/2004 | One Legal, Inc: Filing fee- Reply in Support of Motion to Tax Plaintiff's Memo of Costs | 41.75 | 41.75 |
| | Western Messenger: Anolick | 42.90 | 42.90 |
| 4/30/2004 | In-house photocopying for the month of April 2004 | 0.20 | 170.80 |
| | SUBTOTAL: | | [ 269.75] |
| | Total costs | | $269.75 |
| | Total amount of this bill | | $836.75 |

Previous Balance :    $ 7,615.66

Balance due:        $ 8,452.41

EXHIBIT 2 p.56

Case 4:06-cv-02022-CW     Document 8-3     Filed 07/21/2006     Page 57 of 67

```
SVNO 009                    PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT, JAMES/M. BLATT (AI-391           CLAIM STATUS O
PYT AMT   (884.23) CH/EFT NO 15359707   SCHD NO          ISSUE DATE 08/18/2004
PAYEE NAME L1 FOREMAN & BRASSO                    RELEASED BY ID C602B17
PAYEE NAME L2                                            DATE 08/18/2004
PAYEE NAME L3                                         ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                     DATE 08/17/2004
STREET/ADDR 2 SUITE 600                                SSP ID C602D28
        CITY SAN FRANCISCO        ST CA ZIP 94133    COUNTRY
ISSUE STATUS 10
        (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
        30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N   AF/NAF     T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO        CD    CHECK DATE         CHECK AMT
    40: PEND TO FUT       20-40: PEND DATE         20: CYCLE      ACCU
EOP NOTE CODE:                     EOP COPY TO:    INSD    CLMT
EOP NOTES:  INVOICE# 10916.  COSTS FROM 5/28/04 TO 7/8/04
        RE:  GABBERT V. BLATT/SCHNABEL
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO          PRINT CHECK IN BO:
FOLLOW UP NOTES A/I COSTS
RELEASE/PEND PAYMENT       DISPLAY SERVICE         EXTRA EOP(LOCAL)
SCREEN     SUFFIX                          REMARKS Y      ID C602D28
```

EXHIBIT 3 p.57

```
SVNO 001                    PAYMENT RELEASE (PR)                    SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391           CLAIM STATUS O
PYT AMT   37799.77 CH/EFT NO 15115278   SCHD NO        ISSUE DATE 07/10/2003
PAYEE NAME L1 FOREMAN & BRASSO                        RELEASED BY ID C602D74
PAYEE NAME L2 ATTORNEYS AT LAW                               DATE 07/10/2003
PAYEE NAME L3                                          ADDED BY ID C602D28
STREET/ADDR 1 807 MONTGOMERY STREET                         DATE 07/09/2003
STREET/ADDR 2                                           SSP ID C602D28
         CITY SAN FRANCISCO        ST CA ZIP 94133       COUNTRY
ISSUE STATUS  10
         (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
         30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF      T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO        CD    CHECK DATE          CHECK AMT
    40: PEND TO FUT        20-40: PEND DATE          20: CYCLE      ACCU
EOP NOTE CODE:                         EOP COPY TO:    INSD    CLMT
EOP NOTES:  LIBERTY MUTUAL'S 50% SHARE OF A/I FEES AND COSTS ON BEHALF OF
            SCHNABEL FOUNDATION
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO        PRINT CHECK IN BO:
FOLLOW UP NOTES A/I FEES & COSTS
RELEASE/PEND PAYMENT            DISPLAY SERVICE         EXTRA EOP(LOCAL)
SCREEN      SUFFIX                                 REMARKS Y      ID C602D28
```

EXHIBIT 3 p.58

```
SVNO 002                    PAYMENT RELEASE (PR)                SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY   DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT, JAMES/M. BLATT (AI-391          CLAIM STATUS O
PYT AMT   11441.61  CH/EFT NO 15236207  SCHD NO       ISSUE DATE 01/27/2004
PAYEE NAME L1 FOREMAN & BRASSO                 RELEASED BY ID C602D74
PAYEE NAME L2                                          DATE 01/27/2004
PAYEE NAME L3                                    ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                   DATE 01/27/2004
STREET/ADDR 2 SUITE 600                            SSP ID C602D28
       CITY SAN FRANCISCO        ST CA ZIP 94133    COUNTRY
ISSUE STATUS  10
       (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
        30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF      T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO       CD    CHECK DATE         CHECK AMT
    40: PEND TO FUT        20-40: PEND DATE          20: CYCLE      ACCU
EOP NOTE CODE:                        EOP COPY TO:    INSD    CLMT
EOP NOTES:  LIBERTY'S SHARE OF A/I FEES AND COSTS FROM JULY 10, 2003 THRU
           DEC 19, 2003.  RE:  GABBERT, ET AL V. SCHNABEL FOUNDATION
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO      PRINT CHECK IN BO:
FOLLOW UP NOTES A/I FEES AND COSTS
RELEASE/PEND PAYMENT          DISPLAY SERVICE        EXTRA EOP(LOCAL)
SCREEN      SUFFIX                           REMARKS Y     ID C602D28
```

EXHIBIT 3 p.59

```
SVNO 003                  PAYMENT RELEASE (PR)                  SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY      DOL 04/02/1997  CLAIM NO P 602-070876-01 REG
CLMT GABBERT, JAMES/M. BLATT (AI-391             CLAIM STATUS O
PYT AMT  (10927.35) CH/EFT NO 15247195   SCHD NO        ISSUE DATE 02/13/2004
PAYEE NAME L1 FOREMAN & BRASSO                  RELEASED BY ID C602D74
PAYEE NAME L2                                          DATE 02/13/2004
PAYEE NAME L3                                   ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                   DATE 02/12/2004
STREET/ADDR 2 SUITE 600                              SSP ID C602D28
        CITY SAN FRANCISCO        ST CA ZIP 94133       COUNTRY
ISSUE STATUS  10
     (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
      30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF    T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO     CD   CHECK DATE        CHECK AMT
     40: PEND TO FUT       20-40: PEND DATE          20: CYCLE    ACCU
EOP NOTE CODE:                    EOP COPY TO:    INSD    CLMT
EOP NOTES:  LIBERTY MUTUAL'S 50/50 SHARE OF FEES AND COSTS THRU 1/26/04
            ON BEHALF OF SCHNABEL FOUNDATION. (RE:  GABBERT V. BLATT)
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO         PRINT CHECK IN BO:
FOLLOW UP NOTES SEE IER
RELEASE/PEND PAYMENT          DISPLAY SERVICE            EXTRA EOP(LOCAL)
SCREEN      SUFFIX                          REMARKS Y    ID C602D28
```

EXHIBIT 3 p.60

```
SVNO 004                 PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391              CLAIM STATUS O
PYT AMT (109571.19) CH/EFT NO 15259924  SCHD NO        ISSUE DATE 03/04/2004
PAYEE NAME L1 FOREMAN & BRASSO                  RELEASED BY ID C602D74
PAYEE NAME L2                                           DATE 03/04/2004
PAYEE NAME L3                                   ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                    DATE 03/03/2004
STREET/ADDR 2 SUITE 600                             SSP ID C602D28
       CITY SAN FRANCISCO        ST CA ZIP 94133    COUNTRY
  ISSUE STATUS 10
     (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
      30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
  10-20: F/N     AF/NAF     T/P LOSS    PRINT LOCAL(Y/BLANK)   WAV(MA)/FUN(CN)
  15(MANUAL): CHECK NO      CD    CHECK DATE      CHECK AMT
     40: PEND TO FUT       20-40: PEND DATE        20: CYCLE     ACCU
  EOP NOTE CODE:                  EOP COPY TO:    INSD    CLMT
  EOP NOTES:  FEES AND COSTS FROM 1/22/04 THRU 2/27/04
            RE:  GABBERT V. SCHNABEL FOUNDATION
  IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO           PRINT CHECK IN BO:
  FOLLOW UP NOTES FEES AND COSTS THROUGH TRIAL
  RELEASE/PEND PAYMENT          DISPLAY SERVICE       EXTRA EOP(LOCAL)
  SCREEN       SUFFIX                            REMARKS Y     ID C602D28
```

EXHIBIT 3 p.61

```
SVNO 005              PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391                   CLAIM STATUS O
PYT AMT  (19850.00 )CH/EFT NO 15270566  SCHD NO        ISSUE DATE 03/22/2004
PAYEE NAME L1 FOREMAN & BRASSO                      RELEASED BY ID C602D74
PAYEE NAME L2                                           DATE 03/22/2004
PAYEE NAME L3                                      ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                    DATE 03/19/2004
STREET/ADDR 2 SUITE 600                            SSP ID C602D28
          CITY SAN FRANCISCO      ST CA ZIP 94133      COUNTRY
   ISSUE STATUS  10
      (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
       30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
   10-20: F/N     AF/NAF     T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
   15(MANUAL): CHECK NO        CD    CHECK DATE         CHECK AMT
      40: PEND TO FUT        20-40: PEND DATE          20: CYCLE      ACCU
   EOP NOTE CODE:                     EOP COPY TO:     INSD    CLMT
   EOP NOTES:  EXPERT COSTS RE: GABBERT V. SCHNABEL FOUNDATION

IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO      PRINT CHECK IN BO:
FOLLOW UP NOTES OUTSTANDING EXPERT COSTS
RELEASE/PEND PAYMENT          DISPLAY SERVICE        EXTRA EOP(LOCAL)
SCREEN       SUFFIX                              REMARKS Y    ID C602D28
```

EXHIBIT 3 p.62

```
SVNO 006                PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT, JAMES/M. BLATT (AI-391            CLAIM STATUS O
PYT AMT  (7034.21)CH/EFT NO 15313591  SCHD NO       ISSUE DATE 06/01/2004
PAYEE NAME L1 FOREMAN & BRASSO              RELEASED BY ID C602D74
PAYEE NAME L2                                       DATE 06/01/2004
PAYEE NAME L3                                 ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                 DATE 05/29/2004
STREET/ADDR 2 SUITE 600                            SSP ID C602D28
        CITY SAN FRANCISCO        ST CA ZIP 94133    COUNTRY
ISSUE STATUS  10
    (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
     30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF    T/P LOSS   PRINT LOCAL(Y/BLANK)   WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO       CD   CHECK DATE        CHECK AMT
    40: PEND TO FUT        20-40: PEND DATE         20: CYCLE      ACCU
EOP NOTE CODE:                    EOP COPY TO:    INSD    CLMT
EOP NOTES: PAYMENT OF FEES AND COSTS FOR INVOICE# 10846
           RE:  GABBERT V. BLATT; SCHNABEL FOUNDATION
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO        PRINT CHECK IN BO:
FOLLOW UP NOTES A/I FEES AND COSTS
RELEASE/PEND PAYMENT        DISPLAY SERVICE        EXTRA EOP(LOCAL)
SCREEN      SUFFIX                          REMARKS Y    ID C602D28
```

EXHIBIT 3 p.63

JUN 19 2006 17:05 FR LIBERTY MUTUAL        925 734 0916 TO 18185625810        P.09/09

(A) VIA ACES Session.zws   PASSPORT
Case 4:06-cv-02022-CW   Document 8-3   Filed 07/21/2006   Page 64 of 67
June 19 2006 15:37:04

```
SVNO 007                    PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391          CLAIM STATUS O
PYT AMT   836.75 CH/EFT NO 15337048  SCHD NO        ISSUE DATE 07/12/2004
PAYEE NAME L1 FOREMAN & BRASSO                 RELEASED BY ID C602D74
PAYEE NAME L2                                       DATE 07/12/2004
PAYEE NAME L3                                    ADDED BY ID C602D28
STREET/ADDR 1 930 MONTGOMERY STREET                  DATE 07/10/2004
STREET/ADDR 2 SUITE 600                             SSP ID C602D28
        CITY SAN FRANCISCO       ST CA ZIP 94133     COUNTRY
ISSUE STATUS 10
    (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
     30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N     AF/NAF     T/P LOSS     PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO      CD    CHECK DATE         CHECK AMT
    40: PEND TO FUT      20-40: PEND DATE          20: CYCLE      ACCU
EOP NOTE CODE:                  EOP COPY TO:    INSD   CLMT
EOP NOTES:  LIBERTY'S SHARE OF ATTORNEYS FEES AND COSTSFOR MICHAEL BLATT
            UNDER THE A/I ENDORSEMENT ISSUED BY SCHNABEL FOUNDATION.
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO           PRINT CHECK IN BO:
FOLLOW UP NOTES A/I FEES AND COSTS FROM FOREMAN & BRASSO
RELEASE/PEND PAYMENT           DISPLAY SERVICE        EXTRA EOP(LOCAL)
SCREEN      SUFFIX                         REMARKS Y      ID C602D28
```

EXHIBIT 3 p. 64
** TOTAL PAGE.09 **

# FOREMAN & BRASSO

930 Montgomery Street, Suite 600
San Francisco, California 94133
TEL: (415) 433-3475  FAX: (415) 781-8030

July 16, 2004

Invoice submitted to:
Michael Barnette, Sr. Technical Claims Specialist
Liberty Mutual Insurance Company
P.O. Box 9118
Pleasanton CA 94566

In Reference To:   James Gabbert and Michael Lincoln v. Michael Blatt, et al.
                   Your File No.: P602-070876-01
                   Policy No.TB1-131-011670-397

Invoice #10916

Additional Charges :

|  |  | Price | Amount |
|---|---|---|---|
| **Expense** | | | |
| 5/28/2004 Court Reporter- Debbie Bartunec | | 42.00 | 42.00 |
| Court Reporter- Deborah Bartunek- Reporter's Transcript of Proceedings: 1/26/04 | | 42.00 | 42.00 |
| 5/30/2004 In-house photocopying for the month of May 2004 | | 0.20 | 13.60 |
| 5/31/2004 Lexis -- Legal research | | 31.63 | 31.63 |
| 7/8/2004 Filing fee for Marin Superior Court- Appeal | | 100.00 | 100.00 |
| Filing fee for Court of Appeal | | 655.00 | 655.00 |
| SUBTOTAL: | | | [     884.23] |
| Total costs | | | $884.23 |

Previous Balance :                                                     $ 8,452.41
Payment:                                                            ( $ 7,034.21 )

Balance due:              /                                             $ 2,302.43

