Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, | Case No.: C 06 2022 SC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| vs. | |
| Michael T. Blatt, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Moving party Liberty Mutual Insurance Company hereby withdraws its Application for Default Judgment by Court filed on July 21, 2006, which was set for hearing on August 25, 2006.

DATED: August 18, 2006

PETERSON & BRADFORD, LLP

By: _____
Ronald J. Skocypec, Esq.
Melodee A. Yee, Esq.
Attorneys for Plaintiff
Liberty Mutual Insurance Company