# NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>v.<br><br>MICHAEL BLATT | DOCKET NO. C-06-2022-SC<br><br>CASE:  **X** CIVIL        ☐ CRIMINAL |

**XXX**   TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>             450 GOLDEN GATE AVENUE<br>             SAN FRANCISCO, CA 94102 | **COURTROOM: 1**        **FLOOR: 17**<br><br>**DATE: 9/8/06**         **TIME: 10:00 A.M.** |
|---|---|

| TYPE OF PROCEEDINGS:<br><br>**STATUS CONFERENCE** |
|---|

_____TAKE NOTICE that the proceeding in the above-entitled case, has been CONTINUED as indicated below:

| DATE & TIME<br>PREVIOUSLY SET | DATE & TIME<br>CONTINUED TO | PLACE: U.S. DISTRICT COURT<br>             450 GOLDEN GATE AVENUE<br>             SAN FRANCISCO, CA 94102 |
|---|---|---|
|  |  |  |

_____As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>      CLERK OF THE COURT<br><br>T. DE MARTINI<br>      DEPUTY CLERK          DATE: 8/23/06 | SPECIAL PROCEDURES OR REQUIREMENTS: |
|---|---|

_XX_____individual's attendance is required in person

---

[1] Applies only in criminal cases