UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-06-2022          SAMUEL CONTI                DATE 9/8/06
Case Number        Judge

Title: LIBERTY MUTUAL         vs MICHAEL BLATT

Attorneys: MELODEE YEE          ----------------

Deputy Clerk: T. De Martini    Court Reporter: Katherine Powell

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 9/22/06 @ 10:00 a.m. for Further Status Conference

Case Continued to _____ for _____

CASE REFERRED TO U.S. MAGISTRATE _____

for _____

Opening Briefs _____ Answer _____ Reply _____

Deemed Submitted on _____

ORDERED AFTER HEARING: The Defendant is to be served prior to the Further Status Conference date of 9/22/06 and is to appear.