EXHIBIT 3 p. 65

Case 4:06-cv-02022-CW    Document 8-3    Filed 07/21/2006    Page 66 of 67

```
SVNO 008              PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY    DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391            CLAIM STATUS O
PYT AMT   13634.85  CH/EFT NO 15340157  SCHD NO         ISSUE DATE 07/16/2004
PAYEE NAME L1 ALEXANDER ANOLIK                 RELEASED BY ID C602D74
PAYEE NAME L2                                       DATE 07/16/2004
PAYEE NAME L3                                  ADDED BY ID C602D28
STREET/ADDR 1 2107 VAN NESS AVENUE                  DATE 07/16/2004
STREET/ADDR 2 SUITE 200                        SSP ID C602D28
        CITY SAN FRANCISCO        ST CA ZIP 94109      COUNTRY
ISSUE STATUS  10
    (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
     30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF    T/P LOSS    PRINT LOCAL(Y/BLANK)    WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO      CD   CHECK DATE          CHECK AMT
    40: PEND TO FUT        20-40: PEND DATE          20: CYCLE    ACCU
EOP NOTE CODE:                    EOP COPY TO:    INSD    CLMT
EOP NOTES:  LIBERTY MUTUAL'S PAYMENT OF COSTS AWARDED BY THE COURT
            RE:  GABBERT V. MICHAEL BLATT
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO          PRINT CHECK IN BO:
FOLLOW UP NOTES PAYMENT OF PLTF'S COSTS
RELEASE/PEND PAYMENT          DISPLAY SERVICE          EXTRA EOP(LOCAL)
SCREEN      SUFFIX                              REMARKS Y      ID C602D28
```

EXHIBIT 4 p.66

```
SVNO 011              PAYMENT RELEASE (PR)              SPEC CLM SERV Y
INSD SCHNABEL FOUNDATION COMPANY     DOL 04/02/1997 CLAIM NO P 602-070876-01 REG
CLMT GABBERT,JAMES/M. BLATT (AI-391           CLAIM STATUS O
PYT AMT (286667.40) CH/EFT NO 80192959  SCHD NO        ISSUE DATE 09/10/2004
PAYEE NAME L1 ALEXANDER ANOLIK TRUST ACCOUNT   RELEASED BY ID C001A81
PAYEE NAME L2                                          DATE 09/10/2004
PAYEE NAME L3                                   ADDED BY ID C602D28
STREET/ADDR 1 2107 VAN NESS AVENUE                    DATE 09/09/2004
STREET/ADDR 2 SUITE 200                            SSP ID C602D28
        CITY SAN FRANCISCO        ST CA ZIP 94109     COUNTRY
ISSUE STATUS  10
    (10-ISSUE, 12-DAM W/IN DED, 14-EFT, 15-MANUAL, 20-CONT WAGE, 25-PEND SUPR,
     30-PEND MISC, 35-PEND HO, 40-PEND OTHER, 90-DENY NO EOP, 95-DENY WITH EOP)
10-20: F/N    AF/NAF    T/P LOSS    PRINT LOCAL(Y/BLANK) Y  WAV(MA)/FUN(CN)
15(MANUAL): CHECK NO     CD   CHECK DATE          CHECK AMT
    40: PEND TO FUT        20-40: PEND DATE           20: CYCLE     ACCU
EOP NOTE CODE:                   EOP COPY TO:     INSD    CLMT
EOP NOTES:  SETTLEMENT OF ATTYS FEES AWARD
            RE:  GABBERT V. SCHNABEL FOUNDATION
IF REPLACEMENT CHECK, ENTER PRIOR CHECK NO        PRINT CHECK IN BO: 001
FOLLOW UP NOTES ATTYS FEES AWARD
RELEASE/PEND PAYMENT        DISPLAY SERVICE        EXTRA EOP(LOCAL)
SCREEN     SUFFIX                          REMARKS Y      ID C602D28
```

EXHIBIT 4 p.67

1  Ronald J. Skocypec, Esq., Bar No.: 072690
   Melodee A. Yee, Esq., Bar No.: 168541
2  PETERSON & BRADFORD, LLP
   100 North First Street, Suite 300
3  Burbank, CA 91502
   818.562.5800
4  818.562.5810 – Facsimile

5
   Attorneys for Plaintiff
6  LIBERTY MUTUAL INSURANCE COMPANY

7
                IN THE UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11  Liberty Mutual Insurance Company,      )  Case No.: C 06 2022 SC
                                           )
12            Plaintiff,                    )  **LIBERTY MUTUAL INSURANCE
                                           )  COMPANY'S REQUEST FOR JUDICIAL
13        vs.                              )  NOTICE FILED IN SUPPORT OF
                                           )  APPLICATION FOR DEFAULT
14                                         )  JUDGMENT BY COURT;**
    Michael T. Blatt,                      )
15                                         )  **MEMORANDUM OF POINTS AND
                                           )  AUTHORITIES;**
16            Defendant.                    )
                                           )  **EXHIBITS**
17                                         )
                                           )  [Concurrently Filed With Application For
18                                         )  Default Judgment; Declarations Of
                                           )  Michael Barnette and Melodee A. Yee;
19                                         )  [Proposed] Order; and [Proposed]
                                           )  Judgment]
20                                         )
                                           )  DATE:   August 25, 2006
21                                         )  TIME:   10:00 A.M.
                                           )  DEPT.:  Ctrm 1, 17th Floor
22                                         )
                                           )
23                                         )
                                           )
24  _____

25

26        Plaintiff Liberty Mutual Insurance Company ("Liberty"), pursuant to Rules 201(a)

27  and 201(d) of the Federal Rules of Evidence, respectfully requests this court take

28  judicial notice of the following documents filed in the underlying action known as

                                        1

<u>Gabbert, et al. v. Blatt, et al.</u>, Marin County Superior Court, Case no. CIV 020477, in support of Liberty's application for default judgment by the court against Michael T. Blatt:

1.    Judgment on Verdict in Open Court filed February 27, 2004. A true and correct copy of this document is attached hereto as Exhibit 5.

2.    Amended Judgment on Verdict in Jury Trial filed June 30, 2004. A true and correct copy of this document is attached hereto as Exhibit 6; and

3.    Register of Actions for <u>Gabbert, et al., v. Michael T. Blatt, et al.</u>, Marin County Superior Court, Case No. CIV 020477. A true and correct copy of this document is attached hereto as Exhibit 7.

DATED: July _20_, 2006                    PETERSON & BRADFORD

By: _____
Ronald J. Skocypec, Esq.
Melodee A. Yee, Esq.

Attorneys for Plaintiff
Liberty Mutual Insurance Company

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**THIS COURT MUST TAKE JUDICIAL NOTICE OF THE**

**ADJUDICATIVE FACTS CONTAINED IN THE**

**DOCUMENTS REFERRED TO IN THIS REQUEST**

Rules 201(a) and 201(b) of the Federal Rules of Evidence provide that judicial notice may be taken of adjudicative facts (i.e., facts of the particular case or which relate to the parties) "capable of accurate ready determination by resort to sources whose accuracy cannot reasonably be questioned." Pursuant to Rule 201(d), judicial notice is mandatory when the Court is "requested by a party and supplied with the necessary information." Accordingly, this court must take judicial notice of the attached judgment, the amended judgment and the register of actions on file in the Underlying Action known as <u>Gabbert, et al., v. Michael T. Blatt, et al.</u>, Marin County Superior Court, Case No. CIV 020477, in support of Liberty's application for default judgment by the court against defendant, Michael T. Blatt.

DATED: July 20, 2006              PETERSON & BRADFORD, LLP


                                  _____
                                  Ronald J. Skocypec
                                  Melodee A. Yee

                                  Attorneys for Plaintiff
                                  LIBERTY MUTUAL INSURANCE COMPANY

3

FILED

FEB 2 7 2004

JOHN F. MONTGOMERY,
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: J. Mirkovacz, Deputy

## MARIN COUNTY SUPERIOR COURT
### State of California
### P. O. BOX 4988
### San Rafael, CA 94913-4988

PLAINTIFF(S):

JAMES GARBERT AND MICHAEL LINCOLN

CASE NO. CV 020477

vs.

DEFENDANT(S):

JUDGMENT ON VERDICT IN OPEN COURT

MICHAEL BLATT AND CATHERINE BLATT

This cause came on regularly for trial on ___ FEBRUARY 11, 13, 17, 18, 19, 20, 24, 25, 26, and 27, 2004 ___

ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER appearing as counsel for the plaintiff(s), and

RONALD FOREMAN AND JACQUELINE HAMILTON.   JOSEPH ___ appearing for the defendant(s). A jury of
RYAN FOR CRDF-SCHNABEL FOUNDATION COMPANY
___12___ persons was duly accepted, impaneled, and sworn to try the case. Witnesses were sworn and examined.

After hearing the evidence, the arguments of counsel, and instructions of the court, the cause was submitted to the jury, and the jury retired to deliberate. The jury subsequently returned into court, and rendered the following verdict:

*See attached verdicts*

IT IS ORDERED THAT the judgment be entered accordingly.

Judgment entered on ___2___ / ___27___ / ___2004___

I certify the attached to be a correct copy of the judgment entered in the above-entitled action.

Executed at San Rafael, California

___ / ___ / ___

JOHN P. MONTGOMERY
Court Executive Officer

By ___

        Deputy

310-230 Rev. 5/99

EXHIBIT 5 p. 4

FILED

FEB 27 2004

JOHN P. MONTGOMERY,
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: J. Minkiewicz, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MARIN – UNLIMITED JURISDICTION

| | | |
|---|---|---|
| JAMES GABBERT AND MICHAEL LINCOLN, | ) | CASE NO. CV 020477 |
| Plaintiffs, | ) | |
| v. | ) | |
| MICHAEL BLATT, CATHERINE BLATT, | ) | **SPECIAL VERDICT** |
| Defendants. | ) | |
| | ) | |
| MICHAEL BLATT AND CATHERINE BLATT, | ) | |
| Cross-complainants, | ) | |
| v. | ) | |
| JAMES GABBERT, MICHAEL LINCOLN, AND SCHNABEL FOUNDATION COMPANY, | ) | Trial Date:   February 6, 2004 |
| | ) | Time:         9:00 a.m. |
| Cross-defendants. | ) | Dept.:        L |

SPECIAL VERDICT

- 1 -

EXHIBIT 5 p. 5

1    We, the jury in the above-entitled action, find the following special verdict on the

2    questions submitted to us:

3    **Plaintiffs James Gabbert and Michael Lincoln's Cause of Action For Breach of**

4    **Written Contract**

5    Question No.1:  Did Michael and Catherine Blatt breach the written real estate

6    purchase agreement?

7    Answer "yes" or "no".

8    Answer:          Yes           11-1

9    If you answer Question No. 1 "no", then answer Question No. 6. If you answer Question

10   No. 1 "yes", then answer Question No. 2.

11   Question No. 2:  Did Michael and Catherine Blatt's breach of the written real

12   estate purchase agreement cause damages to James Gabbert and Michael Lincoln?

13   Answer "yes" or "no".

14   Answer:          Yes           11 —

15   If you answer Question No. 2 "no", then answer Question No. 6. If you answer Question

16   No. 2 "yes", then answer Question No. 3.

17   Question No. 3: What do you find to be the total amount of damages suffered by

18   James Gabbert and Michael Lincoln that were caused by Michael and Catherine Blatt's

19   breach of the written real estate purchase agreement?

20   Answer:     $    1                        12 - 0

21   Answer question No. 4.

22   Question No. 4: Were any of these damages caused by the work of Schnabel

23   Foundation?         No           11 - 0 - 1

24   If you answer question No. 4 "no", go to question No. 6. If you answer question

25   No. 4 "yes", go to question No. 5 and answer question No. 33.

26   \\\

27   \\\

28

SPECIAL VERDICT

- 2 -

EXHIBIT 5 p.6

1    Question No. 5:  If you have answered question No. 4 "yes", what is the amount of

2    damages caused by the work of Schnabel Foundation?

3    Answer:        $_____

4        Answer question No. 6.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT                          - 3 -

EXHIBIT 5 p. 7

1    Plaintiffs James Gabbert and Michael Lincoln's Cause of Action for Negligence

2          Question No. 6: Were Michael and Catherine Blatt negligent? Answer "yes" or

3    "no".

4    Answer:       Yes  -10-t=t  11-1

5          If you answer Question No. 6 "no", go to Question No. 14. If you answer Question

6    No. 6 "yes", then answer Question No. 7.

7          Question No. 7: Was Michael and Catherine Blatt's negligence a cause of damage

8    to James Gabbert and Michael Lincoln? Answer "yes" or "no".

9    Answer:       12 -0    y es

10         If you answer Question No. 7 "no", go to Question No. 14. If you answer Question

11    No. 7 "yes", then answer Question No. 8.

12         Question No. 8: Without taking into consideration the effect on damages due to the

13    negligence of James Gabbert and Michael Lincoln or others, if any, what do you find to be

14    the total amount of damages suffered by James Gabbert and Michael Lincoln and caused

15    by the negligence of Michael and Catherine Blatt?  (388,254)  379 883

16    Answer:   $  898,324    344 844    ⟨91,629⟩

17                12 -0

18         If you answer Question No. 8 "none", go to Question No. 14. If you answer

19    Question No. 8 with an amount of money, answer Question No. 9.

20         Question No. 9: Were any of these damages caused by the work of Schnabel

21    Foundation?     N 0    12-0

22         If you answer question No. 9 "no", go to question No. 11. If you answer question

23    No. 9 "yes", go to question No. 10 and answer question No. 33.

24         Question No. 10:  If you have answered question No. 9 "yes", what is the amount

25    of damages caused by the work of Schnabel Foundation?

26    Answer:    $

27         Answer Question No. 11.

28

SPECIAL VERDICT

- 4 -

EXHIBIT 5 p. 8

1    **Question No. 11:** Were James Gabbert and Michael Lincoln negligent? Answer

2    "yes" or "no".

3    Answer:    Yes    12 – 0

4    If you answer Question No. 11 "no", do not answer Question No. 12. Instead,

5    proceed directly to Question No. 14. If you answer Question No. 11 "yes", then answer

6    Question No. 12.

7    **Question No. 12:** Was the negligence of James Gabbert and Michael Lincoln

8    damage to themselves? Answer "yes" or "no".

9    Answer:    Yes    12 – 0

10

11    If you answer Question No. 12 "no", do not answer Question No. 13. Instead,

12    proceed directly to Question No. 14. If you answer Question No. 12 "yes", then answer

13    Question No. 13.

14    **Question No. 13:** If 100% represents the total negligence that was the cause of the

15    James Gabbert and Michael Lincoln damage, what percentage of this 100% is due to the

16    contributory negligence of James Gabbert and Michael Lincoln?

17    Answer:    To plaintiffs: _____ 10 _____ %    12 – 0

18    Answer question No. 14.

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT

- 5 -

EXHIBIT 5 p. 9

1    **Plaintiffs James Gabbert and Michael Lincoln's Cause of Action For Fraud**

2        Question No. 14: Did Michael Blatt conceal or suppress a material fact?

3    Answer "yes" or "no".

4    Answer:            N o        ~~FO   2~~   11-(

5        If you answer Question No. 14 "no", then answer Question No. 20. If you answer

6    Question No. 14 "yes", then answer Question No. 15.

7        Question No. 15: Did Michael Blatt intentionally conceal or suppress the fact with

8    the intent to defraud James Gabbert and Michael Lincoln?

9    Answer "yes" or "no".

10   Answer:

11       If you answer Question No. 15 "no", answer Question No. 20. If you answer

12   Question No. 15 "yes", then answer Question No. 16.

13       Question No. 16: Were James Gabbert and Michael Lincoln aware of the fact at

14   the time they acted?

15   Answer "yes" or "no".

16   Answer:

17       If you answer Question No. 16 "yes", answer Question No. 20. If you answer

18   Question No. 16 "no", then answer Question No. 17.

19       Question No. 17: Would James Gabbert and Michael Lincoln have acted in the

20   way they acted if they had known of the concealed or suppressed fact?

21   Answer "yes" or "no".

22   Answer:

23       If you answer Question No. 17 "yes", go to Question No. 20. If you answer

24   Question No. 17 "no", then answer Question No. 18.

25   \\\

26   \\\

27   \\\

28

SPECIAL VERDICT                          - 6 -

EXHIBIT 5 p.10

1      **Question No. 18:** Did Michael Blatt's concealment or suppression of the fact cause

2   James Gabbert and Michael Lincoln damage?

3   Answer "yes" or "no".

4   Answer:

5      If you answer Question No. 14 "no", go to Question No. 20. If you answer Question

6   No. 18 "yes", then answer Question No. 19.

7      **Question No. 19:** What is the total amount of all damage that was suffered by

8   James Gabbert and Michael Lincoln that was caused by the concealment or suppression of

9   the fact?

10   Answer:    $_____

11   Answer Question No. 20.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT                       - 7 -

EXHIBIT 5 p.11

1     Plaintiffs Cause of Action For Negligent Misrepresentation

2   Question No. 20: Did Michael Blatt represent to James Gabbert and Michael

3 Lincoln that an important fact was true?

4 Answer "yes" or "no".

5 Answer:  Yes  11-1

6   If you answer Question No. 20 "yes", answer Question No. 21.  If you answer

7 Question No. 20 "no", then answer Question No. 30.

8   Question No. 21: Was Michael Blatt's representation not true?

9 Answer "yes" or "no".

10 Answer:  Yos  yes  11-1

11   If you answer Question No. 21 "yes", answer Question No. 22. If you answer

12 Question No. 21 "no", then answer Question No. 30.

13   Question No. 22: Did Michael Blatt have no reasonable grounds for believing the

14 representation was true when he made it?

15 Answer "yes" or "no".  No  12-0

16 Answer:

17   If you answer Question No. 22 "yes", answer Question No. 23. If you answer

18 Question No. 22 "no", then answer Question No. 30.

19   Question No. 23: Did Michael Blatt intend that James Gabbert and Michael

20 Lincoln rely on this representation?

21 Answer "yes" or "no".

22 Answer:

23   If you answer Question No. 23 "yes", answer Question No. 24. If you answer

24 Question No. 23 "no", then answer Question No. 30.

25 \\\

26 \\\

27 \\\

28

SPECIAL VERDICT

- 8 -

EXHIBIT 5 p.12

1    Question No. 24: Did James Gabbert and Michael Lincoln reasonably rely on

2    Michael Blatt's representation?

3    Answer "yes" or "no".

4    Answer:

5        If you answer Question No. 24 "yes", answer Question No. 25. If you answer

6    Question No. 24 "no", then answer Question No. 30.

7        Question No. 25: Were James Gabbert and Michael Lincoln damaged as a result of

8    relying on the representation of fact?

9    Answer "yes" or "no".

10    Answer:

11        If you answer Question No. 25 "yes", answer Question No. 26. If you answer

12    Question No. 25 "no", then answer Question No. 30.

13        Question No. 26: Was James Gabbert and Michael Lincoln's reliance on Michael

14    Blatt's representation a substantial factor in causing their harm or damage?

15    Answer "yes" or "no".

16    Answer:

17        If you answer Question No. 26 "yes", answer Question No. 27. If you answer

18    Question No. 26 "no", then answer Question No. 30.

19        Question No. 27: What is the total amount of all damage that was suffered by

20    James Gabbert and Michael Lincoln that was caused by the negligent misrepresentation?

21    Answer:    $_____

22    Answer Question No. 28.

23        Question No. 28: Were any of these damages caused by Schnabel Foundation?

24        If you answer question No. 28 "no", go to question No. 30. If you answer question

25    No. 28 "yes", go to question No. 29 and answer question No. 33.

26    \\\

27    \\\

28    \\\

SPECIAL VERDICT                                    - 9 -

EXHIBIT 5 p.13

1    **Question No. 29:** If you have answered question No. 28 "yes", what is the amount

2    of damages caused by the work of Schnabel Foundation?

3    Answer:        $_____

4    Answer question No. 30.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT                                    - 10 -

EXHIBIT 5 p. 14

1    **Cross-complainants' Cause of Action For Breach of Oral Contract**

2    **Question No. 30**: Did James Gabbert and Michael Lincoln breach the oral repair

3    contract?

4    Answer "yes" or "no".

5    Answer:    Yes  12-0

6    If you answer Question No. 30 "no", go to question No. 33. If you answer Question

7    No. 30 "yes", then answer Question No. 31.

8    **Question No. 31**: Did James Gabbert and Michael Lincoln's breach of the oral

9    repair contract cause damages to Michael Blatt and Catherine Blatt?

10    Answer "yes" or "no".    No 12 - 0

11    Answer:

12    If you answer Question No. 31 "no", go to question No. 33. If you answer Question

13    No. 31 "yes", then answer Question No. 32.

14    **Question No. 32**: What do you find to be the total amount of damages suffered by

15    Michael Blatt and Catherine Blatt that was caused by James Gabbert and Michael

16    Lincoln's breach of the oral repair contract?

17    Answer:    $_____

18    Answer question No. 33.

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT

- 11 -

EXHIBIT 5 p. 15

1          **Indemnity Cause of Action Against Schnabel Foundation**

2          Question No. 33: If you've answered by inserting a dollar amount in response to

3     question 5, 10, and 29, do you find that Schnabel Foundation was negligent?

4          If you've answered question 33 "no", sign and return this verdict. If you've

5     answered question 33 "yes", answer question 34.

6          Question No. 34: Was Schnabel Foundation's negligence a cause of the damages

7     you have found in response to question 5, 10, and 29?

8     Answer:

9          If you have answered question 34 "no", sign and return this verdict. If you have

10    answered question 34 "yes", answer question 35.

11         Question No. 35: If 100% represents the total of all negligence which caused the

12    damages which you found in response to question 5, 10, and 29, what percentage of the

13    total negligence do you attribute to the following persons:

14         Plaintiffs Gabbert/Lincoln            _____%

15         Defendant Blatt                       _____%

16         Cross-Defendant Schnabel              _____%

17              Total:               100%

18

19         Sign and return this verdict.

20    Dated:  2/27/04

21                                              Foreperson

22

23

24

25

26

27

28

SPECIAL VERDICT                          - 12 -

EXHIBIT 5 p. 16

(STATE OF CALIFORNIA)
(COUNTY OF MARIN)

JAMES GABBERT AND MICHAEL LINCOLN v. MICHAEL BLATT AND CATHERINE BLATT

ACTION # CV 020477

(PROOF OF SERVICE BY MAIL)

I AM A CITIZEN OF THE UNITED STATES AND AN EMPLOYEE OF THE MARIN COUNTY SUPERIOR COURT; I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF JUSTICE, SAN RAFAEL, CA 94903. ON *March 1, 2004* I SERVED THE WITHIN JUDGMENT ON VERDICT IN OPEN COURT IN SAID ACTION TO ALL INTERESTED PARTIES, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX AT SAN RAFAEL, CA, ADDRESSED AS FOLLOWS:

| | |
|---|---|
| *ALEXANDER ANOLIK*<br>*JOHN CROSSFIELD*<br>*ALEXANDER PEVZNER*<br>*2107 VAN NESS AVENUE, SUITE 200*<br>*SAN FRANCISCO, CA 94109-2536* | *RONALD FOREMAN*<br>*JACQUELINE HAMILTON*<br>*FOREMAN & BRASSO*<br>*930 MONTGOMERY STREET, SUITE 600*<br>*SAN FRANCISCO, CA 94133* |
| | *JOSEPH RYAN*<br>*RYAN AND LIFTER*<br>*2010 CROW CANYON PLACE, SUITE 330*<br>*SAN RAMON, CA 94583-1344* |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE: 3-1-04   J. Mavlchews

EXHIBIT 5 p. 17

07/19/2006  14:39   4157857771                    GGLS                                    PAGE  03/43

1  Ronald D. Foreman, Esq. (SB No. 061148)
   Jacqueline C. Hamilton, Esq. (SB 187732)
2  FOREMAN & BRASSO
   930 Montgomery Street, Suite 600
3  San Francisco, CA 94133
   Telephone:   (415) 433-3475
4  Facsimile.   (415) 781-8030

5  Attorneys for Defendants,
   Cross-complainants, and Cross-defendants
6  Michael Blatt and Catherine Blatt

7

8

9

10

11

12

13

14

15

16

17

18

19

20



FILED

JUN 3 0 2004

JOHN A. MONTGOMERY,
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: S. McConnell, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MARIN – UNLIMITED JURISDICTION

JAMES GABBERT AND MICHAEL          )   CASE NO. CV 020477
LINCOLN,                           )
                                   )
        Plaintiffs,                )   AMENDED JUDGMENT ON
                                   )   VERDICT IN JURY TRIAL
    v.                             )
                                   )
                                   )
MICHAEL BLATT, CATHERINE           )
BLATT, PETER KANE and DOES 1-100,  )
inclusive,                         )
                                   )
        Defendants                 )
                                   )
                                   )
AND RELATED CROSS-ACTIONS          )
                                   )

21      This action came on regularly for trial on February 11, 13, 17, 18, 19, 20, 24, 25, 26 and 27,

22  2004, in Department L of the Marin Superior Court, the Honorable Lynn M. Duryee presiding.

23  Alexander Anolik, John Crossfield and Alexander Pevzner, appeared as attorneys for plaintiffs

24  James Gabbert and Michael Lincoln.  Ronald D. Foreman and Jacqueline Hamilton appeared as

25  attorneys for defendants Michael Blatt and Catherine Blatt.  Joseph Ryan, appeared as attorney for

26  cross-defendants Schnabel Foundation Company.

27

28  AMENDED JUDGMENT ON
    VERDICT IN JURY TRIAL



- 1 -

EXHIBIT  6  p.18

1    A jury of 12 persons was impaneled and sworn. Witnesses were sworn and testified. After

2    hearing the evidence and the arguments of attorneys, the jury was instructed by the court and retired

3    to consider its verdict.

4    After returning into court and being called, the jurors answered to their names and rendered

5    their verdict in writing pursuant to the terms of a Special Verdict. Judgment was entered by the

6    Clerk of the Court on February 27, 2004 in accord with the findings of the Special Verdict.

7    On April 28, 2004, the Court heard and Denied Michael and Catherine Blatt's Motion for

8    Judgment Notwithstanding the Verdict. On May 4, 2004 the Court Granted and Denied, in part,

9    Michael and Catherine Blatt's Motion to Tax Costs.

10    Now, the Court hereby amends the February 27, 2004 Judgment on Verdict in Jury Trial as

11    follows:

12    IT IS ADJUDGED, DECREED and ORDERED that:

13    1.    Plaintiffs James Gabbert and Michael Lincoln shall recover judgment on the merits

14    against defendants Michael Blatt and Catherine Blatt in the amount of $144,428.60,

15    after the Court applies the appropriate deductions for pretrial settlement credits.

16    2.    Plaintiffs James Gabbert and Michael Lincoln shall recover against defendants

17    Michael Blatt and Catherine Blatt, their attorneys fees in the amount of $286,669.

18    3.    Plaintiffs James Gabbert and Michael Lincoln shall recover against defendants

19    Michael Blatt and Catherine Blatt their costs in the amount of $13,634.85.

20    4.    Cross-complainants Michael Blatt and Catherine Blatt shall recover nothing from

21    cross-defendants Schnabel Foundation Company, James Gabbert and Michael

22    Lincoln.

23    DATED: June **30** 2004

24

25    _____
Judge of the Marin County Superior Court

26

27    E:\FAB\Blatt\Pleadings\amended judgment.wpd

28    AMENDED JUDGMENT ON
VERDICT IN JURY TRIAL

- 2 -

EXHIBIT 6 p. 19

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

| | |
|---|---|
| 1/26/2004 | MINUTE ORDER POSTED - Appearance: 1/26/2004 at 09:00 AM for SETTLEMENT CONFERENCE |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ |
| | APPEARANCE BY PRO TEM PANELIST: JOEL BIERER. |
| | ATTORNEY ALEXANDER ANOLIK APPEARED FOR AND WITH PLAINTIFF, JAMES GABBERT |
| | ATTORNEY RONALD FOREMAN APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT |
| | ATTORNEY CHRISTY GAULTBALD APPEARED FOR DEFENDANT, AND WITH INS. REP., ROXANNE MORRIS |
| | ATTORNEY MARY KAY GLASPY APPEARED FOR DEFENDANT AND WITH INS. REP., RAND CRITTAN |
| | ATTORNEY MICHAEL DELEY APPEARED FOR DEFENDANT AND WITH INS. REP., MIKE BARNETT |
| | SETTLEMENT CONFERENCE HELD |
| | PARTIAL SETTLEMENT OF THE CASE IS REPORTED AS TO HAROLD BRAY AND QUALITY CUSTOMS & MECHANICAL. |
| | SETTLEMENT RECITED INTO THE RECORD. THE PARTIES UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS CONTAINED THEREIN. THE COURT APPROVES THE SETTLEMENT AND ORDERS THE PARTIES TO COMPLY. THE SETTLEMENT IS ENFORCEABLE PURSUANT TO CCP 664.6. |
| | IT IS ORDERED: GOOD FAITH SETTLEMENT MOTION AS TO HAROLD BRAY IS SET ON THE CALENDAR FOR 2-3-04. OPPOSITION DUE 1-27-04. REPLY DUE 2-2-04 BY NOON. CMC RE DISMISSAL AS TO QUALITY CUSTOMS & MECHANICAL ON 3-5-04. NO APPEARANCE NECESSARY BY COUNSEL IF DISMISSAL IS FILED IF A DISMISSAL IS NOT FILED AND AN APPEARANCE IS NOT MADE THE COURT WILL DISMISS THE PARTY. |
| | APPEARANCE ADDED ON FOR: 02/03/2004 AT: 09:00 AM FOR APPEARANCE TYPE: LMCV IN DEPARTMENT: 07 |
| | HEARING CONFIRMED FOR: 03/05/2004 AT: 09:00 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: 07 |
| | IT IS ORDERED: SETTLEMENT CONFERENCE CONTINUED TO 2-2-04 @ 9:00 A.M. |
| | HEARING CONTINUED TO: 02/02/2004 AT: 09:00 AM FOR APPEARANCE TYPE: STLC IN DEPARTMENT: 07 FROM DATE: 01/26/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: STLC FROM DEPARTMENT: 07 |
| | HEARING BEFORE TRIAL |
| | ENTERED BY: JM |
| 1/29/2004 | JURY FEE DEPOSIT $150.00 PAID BY ATTY. FOR PLTF. |
| 2/2/2004 | MINUTE ORDER POSTED - Appearance: 2/2/2004 at 09:00 AM for SETTLEMENT CONFERENCE |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER NOT REPORTED , DEP CLK J. MINKIEWICZ |
| | ATTORNEY ALEXANDER ANOLIK APPEARED FOR AND WITH PLAINTIFF'S JAMES GABBERT AND MICHAEL LINCOLN. |
| | ATTORNEY RONALD FOREMAN APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT |
| | ATTORNEY JOSEPH RYAN APPEARED FOR CRDF, SCHNABEL FOUNDATION AND WITH INS REP., MICHAEL BARNETT |
| | APPEARANCE BY PRO TEM PANELIST: PETER SHERWOOD |
| | SETTLEMENT CONFERENCE HELD |
| | CASE REPORTED NOT SETTLED |

EXHIBIT 7 p.  20

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

|  |  |
|---|---|
| | TRIAL DATE 2-5-04 REMAINS AS SET. |
| | HEARING BEFORE TRIAL |
| | ENTERED BY: JM |
| 2/3/2004 | MINUTE ORDER POSTED - Appearance: 2/3/2004 at 09:00 AM for MOTION |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER NOT REPORTED , DEP CLK J. MINKIEWICZ |
| | NO APPEARANCE BY OR FOR THE PARTIES |
| | THE MATTER IS NOT HEARD OR REPORTED.  THE TENTATIVE RULING IS FINAL. |
| | MOTION GRANTED :  NO OPPOSITION A GOOD CAUSE APPEARING, THE MOTION FOR GOOD FAITH SETTLEMENT IS GRANTED. |
| | HEARING BEFORE TRIAL |
| | ENTERED BY: JM |
| 2/3/2004 | IT IS ORDERED: THAT CROSS-DEFENDANT HAROLD JOHN BRAY, JR. DBA H. BRAY CONSTRUCTION'S MOTION FOR DETERMINATION FOR GOOD FAITH SETTLEMENT IS GRANTED. HON. LYNN DURYEE |
| 2/6/2004 | MINUTE ORDER POSTED - Appearance: 2/6/2004 at 09:00 AM for A JURY TRIAL ** |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ |
| | ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN |
| | ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR DEFENDANTS |
| | ATTORNEY JOSEPH RYAN APPEARED FOR CRDF, SCHNABEL FOUNDATION COMPANY |
| | MATTER COMES ON FOR JURY TRIAL THIS DATE.  COURT TRIAL ALSO SCHEDULED TODAY LEADS THIS MATTER. |
| | IT IS ORDERED: ISSUE CONFERENCE CONTINUED TO: 2-10-04 @ 10:00 A.M BY COURT.  JURY TRIAL TO FOLLOW. |
| | HEARING CONFIRMED FOR: 02/10/2004 AT: 10:00 AM FOR APPEARANCE TYPE: ISCF IN DEPARTMENT: 07 |
| | HEARING CONTINUED TO: 02/10/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRCL IN DEPARTMENT: 07 FROM DATE: 02/06/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRCL FROM DEPARTMENT: 07 |
| 2/10/2004 | MINUTE ORDER POSTED - Appearance: 2/10/2004 at 10:00 AM for ISSUE CONFERENCE |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ |
| | MATTER COMES BEFORE THE COURT FOR HEARING ON MOTIONS IN LIMINE, JURY INSTRUCTIONS AND MARKING EXHIBITS PER PRE TRIAL ORDER ISSUED ON 2-9-04. |
| | ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN |
| | ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR DEFENDANTS |
| | ATTORNEY JOSEPH RYAN APPEARED FOR CRDF - SCHNABEL FOUNDATION COMPANY |
| | MOTION DENIED :  PLAINTIFF'S MOTION IN LIMINE #1 - TO EXCLUDE WITNESSES BRETT FERRARI AND JACK SCOTT FROM TESTIFYING AT THE TIME OF TRIAL. |

EXHIBIT 7 p.  21

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
| --- | --- | --- |
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

MOTION GRANTED : PLAINTIFF'S MOTION IN LIMINE #2 - TO EXCLUDE CERTAIN EVIDENCE  OF PLAINTIFF'S WEALTH.

DEFENDANT'S MOTION IN LIMINE #1 - GRANTED AS TO EXCLUSION OR REFERENCE TO OR EVIDENCE OF PETER KANE'S INVOLVEMENT IN THIS TRANSACTION AS A JOINT VENTURE PARTNER.  RULING IS RESERVED AST TO THE COMMISSION PORTION OF THE MOTION.

MOTION GRANTED : DEFENDANT'S MOTION IN LIMINE # 2 - TO EXCLUDE ANY EVIDENCE REGARDING FINANCIAL WORTH AND TO BIFURCATE PUNITIVE DAMAGES.

MOTION GRANTED : DEFENDANT'S MOTION IN LIMINE #3 - TO EXCLUDE EVIDENCE OF OR REFERENCE TO DEFENDANT'S CRIMINAL CASES.

DEFENDANT'S MOTION IN LIMINE # 4 - TO EXCLUDE ANY ARGUMENT THAT THE CITY OF SAUSALITO RED-TAGGED THE PROJECT OR ISSUED A STOP WORK ORDER.  GRANTED AS TO THE GATE.  DENIED AS TO THE DECK.

MOTION GRANTED : DEFENDANT'S MOTION IN LIMINE # 5 - TO EXCLUDE STATEMENTS MADE ON VIDEOTAPE

DEFENDANT'S MOTION IN LIMINE # 6 - TO EXCLUDE REFERENCES TO OTHER REAL ESTATE PROJECTS. (NOT RULED ON AT THIS TIME).

MOTION GRANTED : DEFENDANT'S MOTION IN LIMINE #7 - TO EXCLUDE EVIDENCE THAT DEFENDANT HAS A HABIT OR CUSTOM OF CONSTRUCTING SUBSTANDARD HOMES; AND TO EXCLUDE ANY REFERENCE TO "SHODDY CONSTRUCTION" OR "CHEAP CONSTRUCTION"

DEFENDANT'S MOTION IN LIMINE #8 - TO EXCLUDE EVIDENCE OF DIMINUTION OF VALUE OF THE PROPERTY.  (RULING RESERVED AT THIS TIME PENDING AUTHORITY)

DEFENDANT'S MOTION IN LIMINE #9 - TO EXCLUDE ANY REFERENCE OR ARGUMENT THAT PLAINTIFFS DID NOT PURCHASE CONDOMINIUMS OR SUFFERED SOME OTHER HARM RESULTING FROM WHAT ONE CALLS THE BRIDGEWAY STRUCTURES.  (NOT RULED ON AT THIS TIME.)

DEFENDANT'S MOTION IN LIMINE # 10 - TO EXCLUDE REFERENCE OR EVIDENCE OF INSURANCE. (SUBMITTED)

MOTION DENIED : DEFENDANT'S MOTION IN LIMINE TO VIEW THE PREMISES.  (UNLESS RECREATION IN COURT IS NOT POSSIBLE)

DEFENDANT'S MOTION IN LIMINE #12 - REPEATS # 5 IS WITHDRAWN.

DEFENDANT'S MOTION IN LIMINE # 13 - TO EXCLUDE DOCUMENTS NOT PRODUCED IN DISCOVERY. (RULING RESERVED)

MOTION GRANTED DEFENDANT'S MOTION IN LIMINE # 14 - TO LIMIT EXPERT TESTIFYING AND TO PREVENT NON-DISCLOSED EXPERTS FROM TESTIFYING.

MOTION DENIED : DEFENDANT'S MOTION IN LIMINE # 15 - TO PREVENT PLAINTIFF'S EXPERT FROM EXPRESSING ANY OPINION ON THE VIOLATION OF BUILDING CODES OR APPLICABLE STANDARDS AS IT INVADES THE PROVINCE OF THE COURT.

MOTION DENIED : DEFENDANT'S MOTION IN LIMINE # 16 - TO EXCLUDE EVIDENCE OF PLAINTIFF'S CLAIMS FOR BREACH OF EXPRESS AND IMPLIED WARRANTY.

MOTION DENIED : DEFENDANT'S MOTION IN LIMINE #17 - TO EXCLUDE ANY EVIDENCE OF OR MENTION OF FRAUD. ABSENT AN OFFER OF PROOF SUPPORTING PLAINTIFF'S FRAUD CLAIMS.

MOTION DENIED : CROSS-DEFENDANT SCHNABEL'S MOTION IN LIMINE # 1 - TO PRECLUDE TESTIMONY BY PAUL WEIR CONCERNING DESIGN NEGLIGENCE OF SCHNABEL.

THE COURT INSTRUCTS THE PARTIES ON PREPARATION OF JUROR NOTEBOOKS:

---

EXHIBIT 7 p.   22

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

COURT'S EXHIBITS MARKED

COURT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #1 - SALES CONTRACT #2 - TRAVIS LIST #3 - TRAVIS CONTRACT #4 - CITY OF SAUSALITO BUILDING DIVISION #5 - CITY OF SAUSALITO INSPECTION RECORD #6 - SAABCO CONSULTING LETTER DATED 6-22-98 #7 - GEOENGINEERING LETTER DATED 7-8-02

COURT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #8 - PROPOSAL #9 - PHOTO OF DRAINAGE ISSUES #10 - PHOTO OF MISC ISSUES #11 - PHOTO POSTER OF BUILDING #12 - PHOTO OF CONCRETE, DRAINAGE AND FOUNDATION ISSUES

COURT'S EXHIBIT(S) #1 THROUGH 12 PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

DEFENSE COUNSEL OBJECTS TO ISSUE OF MOLD BEING ADDRESSED IN COURT.

IT IS ORDERED: OBJECTION DENIED.

DEFENDANT SUBMITS MOTION TO EXCLUDE WITNESSES FROM THE COURTROOM.

IT IS ORDERED: GRANTED.

STIPULATIONS DISCUSSED.

COURT ADJOURNED AT 4:30 P.M.

HEARING BEFORE TRIAL

ENTERED BY: JM

2/10/2004    HEARING CONTINUED TO: 02/11/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRCL IN DEPARTMENT: 07 FROM DATE: 02/10/2004 FROM TIME: 10:00 AM FROM APPEARANCE TYPE: TRCL FROM DEPARTMENT: 07

2/11/2004    MINUTE ORDER POSTED  -  Appearance:  2/11/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK . DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CRDF, SCHNABEL FOUNDATION COMPANY

MATTER COMES BEFORE THE COURT ON COMPLAINT FILED BY JAMES GABBERT AND MICHAEL LINCOLN ON 1-29-02 FOR BREACH OF CONTRACT.

THIS MATTER COMING ON REGULARLY FOR FIRST DAY OF JURY TRIAL

FIRST DAY JURY TRIAL COMMENCED

ALL PROSECTIVE JURORS ARE PRESENT IN COURT

AT 10:05 A.M.

AT 10:20 A.M. A.M./P.M. A 60 PANEL OF PROSPECTIVE JURORS SWORN

PROSPECTIVE JURORS ARE CALLED AND SEATED IN THE JURY BOX.

COUNSEL AND PARTIES INTRODUCED

COURT INFORMS PROSPECTIVE JURORS AS TO THE NATURE OF THE CAUSE

NAMES OF PROSPECTIVE WITNESSES GIVEN

EXHIBIT 7 p.  23

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL | DATE FILED: | 1/29/2002 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL | DATE OF LAST ACTIVITY: | 3/1/2006 |
| Defendant(s) | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

COURT REPORTER WAIVED FOR VOIR DIRE EXAMINATION

VOIR DIRE COMMENCES

RECESS DECLARED AT 11:25 A.M.

COURT RECONVENED AT 11:35 A.M.  APPEARANCES AS NOTED.

IMPANELMENT RESUMES

PEREMPTORY CHALLENGES BY COUNSEL

RECESS DECLARED AT 12:40 p.m. FOR LUNCH

COURT RECONVENED AT 1:30 P.M.  APPEARANCES AS NOTED.

PEREMPTORY CHALLENGES BY COUNSEL

CONTINUES.

JURY SWORN

AT 2:10 P.M.

THE TWELVE JURORS NAMES AS FOLLOWS: 1) BEVERLY ALEXANDER-1, 2) GLENN LESLIE KEYES-23, 3) PETER ASHBY-3, 4) DR. LORETTE LABATAILLE-4, 5) CEDRIC SPENCER YOUNG-22, 6) HARRY THOMAS OTTO-28, 7) RICHARD DAVID ZALON-29, 8) RUTH ANN MARIE SCHNEIDER-24,

CONTINUATION OF JUROR NAMES: 9) ADELAIDE WILSON-25, 10) KATHLEEN H RAKE-10, 11) H DANIEL MC CORMICK-32, 12) WADE DECLARIS-30.

VOIR DIRE OF PROSPECTIVE JURORS FOR SELECTION OF ALTERNATE(S)

ALTERNATE JUROR(S): ALT. #1 - BRENDA ANN OCONNOR-33, ALT. #2 - RUSSELL B. LYMAN-37.

2:30 P.M. - ALTERNATE JURORS SWORN.

ALL REMAINING PROSPECTIVE JURORS ARE THANKED AND EXCUSED.

JURORS ARE ADMONISHED BY THE COURT

RECESS DECLARED AT 2:35 P.M.

COURT RECONVENED AT 2:45 P.M.  APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATES ARE PRESENT IN THE COURTROOM.

COURT INFORMS THE JURY OF THE TRIAL SCHEDULE

OPENING STATEMENT MADE ON BEHALF OF THE PLAINTIFF

OPENING STATEMENT MADE ON BEHALF OF THE DEFENDANT

AT 3:15 P.M.

OPENING STATEMENT MADE ON BEHALF OF CROSS-DEFENDANT, SCHNABEL FOUNDATION COMPANY AT 3:50 P.M.

THE COURT INSTRUCTS THE JURY ON THE LAW AT THIS TIME.  JURORS HAVE COPIES AND THEY ARE READ TO THE JURORS.  THE COURT WILL GO OVER THE LAW AT THE END OF TRIAL.

COURT REMINDED JURORS OF ADMONITION

COURT ADJOURNED AT 4:15 P.M. FOR THE DAY.

EXHIBIT 7 p.    24

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL. Plaintiff(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL. Defendant(s) | DATE OF LAST ACTIVITY: | 3/1/2005 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

HEARING CONTINUED TO: 02/13/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/11/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 OF DAILY COURT REPORTER FEE PAID BY PLAINTIFF. CK # 14098 -$150.00.  1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT. CK # 13410 - $150.00.

2/13/2004    MINUTE ORDER POSTED  - Appearance: 2/13/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER. APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CROSS-DEFENDNAT. SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR SECOND DAY OF JURY TRIAL

9:40 A.M.ALL JURORS AND ALTERNATES ARE PRESENT IN COURT.

WITNESS(ES) SWORN AND TESTIFIED: 9:40 A.M. - JAMES GABBERT ON BEHALF OF PLAINTIFF.

DIRECT EXAMINATION OF JAMES GABBERT BY PLAINTIFFS COUNSEL, ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #101 - PHOTO OF BUILDING #102 - PHOTO OF BUILDING #103 - LETTER DATED 9-20-01 TO MR. FERGUSON. #105 - SITE PLAN #105 - PHOTO OF PLAN

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #104 - REPAIR-REMODEL LIST

RECESS DECLARED AT 10:50 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:00 A.M.  APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATES ARE PRESENT.

JAMES GABBERT RETURNS TO THE WITNESS STAND AND DIRECT EXAMINATION CONTINUES BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #107 - LETTER DATED 9-27-01 FROM MR. BLATT.

11:10 A.M. - CROSS EXAMINATION OF JAMES GABBERT BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #A - LETTER TO MICHAEL BLATT

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #B - PHOTO, DRAINAGE #C - PHOTO, INSIDE BUILDING #D - PHOTO, INSIDE BUILDING

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #E - PHOTO, STAIRS AND RAILINGS #F - PHOTO, STAIRS, RISERS.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #G PHOTO.

11:45 A.M. - CROSS EXAMINATION OF JAMES GABBERT BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

CROSS-DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #A-1 - SKETCH OF DRAIN

EXHIBIT 7 p.   25

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | |
|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED:  1/29/2002 |
| | CASE TYPE:  Civil Complaint |
| | CASE SUBTYPE:  Breach of Contract |
| | DATE OF LAST ACTIVITY:  3/1/2006 |
| | DATE/TIME RUN:  7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER:  CIV 020477 |

11:54 A.M. - RE-DIRECT EXAMINATION OF JAMES GABBERT BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

12:02 P.M. RE-CROSS EXAMINATION OF JAMES GABBERT BY DEFENSE COUNSEL, RONALD FOREMAN.

12:04 P.M. - RE-CROSS EXAMINATION OF JAMES GABBERT BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN.

WITNESS(ES) SWORN AND TESTIFIED: 12:05 P.M. - MICHAEL LINCOLN ON BEHALF OF PLAINTIFF.

DIRECT EXAMINATION OF MICHAEL LINCOLN BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

RECESS DECLARED AT 12:20 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 12:30 P.M.  APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATES ARE PRESENT IN COURT.

MR. LINCOLN RETURNS TO THE WITNESS STAND.  DIRECT EXAMINATION CONTINUES BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

12:33 P.M. CROSS EXAMINATION OF MICHAEL LINCOLN BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #H - PHOTO OF BUILDING WITH MR. LINCOLN #I - PHOTO OF MR. LINCOLN'S PROFILE. #J - ARTIST'S RENDERING OF SITE.

DEFENSE COUNSEL, RONALD FOREMAN READS FROM DEPOSITION TRANSCRIPT OF MICHAEL LINCOLN.

12:46 P.M. RE-DIRECT EXAMINATION OF MICHAEL LINCOLN BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #108 - POSTER OF CASTLE ON BRIDGEWAY

PLAINTIFF'S EXHIBIT(S) #108 - POSTER OF CASTLE ON BRIDGEWAY PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

12:49 P.M. - RECROSS AT TIMES OF MICHAEL LINCOLN BY DEFENSE COUNSEL RONALD FOREMAN.

WITNESS EXCUSED.

WITNESS(ES) SWORN AND TESTIFIED: 12:52 P.M. - ALBERT DUFRESNE ON BEHALF OF PLAINTIFF

DIRECT EXAMINATION OF ALBERT DUFRESNE BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #109 - SUMMARY OF CONSTRUCTION CONDITIONS #110 - SKETCH OF BUILDINGS #111 - SKETCH OF FOUNDATIONS #112 - SKETCH, GARAGE BEAM #113 - SKETCH, MID-FLOOR #114 - SKETCH, UPPER FLOOR #115 - SKETCH, ROOF

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #116 - PHOTO - 435 BRIDGEWAY #117 - PHOTO, 445 ELEVATOR SHAFT IN WATER, GARAGE #118 - PHOTO, 445 ELEVATOR SHAFT, LEAKS #119 - PHOTO, GROWTH ON WALL OF ELEVATOR SHAFT #120 - PHOTO, BEAMS #121 - PHOTO, FOUNDATION #122 - PHOTO, CONCRETE SLAB

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #123 - PHOTO, HARDWARE #124 - PHOTO, STRAPINGS #125 - PHOTO, JOIST HANGERS #126 - PHOTO, FRAMING #127 - PHOTO, FRAMING #128 - PHOTO, SLOPPED FLOORS #129 - PHOTO, STAIRS-RISERS

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #130 - PHOTO, STAIRS-RAILING #131 - SPRINKLER SYSTEMS-VENTS

COURT ADJOURNED AT 1:30 p.m. FOR THE DAY

COURT REMINDED JURORS OF ADMONITION

EXHIBIT 7 p.  26

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2005 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

HEARING CONTINUED TO: 02/17/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/13/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF. CK # 14146 $150.00. 1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT, CK # 13409, $150.00.

2/17/2004    MINUTE ORDER POSTED  -  Appearance:  2/17/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CRDF - SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR THIRD DAY OF JURY TRIAL

JURY IS NOW PRESENT IN OPEN COURT

AT 9:40 A.M.

JUROR # 12 - WADE DECLARIS IS NOT PRESENT AND HAS BEEN EXCUSED FROM JURY SERVICE.

ALTERNATE JUROR # 1 - BRENDA OCONNOR IS SWORN AS JUROR #12.

WITNESS(ES) SWORN AND TESTIFIED: 9:42 A.M. PAUL WEIR ON BEHALF OF PLAINTIFF.

DIRECT EXAMINATION OF PAUL WEIR BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #132 - SKETCH OF VAPOR BARRIER. #133 - PHOTO OF FLOOR FRAMING #134 - PHOTO, FRAMING #135 - PHOTO, FRAMING #136 - PHOTO, FRAMING #137 - PHOTO, HOLES IN FRAME & PLYWOOD #138 - PHOTO, CONSTRUCTION CONDITION.

PLAINTIFFS EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #139 - PHOTO, CONST. CONDITIONS #140 - PHOTO, CONST. CONDITIONS #141 - PHOTO, CONST. CONDITIONS #142 - PHOTO, CONST. CONDITIONS #143 - PHOTO, CONST. CONDITIONS #144 - PHOTO, CONST. CONDITIONS #145 - PHOTO, CONST. CONDITIONS

PLAINTIFFS EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #146 - PHOTO - CONST. CONDITIONS #147 - PHOTO, CONST. CONDITIONS #148 - PHOTO, CONST. CONDITIONS #149 - PHOTO, CONST. CONDITIONS #150 - PHOTO, CONST. CONDITIONS

PLAINTIFFS EXHIBIT(S) MARKED FOR IDENTIFICATION: #151 - BASE PLATE

RECESS DECLARED AT 10:46 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:00 A.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

DIRECT EXAMINATION OF PAUL WEIR CONTINUES BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS EXHIBIT(S) MARKED FOR IDENTIFICATION: #152 - JOIST HANGER

RECESS DECLARED AT 12 P.M. FOR LUNCH

EXHIBIT 7 p.  27

07/19/2006  14:39  4157857771                      GGLS                          PAGE  27/43

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 1:30 P.M.  APPEARANCES AS NOTED.  ALL JUORORS AND ALTERNATE ARE PRESENT.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #153 - PHOTO STUD WALL. #154 - PHOTO STEEL FRAME

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #155 - PHOTO, STEEL FRAME WITH LEVEL #156 - PHOTO. STEEL FRAME WITH LEVEL

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #157 - PHOTO OF PIPE IN FRAME

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #158 - HAND RAIL #159 - ARCHITECTS PLANS

2:12 P.M. - CROSS EXAMINATION OF PAUL WEIR BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENSE COUNSEL RONALD FOREMAN READS FROM DEPOSITION TRANSCRIPT OF PAUL WEIR.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #K - BOTTLE OF SNAPPLE #L - DRAWING.

RECESS DECLARED AT 2:45 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 3:00 P.M. APPEARANCES AS NOTED ALL JURORS AND ALTERNATE ARE PRESENT.

CROSS EXAMINATION OF PAUL WEIR BY DEFENSE COUNSEL, RONALD FOREMAN CONTINUES.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #M - PHOTO 2-23-03 #N - PHOTO 2-23-03 #O - PHOTO 2-23-03 #P - PHOTO 2-23-03 #Q - PHOTO 2-23-03

3:55 P.M. - CROSS EXAMINATION OF PAUL WEIR BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

CROSS DEFENDANTS EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #B-1 - DRAINAGE SCALE

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #C-1 DRAINAGE SCALE #D-1 DRAINAGE SCALE

4:05 P.M. JURORS EXCUSED FOR THE DAY.

COURT REMINDED JURORS OF ADMONITION

COURT AND COUNSEL DISCUSS PLAINTIFFS MOTION OUT OF PRESENCE OF THE JURY

MOTION DENIED : PLAINTIFFS MOTION IN SUPPORT OF INTRODUCING DIMINUTION EXPERT TESTIMONY.

COURT ADJOURNED AT 4:15 P.M. FOR THE DAY.

HEARING CONTINUED TO: 02/18/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/17/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF. CK #14158 $150.00.  1/2 DAILY REPORTER FEE PAID BY DEFENDANT, CK # 13408. $150.00.

2/18/2004     MINUTE ORDER POSTED  - Appearance: 2/18/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER KIM SCHROEDER , DEP CLK J. MINKIEWICZ

EXHIBIT 7 p.  28

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| **REGISTER OF ACTIONS** | CASE NUMBER: | CIV 020477 |

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CRDF - SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR FOURTH DAY OF JURY TRIAL

JURY IS NOW PRESENT IN OPEN COURT

AT 9:35 A.M.

PAUL WEIR RESUMES THE WITNESS STAND AND CROSS EXAMINATION BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN CONTINUES.

CROSS DEFENDANT'S EXHIBIT(S) #C-1 DRAINAGE SCALE PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

CROSS DEFENDANT'S COUNSEL, JOESPH RYAN READS FROM DEPOSITION TRANSCRIPT OF PAUL WEIR.

10:15 A.M. - RE-DIRECT EXAMINATION OF PAUL WEIR BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #160 - PHOTO TAKEN 2-18-04 #161 - PHOTO TAKEN 2-18-04 #162 - PHOTO TAKEN 2-18-04 #163 - PHOTO TAKEN 2-18-04 #164 - PHOTO TAKEN 2-18-04 #165 - PHOTO TAKEN 2-18-04 #166 - PHOTO TAKEN 2-18-04

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #167 - PHOTO TAKEN 2-18-04 #168 - PHOTO TAKEN 2-18-04

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #169 - PHOTO TAKEN 2-18-04 #170 - PHOTO TAKEN 2-18-04

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #171 - PHOTO TAKEN 2-18-04 #172 - PHOTO TAKEN 2-18-04 #173 - PHOTO TAKEN 2-18-04 #174 - PHOTO TAKEN 2-18-04 #175 - PHOTO TAKEN 2-18-04 #176 - PHOTO TAKEN 2-18-04

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #177 - PHOTO TAKEN 2-18-04

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #178 - PHOTO TAKEN 2-18-04 #179 - PHOTO TAKEN 2-18-04 #180 - APPROVED SET OF PLANS

10:40 A.M. - RE-CROSS EXAMINATION OF PAUL WEIR BY DEFENSE COUNSEL, RONALD FOREMAN.

RECESS DECLARED AT 10:50 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:00 A.M.  APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATE ARE PRESENT.

RE-CROSS EXAMINATION OF PAUL WEIR CONTINUES BY DEFENSE COUNSEL, RONALD FOREMAN.

PLAINTIFF'S EXHIBIT(S) #180 - APPROVED SET OF PLANS PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #R - I-BEAM SKETCH

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #S - PLANS (DON OLSON'S)

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #T - DRAWING

EXHIBIT 7 p.  29

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

11:26 A.M. - RE-CROSS EXAMINATION OF PAUL WEIR BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #E-1 - POSTER, DRAINAGE PLANS

WITNESS EXCUSED

WITNESS(ES) SWORN AND TESTIFIED: 11:40 A.M. - GARY POTTENGER ON BEHALF OF PLAINTIFF

DIRECT EXAMINATION OF GARY POTTENGER BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

RECESS DECLARED AT 12 NOON FOR LUNCH

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 1:30 P.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

DIRECT EXAMINATION OF GARY POTTENGER BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK CONTINUES.

2:27 P.M. - CROSS EXAMINATION OF GARY POTTENGER BY DEFENSE COUNSEL, JACQUELINE HAMILTON.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #U - POTTENGER TIME SHEETS #V - POTTENGER TIME SHEETS #W - POTTENGER TIME SHEETS

DEFENDANT'S EXHIBIT(S) #M - PHOTO 2-23-03 #N - PHOTO 2-23-03 #O - PHOTO PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

DEFENDANT'S EXHIBIT(S) #P - PHOTO #Q - PHOTO PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

RECESS DECLARED AT 2:45 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 2:58 P.M. - APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

2:58 P.M. - CROSS EXAMINATION OF GARY POTTENGER BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

3:30 P.M. - RE-DIRECT EXAMINATION OF GARY POTTENGER BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

3:34 P.M. - RE-CROSS EXAMINATION OF GARY POTTENGER BY DEFENSE COUNSEL, JACQUELINE HAMILTON.

WITNESS EXCUSED.

WITNESS(ES) SWORN AND TESTIFIED: 3:35 P.M. - GUY TRAVIS

DIRECT EXAMINATION OF GUY TRAVIS BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #181 - RETRO PAYMENTS MADE

3:53 P.M. - CROSS EXAMINATION OF GUY TRAVIS BY DEFENDANT'S COUNSEL, RONALD FOREMAN.

COURT ADJOURNED AT 4:00 P.M. FOR THE DAY.

COURT REMINDED JURORS OF ADMONITION

HEARING CONTINUED TO: 02/19/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/18/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

EXHIBIT 7 p.  30

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF, CK #14057 $150.00 PLUS $234.22 PAYMENT TOWARDS JURY FEES.  1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT, CK #13416, $150.00

2/19/2004    MINUTE ORDER POSTED - Appearance: 2/19/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CROSS DEFENDANT, SCHNABEL FOUNDATION COMPANY.

THIS MATTER COMING ON REGULARLY FOR FIFTH DAY OF JURY TRIAL

COURT AND COUNSEL DISCUSS PLAINTIFF'S REQUEST TO ADMIT EXHIBITS 110-131 OUT OF PRESENCE OF THE JURY

IT IS ORDERED: EXHIBITS NOT ADMITTED AT THIS TIME.  MATTER SUBMITTED.

JURY IS NOW PRESENT IN OPEN COURT

AT 9:30 A.M.

GUY TRAVIS RESUMES THE WITNESS STAND.  CROSS-EXAMINATION OF WITNESS BY DEFENSE COUNSEL, RONALD FOREMAN CONTINUES.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #X - TRAVIS INVOICE #Y - TRAVIS INVOICE 8-16-03 #Z - TRAVIS INVOICE 11-12-03 #AA - TRAVIS INVOICE 11-12-03

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #BB - STATEMENT OF ENGINEERING SERVICES

10:14 A.M. - CROSS EXAMINATION OF GUY TRAVIS BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

10:20 A.M. - RE-DIRECT EXAMINATION OF GUY TRAVIS BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

10:22 A.M. - RE-CROSS EXAMINATION OF GUY TRAVIS BY DEFENSE COUNSEL, RONALD FOREMAN

10:24 A.M. WITNESS EXCUSED.

WITNESS(ES) SWORN AND TESTIFIED: 10:25 A.M. DOUGLAS FERGUSON ON BEHALF OF PLAINTIFF.

DIRECT EXAMINATION OF DOUGLAS FERGUSON BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

RECESS DECLARED AT 10:47 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:00 A.M.  APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

DIRECT EXAMINATION OF DOUGLAS FERGUSON BY PLAINITFFS' COUNSEL, ALEXANDER ANOLIK CONTINUES.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #182 - LETTER DATED 10-12-2000 TO MR. BLATT.

11:15 A.M. - CROSS EXAMINATION OF DOUGLAS FERGUSON BY DEFENSE COUNSEL, JACQUELINE HAMILTON

---

EXHIBIT 7 p.  31

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL | DATE FILED: | 1/29/2002 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL | DATE OF LAST ACTIVITY: | 3/1/2006 |
| Defendant(s) | DATE/TIME RUN: | 7/19/2006 12:45pm |
| **REGISTER OF ACTIONS** | CASE NUMBER: | CIV 020477 |

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #CC - LETTER TO MR. FERGUSON 9-20-01 #DD - MEMO BY TRAVIS BUILDERS. 10-4-01 #EE - MEMO BY TRAVIS BUILDER, 10-9-01 #FF - MEMO 10-8-01

11:30 A.M. CROSS EXAMINATION OF DOUGLAS FERGUSON BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

11:35 A.M. - RE-DIRECT EXAMINATION OF DOUGLAS FERGUSON BY PLAINTIFFS' COUNSEL. ALEXANDER ANOLIK

11:36 A.M. RE-CROSS EXAMINATION OF DOUGLAS FERGUSON BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

WITNESS EXCUSED.

11:39 A.M. ALBERT DUFRESNE HERETOFORE SWORN, RECALLED FOR FURTHER DIRECT EXAMINATION BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

RECESS DECLARED AT 12 NOON FOR LUNCH

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 1:15 P.M.  APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATE ARE PRESENT.

DIRECT EXAMINAITON OF ALBERT DUFRESNE BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK CONTINUES.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #183 - PHOTO DATED 1-2-02

1:24 P.M. - CROSS EXAMINATION OF ALBERT DUFRESNE BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #GG - VIDEO #HH - PHOTO OF MR. POTTENGER POINTING TO FLOOR #II - PHOTO, GARAGE-PANELS

2:06 P.M. - CROSS EXAMINATION OF ALBERT DUFRESNE BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN.

2:18 P.M. - RE-DIRECT EXAMINATION OF ALBERT DUFRESNE BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

2:20 P.M. - RE-CROSS EXAMINATION OF ALBERT DUFRESNE BY DEFENSE COUNSEL, RONALD FOREMAN.

WITNESS EXCUSED.

WITNESS(ES) SWORN AND TESTIFIED: 2:25 P.M. MICHAEL BLATT UNDER 776 E.C. ON BEHALF OF PLAINTIFF

RECESS DECLARED AT 2:26 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 2:40 P.M. APPEARANCES AS NOTED.  ALL JURORS AND ALTERNATE ARE PRESENT.

CROSS EXAMINATION OF MICHAEL BLATT BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

ALEXANDER ANOLIK READS FROM DEPOSITION TRANSCRIPT OF MICHAEL BLATT.

3:00 P.M. - DIRECT EXAMINATION OF MICHAEL BLATT BY DEFENDANT'S COUNSEL, RONALD FOREMAN.

3:07 P.M. - RE-CROSS EXAMINATION OF MICHAEL BLATT BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

WITNESS EXCUSED

PLAINTIFF RESTS

EXHIBIT  7  p.  32

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL | DATE FILED: | 1/29/2002 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL | DATE OF LAST ACTIVITY: | 3/1/2006 |
| Defendant(s) | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

WITNESS(ES) SWORN AND TESTIFIED: 3:10 P.M. HAROLD BRAY ON BEHALF OF DEFENDANT.

DIRECT EXAMINATION OF HAROLD BRAY BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #JJ - SUMMARY OF HAROLD BRAY'S JOB RECORD.

COURT ADJOURNED AT 4:00 P.M. FOR THE DAY

COURT REMINDED JURORS OF ADMONITION

HEARING CONTINUED TO: 02/20/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/19/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF, CK #14161, $150.00 AND JURY FEE PAID $445.08.  1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT, CK # 13418 FOR $150.00

2/20/2004     MINUTE ORDER POSTED  -  Appearance: 2/20/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER KIM SCHROEDER , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS', JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMITON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT.

ATTORNEY JOSEPH RYAN APPEARED FOR CROSS-DEFENDANT, SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR SIXTH DAY OF JURY TRIAL

COURT AND COUNSEL DISCUSS DEFENDANT'S MOTION OUT OF PRESENCE OF THE JURY

DEFENSE COUNSEL, RONALD FOREMAN SUBMITS MOTION FOR NON-SUIT AS TO CAUSES OF ACTION 3, 4, 5, AND 6, AND MOTION TO DISMISS DEFENDANT CATHERINE BLATT.

MOTION DENIED :  DEFENDANT'S MOTION FOR NON-SUIT AS TO CAUSES OF ACTION 3, 4, AND 5.

IT IS ORDERED: MOTION RE: NON-SUIT AS TO CAUSE OF ACTION #6 AND DISMISSAL OF CATHERINE BLATT SUBMITTED. FURTHER ARGUMENT SHALL BE HEARD AT THE END OF THE DAY.

JURY IS NOW PRESENT IN OPEN COURT

AT 9:35 A.M.

WITNESS(ES) SWORN AND TESTIFIED: 9:35 A.M. - YOHAN STOCKLIN ON BEHALF OF DEFENDANT.

DIRECT EXAMINATION OF YOHAN STOCKLIN BY DEFENSE COUNSEL, JACQUELINE HAMILTON.

9:50 A.M. - CROSS EXAMINATION OF YOHAN STOCKLIN BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

WITNESS EXCUSED

RECESS DECLARED AT 10:25 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 10:30 A.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

WITNESS(ES) SWORN AND TESTIFIED: 10:32 A.M - BRET FERRARI ON BEHALF OF DEFENDANT

EXHIBIT 7 p.  33

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

DIRECT EXAMINATION OF BRET FERRARI BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #KK -PHOTO, FRAMING

DEFENDANT'S EXHIBIT(S) #KK - PHOTO, FRAMING PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

RECESS DECLARED AT 12:00 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 12:07 P.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

DIRECT EXAMINATION OF BRET FERRARI BY DEFENSE COUNSEL, RONALD FOREMAN CONTINUES.

12:45 P.M. - CROSS EXAMINATION OF BRET FERRARI BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

12:55 P.M. - CROSS EXAMINATION OF BRET FERRARI BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

COURT ADJOURNED AT 1:30 p.m. FOR THE DAY

HEARING CONTINUED TO: 02/24/2004 AT: 10:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/20/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF, CK #14184 $150.00 AND JURY FEES IN THE AMOUNT OF $255.74. 1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT, CK # 13419 $150.00.

2/23/2004    MINUTE ORDER POSTED

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

EX PARTE MINUTE ORDER COUNSEL APPEARS FOR RULING ON MOTIONS SUBMITTED. ALSO COUNSEL WORKS ON JURY INSTRUCTIONS AND VERDICT FORM.

ATTORNEY ALEXANDER ANOLIK AND JOHN CROSSFIELD APPEARED FOR PLAINTIFFS

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR DEFENDANT

MOTION GRANTED : DEFENDANT'S MOTION FOR DISMISSAL OF CATHERINE BLATT AS TO CAUSES OF ACTION 3, 4 AND 5.

MOTION GRANTED : DEFENDANT'S MOTION FOR DISMISSAL OF IMPLIED WARRANTY CAUSE OF ACTION.

MOTION DENIED : DEFENDANT'S MOTION FOR DIRECTED VERDICT.

COUNSEL IS DIRECTED TO COMPLETE JURY INSTRUCTIONS AND JURY VERDICT FORM AND SUBMIT THEM TODAY.

ENTERED BY: JM

COUNSEL ARGUES OPPOSED JURY INSTRUCTIONS.

2/24/2004    MINUTE ORDER POSTED - Appearance: 2/24/2004 at 10:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER KIM SCHROEDER , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD, AND ALEXANDER PEVZNER, APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

EXHIBIT 7 p.  34

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | |
|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | **DATE FILED:** 1/29/2002 |
| | **CASE TYPE:** Civil Complaint |
| | **CASE SUBTYPE:** Breach of Contract |
| | **DATE OF LAST ACTIVITY:** 3/1/2006 |
| | **DATE/TIME RUN:** 7/19/2006 12:45pm |
| **REGISTER OF ACTIONS** | **CASE NUMBER:** CIV 020477 |

ATTORNEY JOSEPH RYAN APPEARED FOR CRDF - SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR SEVENTH DAY OF JURY TRIAL

JURY IS NOW PRESENT IN OPEN COURT

AT 10 A.M.

BRET FERRARI RETURNS TO THE WITNESS STAND AND CROSS EXAMINATION CONTINUES BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #184 - 5 GALLON DRUM - HYDRALINE 510.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #185 - 2 PHOTOS LABELED A & B #186 - 2 PHOTOS #187 - 2 PHOTOS LABELED A & B #188 - 2 PHOTOS LABELED A &B

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #189 - PHOTO #190 - PHOTO #191 - ONE PAGE OF SIMPSON CATALOG

10:40 A.M. - RE-DIRECT EXAMINATION OF BRET FERRARI BY DEFENSE COUNSEL, RONALD FOREMAN.

11:00 A.M. - CROSS EXAMINATION OF BRET FERRARI BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

CROSS-DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #F-1 - GEOENGINEERING SUMMARY

11:18 A.M. RE-CROSS EXAMINATION OF BRET FERRARI BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #192 - ENGINEERING CALCULATION #193 - PIECE OF RUBBER

11:28 A.M. - RE-DIRECT AT TIMES OF BRET FERRARI BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #LL - PRESENTATION (ANALYSIS)

WITNESS EXCUSED

RECESS DECLARED AT 11:30 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:35 A.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

WITNESS(ES) SWORN AND TESTIFIED: 11:37 A.M. - GILVERT OROSCO ON BEHALF OF DEFENDANT

DIRECT EXAMINATION OF GILBERT OROSCO BY DEFENSE COUNSEL, RONALD FOREMAN.

11:45 CROSS EXAMINATION OF GILBERT OROSCO BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #194 - GROUP OF 7 PHOTOS.

11:56 A.M. RE-DIRECT EXAMINATION OF GILBERT OROSCO BY DEFENSE COUNSEL, RONALD FOREMAN.

11:59 A.M. RE-CROSS EXAMINATION OF GILBERT OROSCO BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

RECESS DECLARED AT 12:05 P.M. FOR LUNCH

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 1:15 P.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

EXHIBIT 7 p.  35

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL Plaintiff(s) VS. MICHAEL BLATT, ET AL Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

GILBERT OROSCO RESUMES THE WITNESS STAND. RE-CROSS EXAMINATION BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK CONTINUES.

1:22 P.M. RE-DIRECT AT TIMES OF GILBERT OROSCO BY DEFENSE COUNSEL, RONALD FOREMAN.

WITNESS EXCUSED.

WITNESS(ES) SWORN AND TESTIFIED: 1:25 P.M. - DOUGLAS LYSTRA ON BEHALF OF DEFENDANT

DIRECT EXAMINATION OF DOUGLAS LYSTRA BY DEFENSE COUNSEL, RONALD FOREMAN.

1:40 P.M. - CROSS EXAMINATION OF DOUGLAS LYSTRA BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN.

1:43 P.M. CROSS EXAMINATION OF DOUGLAS LYSTRA BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

2:00 P.M. - RE-DIRECT EXAMINATION OF DOUGLAS LYSTRA BY DEFENSE COUNSEL, RONALD FOREMAN.

2:02 P.M. - RE-CROSS EXAMINATION OF DOUGLAS LYSTRA BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

WITNESS EXCUSED.

2:04 P.M. - HAROLD BRAY HERETOFORE SWORN, RECALLED TO CONTINUE DIRECT EXAMINATION BY DEFENSE COUNSEL, RONALD FOREMAN.

RECESS DECLARED AT 2:35 P.M. -

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 2:45 P.M. APPEARANCES AS NOTED. ALL JURORS AND ALTERNATE ARE PRESENT.

CROSS EXAMINATION OF HAROLD BRAY BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN

CROSS-DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #G-1 - MR. BRAY'S BILLING #H-1 - MR. BRAY'S DIARY

2:52 P.M. - CROSS EXAMINATION OF HAROD BRAY BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #195 - BLACK PIPE #196 - PARA DRAIN #197 - BLACK PIPE (HOLE IN MIDDLE) #198 - WHITE PIPE/BLACK WRAPPING.

CROSS-DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #I-1 - THIN PARA DRAIN

3:35 P.M. RE-DIRECT EXAMINATION OF HAROLD BRAY BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #MM - INVOICE, 2-15-99

3:38 P.M. RE-CROSS EXAMINATON OF HAROLD BRAY BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN

3:40 P.M. RE CROSS EXAMINATION OF HAROLD BRAY BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

3:42 P.M. RE-DIRECT AT TIMES OF HAROLD BRAY BY DEFENSE COUNSEL, RONALD FOREMAN.

WITNESS EXCUSED.

COURT ADJOURNED AT 3:45 P.M. FOR THE DAY

COURT REMINDED JURORS OF ADMONITION

HEARING CONTINUED TO: 02/25/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/24/2004 FROM TIME: 10:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

EXHIBIT 7 p.  36

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV C20477 |

1/2 DAILY COURT REPORTER FEE PAID BY PLAINTIFF, CK. #14169 $150.00 AND JURY FEES OF $222.54.

/25/2004    MINUTE ORDER POSTED  - Appearance:  2/25/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT, MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CRDF - SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR EIGHTH DAY OF JURY TRIAL

JURY IS NOW PRESENT IN OPEN COURT

AT 9:40 A.M.

JUROR #1 - BEVERLY ALEXANDER IS NOT PRESENT AND HAS BEEN EXCUSED FROM JURY SERVICE. ALTERNATE JUROR #2 - RUSSELL LYMAN IS SWORN AS JUROR #1.

WITNESS(ES) SWORN AND TESTIFIED: 9:42 A.M. - RONALD CHAPMAN ON BEHALF OF CROSS DEFENDANT.

DIRECT EXAMINATION OF RONALD CHAPMAN BY CROSS DEFENDANT'S COUNSEL, JOSEPH RYAN.

CROSS-DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #J-1 - LETTER  6-7-96 FROM SCHNABEL #K-1 - PROPOSAL FOR 475 BRIDGEWAY #L-1 - BURKE CONCRETE INVOICE #M-1 - PHOTOS

10:30 A.M. - CROSS EXAMINATION OF RONALD CHAPMAN BY PLAINTIFFS' COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: # 199 - LETTER FROM MR. CHAPMAN

10:45 A.M. CROSS EXAMINATION OF RONALD CHAPMAN BY DEFENSE COUNSEL, RONALD FOREMAN.

PLAINTIFFS' EXHIBIT(S) #199 - LETTER FROM RONALD CHAPMAN PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #NN - FAX FROM MR. CHAPMAN

WITNESS EXCUSED.

RECESS DECLARED AT 10:50 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:05 A.M. APPEARANCES AS NOTED.  ALL JURORS ARE PRESENT.

WITNESS(ES) SWORN AND TESTIFIED: 11:10 A.M. JACK SCOTT ON BEHALF OF DEFENDANT.

DIRECT EXAMINATION OF JACK SCOTT BY DEFENSE COUNSEL, RONALD FOREMAN.

11:14 A.M. - VOIR DIRE OF JACK SCOTT RE: EXPERT WITNESS STATUS  BY PLAINTIFF'S COUNSEL, ALEXANDER ANOLIK.

11:16 A.M - DIRECT EXAMINATION OF JACK SCOTT BY DEFENSE COUNSEL, RONALD FOREMAN CONTINUES.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #OO - POSTER OF SUMMARY CHART #PP - POSTER #QQ - POSTER #RR - POSTER

EXHIBIT 7 p.   37

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2005 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: #SS - 2-10-04 LETTER #TT - 2-10-04 LETTER

RECESS DECLARED AT 12:00 P.M. FOR LUNCH

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 1:15 P.M. APPEARANCES AS NOTED. DEFENDANT CATHERINE BLATT IS ALSO PRESENT IN COURT. ALL JURORS ARE PRESENT.

DIRECT EXAMINATION OF JACK SCOTT BY DEFENSE COUNSEL, RONALD FOREMAN CONTINUES.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #UU - SKETCH -REPAIR CHART

2:12 P.M. - CROSS EXAMINATION OF JACK SCOTT BY CROSS-DEFENDANT'S COUNSEL, JOSEPH RYAN

RECESS DECLARED AT 2:20 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 2:35 P.M. - APPEARANCES AS NOTED. ALL JURORS ARE PRESENT.

CROSS-EXAMINATION OF JACK SCOTT BY PLAINTIFFS COUNSEL, ALEXANDER ANOLIK.

PLAINTIFFS' EXHIBIT(S) MARKED FOR IDENTIFICATION: #200 - LETTER FROM LEFTER ENGINEERING

3:50 P.M. - RE-DIRECT EXAMINATION OF JACK SCOTT BY DEFENSE COUNSEL, RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) #QQ - SUMMARY CHART (POSTER) #PP - SUMMARY CHART (POSTER) #QQ - SUMMARY CHART (POSTER) PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

DEFENDANT'S EXHIBIT(S) #RR - SUMMARY CHART (POSTER) PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

WITNESS EXCUSED.

COURT ADJOURNED AT 4:00 P.M. FOR THE DAY.

COURT REMINDED JURORS OF ADMONITION

HEARING CONTINUED TO: 02/26/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/25/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JM

1/2 DAILY COURT REPORTER FEES PAID BY PLAINTIFF, CK # 14170, AND JURY FEES OF 240.54. 1/2 DAILY COURT REPORTER FEES PAID BY DEFENDANT FOR 2-24, 2-25 AND 2-26, CK # 13428 $450.00.

2/26/2004    MINUTE ORDER POSTED - Appearance: 2/26/2004 at 09:00 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK JULIE WITHEY

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFF JAMES GABBERT AND MICHAEL LINCOLN

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANT MICHAEL BLATT

ATTORNEY JOSEPH RYAN APPEARED FOR CROSS DEFENDANT - SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR 9TH DAY OF CIVIL JURY TRIAL

COURT AND COUNSEL DISCUSS EXHIBITS OUT OF PRESENCE OF THE JURY

EXHIBIT 7 p.    38

| | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

JURY IS NOW PRESENT IN OPEN COURT .

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 201 : WEATHER FORECAST FROM INTERNET

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 202 : METEOROLOGY REPORT

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 203 : PHOTO - MAN HOLDING FLAG

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 204 : PHOTO - MAN HOLDING FLAG

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # N - 1 : GEOTECHNICAL ASSESSMENT DATED 2-5-96

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 0 - 1 : GEOTECHNICAL OBSERVATIONS DATED 10-8-97

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # P - 1 : RESUME OF FRANK ROLLO

@ 9:40 A.M. JAMES GABBERT, PREVIOUSLY SWORN, RESUMES THE STAND ON DIRECT EXAMINATION UNDER 776 E.C. BY RONALD FOREMAN

@ 9:56 A.M. WITNESS EXAMINED ON CROSS EXAMINATION BY ALEXANDER ANOLIK

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 205 : LARGE BOARD OF BLATT RESIDENCE

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: # 206 : INSPECTORS RECORDS

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: # 207 : COPIES OF FOUR CHECKS FROM CATHERINE AND MICHAEL BLATT

COUNSEL STIPULATES TO ADMITTING THE FOLLOWING EXHIBITS:

CROSS DEFENDANTS EXHIBIT(S) N-1, O-1, F-1 PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

WITNESS EXCUSED

COURT EXHIBIT(S) # 7 PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

WITNESS(ES) SWORN AND TESTIFIED: FRANK ROLLO @ 10:12 A.M. ON DIRECT EXAMINATION BY JOSEPH RYAN

CROSS DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION AND ADMITTED IN EVIDENCE: # P-1

RECESS DECLARED AT 10:45 A.M.

COURT RECONVENED AT 11:00 A.M.

JURY IS NOW PRESENT IN OPEN COURT

DIRECT EXAMINATION OF FRANK ROLLO CONTINUES BY JOSEPH RYAN

@ 11:05 A.M. WITNESS EXAMINED ON CROSS BY ALEXANDER ANOLIK

@ 11:10 A.M. WITNESS EXAMINED ON CROSS EXAMINATION BY RONALD FOREMAN

WITNESS EXCUSED

@ 11:23 A.M. MICHAEL BLATT RESUMES THE STAND, STILL UNDER OATH ON DIRECT EXAMINATION BY RONALD FOREMAN

DEFENDANT'S EXHIBIT(S) # MM PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

RECESS DECLARED AT NOON FOR LUNCH

EXHIBIT 7 p.39

MARIN SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN

| JAMES GABBERT, ET AL | DATE FILED: | 1/29/2002 |
| Plaintiff(s) | | |
| | CASE TYPE: | Civil Complaint |
| VS. | | |
| | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL | DATE OF LAST ACTIVITY: | 3/1/2006 |
| Defendant(s) | | |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

COURT REMINDED JURORS OF ADMONITION

1:20 P.M. - BACK ON THE RECORD. PARTIES AND COUNSEL PRESENT AS NOTED ABOVE. JURORS ALL PRESENT AND SEATED IN THEIR PLACES. CLERK IS NOW JULIE BENASSINI.

MICHAEL BLATT RESUMES THE STAND. DIRECT EXAMINATION BY RONALD FOREMAN CONTINUES.

1:31 P.M. CROSS EXAMINATION OF THE WITNESS BY ALEXANDER ANOLIK.

PLAINTIFF'S EXHIBIT(S) MARKED FOR IDENTIFICATION: #208 - BID FROM DE MELLO ROOFING #209 - FAX FROM BOOTH AND LITTLE "PROPOSAL AND CONTRACT"

2:30 P.M. CROSS EXAMINATION OF THE WITNESS BY JOSEPH RYAN. RE-DIRECT EXAMINATION BY RONALD FOREMAN.

DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: VV - LETTER DATED 9/26/01 TO MICHAEL BLATT FROM AL DU FRESNE WW - LETTER DATED 9/27/01 TO AL DU FRESNE FROM MICHAEL BLATT

RE-CROSS EXAMINATION BY ALEXANDER ANOLIK.

DEFENDANT'S EXHIBIT(S) ADMITTED IN EVIDENCE: VV - LETTER; WW - LETTER

WITNESS IS EXCUSED.

HERETOFORE SWORN, RECALLED, TESTIFIES FURTHER IN REBUTTAL

JAMES GABBERT, HERETOFORE SWORN, RECALLED, TESTIFIES FURTHER IN REBUTTAL

CROSS EXAMINATION BY RONALD FOREMAN. CROSS EXAMINATION BY JOSEPH RYAN. THE WITNESS IS EXCUSED.

THE DEFENSE RESTS.

RECESS DECLARED AT 2:48 P.M. JURORS ONLY. TO RECONVENE TOMORROW, 2/27/04 AT 9:30 A.M.

COURT REMINDED JURORS OF ADMONITION

OUTSIDE THE PRESENCE OF THE JURY, COURT AND COUNSEL REVIEW JURY INSTRUCTIONS. COUNSEL DISCUSS THE EXHIBITS.

PLAINTIFF'S EXHIBIT(S) ADMITTED IN EVIDENCE: #116 THRU #131 (PHOTO'S) (TO BE RE-DACTED, THEN ADMITTED) #151 BASE PLATE #159 PLANS #171 THRU #174 PHOTOS; #190 AND #194 PHOTOS; #206 INSPECTOR'S RECORDS (TO BE RE-DACTED) #207 CHECKS; #208 AND #209 ROOFING BIDS

DEFENDANT'S EXHIBIT(S) ADMITTED IN EVIDENCE: B, C, D, G, H AND I PHOTOS J - ARTISTS RENDERING OF SITE T - DRAWING BB AND CC MM - INVOICE VV - LETTER WW - LETTER

CROSS-DEFENDANT'S EXHIBIT(S) ADMITTED IN EVIDENCE: # I - 1 THIN PARA-DRAIN

RECESS DECLARED AT 4:45 P.M. AS TO COUNSEL.

HEARING CONTINUED TO: 02/27/2004 AT: 09:00 AM FOR APPEARANCE TYPE: TRLS IN DEPARTMENT: 07 FROM DATE: 02/26/2004 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: TRLS FROM DEPARTMENT: 07

ENTERED BY: JAB

2/27/2004   MINUTE ORDER POSTED - Appearance: 2/27/2004 at 09:30 AM for JURY TRIAL

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ

ATTORNEY ALEXANDER ANOLIK, JOHN CROSSFIELD AND ALEXANDER PEVZNER APPEARED FOR AND WITH PLAINTIFFS, JAMES GABBERT AND MICHAEL LINCOLN

EXHIBIT 7 p.40

MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

| | | | |
|---|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | | DATE FILED: | 1/29/2002 |
| | | CASE TYPE: | Civil Complaint |
| | | CASE SUBTYPE: | Breach of Contract |
| | | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | | CASE NUMBER: | CIV 020477 |

ATTORNEY RONALD FOREMAN AND JACQUELINE HAMILTON APPEARED FOR AND WITH DEFENDANTS, CATHERINE BLATT AND MICHAEL BLATT.

ATTORNEY JOSEPH RYAN APPEARED FOR CROSS DEFENDANT, SCHNABEL FOUNDATION COMPANY

THIS MATTER COMING ON REGULARLY FOR TENTH DAY OF JURY TRIAL

JURY IS NOW PRESENT IN OPEN COURT

AT 9:30 A.M.

CLOSING ARGUMENT ON BEHALF OF THE PLAINTIFF

RECESS DECLARED AT 10:35 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 10:45 A.M.  APPEARANCES AS NOTED.  ALL JURORS PRESENT

CLOSING ARGUMENT ON BEHALF OF THE DEFENDANT

RECESS DECLARED AT 11:35 A.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 11:45 A.M. APPEARANCES AS NOTED.  ALL JURORS ARE PRESENT.

CLOSING ARGUMENT ON BEHALF OF CROSS DEFENDANT SCHNABEL FOUNDATION

FINAL ARGUMENT ON BEHALF OF THE PLAINTIFF

AT 12:26 P.M.

RECESS DECLARED AT 12:40 P.M.

COURT REMINDED JURORS OF ADMONITION

COURT RECONVENED AT 12:46 P.M.  APPEARANCES AS NOTED.

COURT AND COUNSEL DISCUSS EXHIBITS OUT OF PRESENCE OF THE JURY

PLAINTIFFS EXHIBITS #151, #208 AND 209 PREVIOUSLY ADMITTED INTO EVIDENCE ARE WITHDRAWN.

PLAINTIFFS EXHIBIT(S) # 176 - PHOTO HVAC SYSTEM PREVIOUSLY IDENTIFIED ADMITTED IN EVIDENCE

ALL JURORS ARE PRESENT

COURT INSTRUCTS JURY

BAILIFF FORD IS DULY SWORN TO TAKE CHARGE OF THE JURY

1:25 P.M. A.M./P.M. JURY RETIRES TO DELIBERATE UPON A VERDICT

6:20 P.M. A.M./P.M. JURY RETURNS WITH VERDICT

COURT CLERK READS VERDICT IN OPEN COURT.

JURY POLLED

THE SPECIAL VERDICT IS ORDERED RECORDED.

JURORS THANKED AND EXCUSED

STIPULATION BY DEFENDANT AND CRDF TO RETURN THEIR EXHIBITS SIGNED.

---

EXHIBIT 7 p.41

MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

| | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| **REGISTER OF ACTIONS** | CASE NUMBER: | CIV 020477 |

| | |
|---|---|
| | JUDGMENT ON VERDICT IN OPEN COURT FILED. |
| | COURT ADJOURNED AT 6:30 P.M. |
| | CASE DISPOSED BY JURY TRIAL - AFTER EVIDENCE IN FAVOR OF PLAINTIFF |
| | CASE DISPOSED IN ENTIRETY |
| | ENTERED BY: JM |
| | 1/2 DAILY COURT REPORTER FEES FOR 2-26 AND 2-27 PAID BY PLAINTIFF, CK #14173 $300.00 AND JURY FEES FOR 2-26 AND 2-27 $4326.74. |
| 3/2/2004 | APPEARANCE DROPPED FOR 03/05/2004 AT: 09:00 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: 07 DROP REASON: BY MOTION GRANTED 3-2-04. CASE DISPOSED |
| 3/15/2004 | DEFT CLAIMED AND SIGNED FOR RELEASE OF EXHIBITS A THROUGH WW. |
| 3/15/2004 | PARTIAL DISMISSAL AS TO: CRCO, HAROLD BRAY, JR. ; WITH PREJUDICE |
| 3/16/2004 | STIPULATION AND ORDER FOR RELEASE OF EXHIBITS FILED THIS DATE |
| 3/16/2004 | PLAINTIFF'S PAYMENT OF JURY MEAL BILL, CK# 14219, $93.96. DEFENDANT'S JURY MEAL BILL, CK# 15235 $93.96. |
| 3/16/2004 | HEARING CONFIRMED FOR: 04/27/2004 AT: 09:00 AM FOR APPEARANCE TYPE: LMCV IN DEPARTMENT: 07 |
| 3/16/2004 | PARTIAL DISMISSAL AS TO: CRDF, 13-D FIRE SYSTEMS, INC. (6) ; REQUEST FOR DISMISSAL FILED 3-15-04 |
| 3/16/2004 | PARTIAL DISMISSAL AS TO: CRDF, CATHERINE (6) BLATT ; REQUEST FOR DISMISSAL FILED 3-15-04 |
| 3/16/2004 | PARTIAL DISMISSAL AS TO: CRDF, MICHAEL (6) BLATT ; REQUEST FOR DISMISSAL FILED 3-15-04 |
| 3/16/2004 | PARTIAL DISMISSAL AS TO: CRDF, JEFFERY IVERSEN ; REQUEST FOR DISMISSAL FILED 3-15-04 |
| 3/16/2004 | PARTIAL DISMISSAL AS TO: CRDF, TRAVIS BUILDERS, INC. (6) ; REQUEST FOR DISMISSAL FILED 3-15-04 |
| 3/17/2004 | PLTF CLAIMED AND SIGNED FOR RELEASE OF EXHIBITS 101-209 |
| 3/23/2004 | MEMORANDUM OF COSTS FILED (SUMMARY) BY ATTY. FOR PLTF. FOR TOTAL COSTS OF $37,111.06 |
| 3/25/2004 | SATISFACTION OF JUDGMENT FILED. (FULL) BY ATTY. HARRIS FOR PETER-KANE; DEBTOR, JAMES GABBERT AND MICHAEL LINCOLN C/O NEXT CENTURY ENTERPRISES, 125 SECOND ST., SAUSALITO, CA 94965 |
| 3/29/2004 | 1/2 DAILY COURT REPORTER FEE PAID BY DEFENDANT'S COUNSEL, CK# 54414, $150.00 FOR 2-27-04 |
| 4/23/2004 | HEARING CONFIRMED FOR: 05/04/2004 AT: 09:00 AM FOR APPEARANCE TYPE: LMCV IN DEPARTMENT: 07 |
| 4/27/2004 | MINUTE ORDER POSTED - Appearance: 4/27/2004 at 09:00 AM for NOTICE OF MOTION |
| | JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER DEBORAH BARTUNEK , DEP CLK J. MINKIEWICZ |
| | ATTORNEY ALEXANDER ANOLIK APPEARED FOR PLAINTIFF |
| | ATTORNEY JACQUELINE HAMILTON APPEARED FOR DEFENDANT |
| | ATTORNEY RONALD FOREMAN APPEARED FOR DEFENDANT |
| | ATTORNEY JOSEPH RYAN APPEARED FOR CROSS-DEFENDANT |
| | MOTION(S) HEARD AND ARGUED. |
| | SUBMITTED. |

EXHIBIT 7 p.42

MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN

| | | |
|---|---|---|
| JAMES GABBERT, ET AL<br>Plaintiff(s)<br><br>VS.<br><br>MICHAEL BLATT, ET AL<br>Defendant(s) | DATE FILED: | 1/29/2002 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Breach of Contract |
| | DATE OF LAST ACTIVITY: | 3/1/2006 |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

THE TENTATIVE RULING IS AFFIRMED AND MADE FINAL.

IT IS ORDERED: PLAINTIFF'S COUNSEL IS SANCTIONED $149.00 FOR ITS LATE FILING OF OPPOSITION PAPERS.

MOTION DENIED : DEFENDANT'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT IS DENIED.

THE JURY DID NOT AWARD A DOUBLE RECOVERY. THE JUDGMENT IS ADJUSTED BY THE FINDING OF COMPARATIVE NEGLIGENCE AND THE PRETRIAL SETTLEMENT TO THE SUM OF $144, 428.60.

MOTION GRANTED : PLAINTIFF'S MOTION FOR ATTORNEY'S FEES IS GRANTED IN THE SUM OF $286,669.

MR. ANOLIK SHALL SUBMIT ORDER CONSISTANT WITH THE COURT'S RULING.

HEARING AFTER TRIAL

ENTERED BY: JM

5/4/2004    MINUTE ORDER POSTED - Appearance: 5/4/2004 at 09:00 AM for MOTION TO TAX COSTS

JUDGE/PROTEM/REFEREE LYNN DURYEE , REPORTER NOT REPORTED , DEP CLK J. MINKIEWICZ

NO APPEARANCE BY OR FOR THE PARTIES

THE MATTER IS NOT HEARD OR REPORTED. THE TENTATIVE RULING IS FINAL.

MOTION GRANTED : DEFENDANTS' MOTION TO TAX COSTS IS GRANTED IN PART. CROSS-DEFENDANT SCHNABEL'S JOINDER IN THE MOTION IS GRANTED.

*** SEE CASE FILE FOR COPY OF RULING ON AWARDED COSTS ***

HEARING AFTER TRIAL

ENTERED BY: JM

5/14/2004    APPEARANCE MOVED TO: 05/04/2005 AT: 09:00 AM FOR APPEARANCE TYPE: CSCM IN DEPARTMENT: Z7 MOVE REASON: RECENT ACTIVITY FROM DATE: 09/02/2004 FROM TIME: 09:30 AM FROM APPEARANCE TYPE: CSCM FROM DEPARTMENT: Z7

5/27/2004    SANCTIONS PAID BY: ATTY ANOLIK, $398.00

6/30/2004    IT IS ORDERED: (AMENDED) JUDGMENT ON VERDICT IN JURY TRIAL. HON. LYNN DURYEE

7/9/2004    NOTICE OF APPEAL FILED BY DEFENDANTS MICHAEL BLATT AND CATHERINE BLATT (SEE NOA) - FILED - $100 PAID.

7/12/2004    Clerk's Notice Of Filing Notice Of Appeal - FILED.

8/18/2004    CROSS DEFENDANT'S EXHIBITS (A-1 THROUGH P-1)SUBMITTED TO EXHIBIT DEPT. THIS DATE. JASON BAKER CHECKED AND RECEIVED EXHIBITS.

9/27/2004    SATISFACTION OF JUDGMENT FILED. (FULL) FILED BY RONALD D. FOREMAN, ATTORNEY FOR DEFT. JUDGMENT DEBTORS TO BE FULLY RELEASED: MICHAEL & CATHERINE BLATT, 475 BRIDGEWAY, SAUSALITO, CA 94965

10/1/2004    APPEARANCE MOVED TO: 07/11/2006 AT: 09:00 AM FOR APPEARANCE TYPE: CSCM IN DEPARTMENT: Z7 MOVE REASON: NEW Z7 DATE FROM DATE: 05/04/2005 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: CSCM FROM DEPARTMENT: Z7

11/15/2004    REMITTITUR FILED. A107160: APPELLANT HAVING FAILED TO PROCURE THE RECORD ON APPEAL WITHIN THE TIME ALLWED OR WITHIN ANY VALID EXTENSIONS OF TIME, AND HAVING FAILED TO SHOW GOOD CAUSE FOR RELIEF FROM DEFAULT, THE APPEAL FILED JULY 9, 2004, IS DISMISSED.

EXHIBIT 7 p. 43

| JAMES GABBERT, ET AL | DATE FILED: | 1/29/2002 |
| Plaintiff(s) | | |
| | CASE TYPE: | Civil Complaint |
| VS. | | |
| | CASE SUBTYPE: | Breach of Contract |
| MICHAEL BLATT, ET AL | DATE OF LAST ACTIVITY: | 3/1/2006 |
| Defendant(s) | | |
| | DATE/TIME RUN: | 7/19/2006 12:45pm |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 020477 |

MARIN SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN

| 11/15/2004 | APPEARANCE MOVED TO: 11/15/2005 AT: 09:00 AM FOR APPEARANCE TYPE: CSCM IN DEPARTMENT: Z7 MOVE REASON: (JC) FROM DATE: 07/11/2006 FROM TIME: 09:00 AM FROM APPEARANCE TYPE: CSCM FROM DEPARTMENT: Z7 |
| 3/25/2005 | LETTER SENT TO ATTY RYAN. EXHIBITS TO BE PICKED UP BY MAY 25, 2005 |
| 1/11/2006 | APPEARANCE DROPPED FOR 11/15/2005 AT: 09:00 AM FOR APPEARANCE TYPE: CSCM IN DEPARTMENT: Z7 DROP REASON: BOX JUDGMENT |
| 3/1/2006 | EXHIBITS DESTROYED |

EXHIBIT 7 p. 44

1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
SAN FRANCISCO DIVISION

11  Liberty Mutual Insurance Company,        )  Case No.: C 06 2022 SC
                                            )  [Assigned to the Honorable Samuel Conti]
12              Plaintiff,                  )
                                            )  **[PROPOSED] ORDER GRANTING**
13      vs.                                 )  **LIBERTY MUTUAL INSURANCE**
                                            )  **COMPANY'S APPLICATION FOR**
14                                          )  **DEFAULT JUDGMENT BY COURT**
    Michael T. Blatt,                       )  **AGAINST MICHAEL T. BLATT**
15                                          )
                Defendant.                  )
16                                          )
17  _____)

18
    IT IS HEREBY ORDERED that Liberty Mutual Insurance Company's ("Liberty")
19
    Application for Default Judgment against Michael T. Blatt ("Blatt") is GRANTED. This
20
    court finds the following:
21
        (1) Liberty was not obligated under its policy to pay for defense fees and
22
            expenses solely attributable to prosecuting the Blatt cross-complaint in the
23
            underlying Gabbert Action;
24
        (2) Liberty was not obligated under its policy to pay for defense fees and
25
            expenses incurred in procuring coverage for Blatt in the Gabbert Action;
26  ///
27  ///
28

1

(3) Liberty was not obligated under its policy for defense fees and expenses incurred in the defense of Michael Blatt after February 27, 2004 when the verdict in Schnabel's favor was rendered;

(4) Liberty was not obligated under its policy to pay $300,303.85, the fees and costs taxed against defendant Blatt in the <u>Gabbert</u> Action; and

(5) Liberty is entitled to recover defense fees and costs in the total amount of <u>$315, 409.98</u> from defendant Blatt.

THEREFORE, Liberty is entitled to judgment in the amount of $315,409.98.

DATED: _____        By: _____
                                  The Honorable Samuel Conti
                                  Judge of the United States District Court

[Respectfully submitted:
Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Michael T. Blatt,<br><br>　　　　　Defendant. | Case No.: C 06 2022 SC<br>[Assigned to the Honorable Samuel Conti]<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF LIBERTY MUTUAL INSURANCE COMPANY AND AGAINST MICHAEL T. BLATT** |

JUDGMENT IS HEREBY HELD IN FAVOR OF Plaintiff Liberty Mutual Insurance Company against Defendant Michael T. Blatt in the amount of $315,409.98.

DATED: _____        By: _____

　　　　　　　　　　　　　　　　　　　　　　The Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　Judge of the United States District
　　　　　　　　　　　　　　　　　　　　　　Court

[Respectfully submitted by:
Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile
Attorneys for Plaintiff, LIBERTY MUTUAL INSURANCE COMPANY]

1