Ronald J. Skocypec, Esq., Bar No.: 072690
rskocypec@pb-llp.com
Melodee A. Yee, Esq., Bar No.: 168541
myee@pb-llp.com
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Michael T. Blatt,<br><br>　　　　Defendant. | Case No.:  C 06 2022 SC<br><br>**STIPULATION RE SERVICE OF SUMMONS AND COMPLAINT AND ACCOMPANYING DOCUMENTS** |

　　The undersigned, counsel of record for plaintiff Liberty Mutual Insurance Company and counsel for defendant Michael T. Blatt, respectively, hereby stipulate as follows regarding the service of process and effective date thereof in the above-captioned matter:

　　1. Ronald Foreman, Esq., of Foreman and Brasso, counsel for defendant Michael T. Blatt, has now been authorized to accept service on behalf of defendant Blatt in this action. On September 7, 2006, Mr. Foreman was provided, via overnight mail, the Summons and Complaint filed in the above referenced matter, in addition to all documents provided by the court at the time of the filing of the complaint.

/ / /

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On September 18, 2006, I served the foregoing document described as:

## STIPULATION RE SERVICE OF SUMMONS
## AND COMPLAINT AND ACCOMPANYING DOCUMENTS

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X]     (BY MAIL)
[ ]     I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.
[X]     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on September 18, 2006, at Burbank, California.

[ ]     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Nina Roberto*
NINA ROBERTO

2. The service of the summons and complaint and related documents in this action was completed by delivering such documents to an agent duly authorized by appointment to receive service of process on behalf of defendant Michael T. Blatt pursuant to Fed.R.Civ.Proc. 4(e)(2) and 4(h)(1).

3. The parties, by their respective attorneys, hereby stipulate that service of these documents is to be deemed effective on September 15, 2006.

4. Notice of the status conference set in this action for September 22, 2006 at 10:00 a.m. in Courtroom 1, 17th Floor of the above-referenced court has been provided to defendant, through his counsel.

IT IS SO STIPULATED.

Dated: 9/18/06

Peterson & Bradford, LLP

Ronald J. Skooypec, Esq.
Melodee A. Yee, Esq.
Attorneys for Plaintiff
LIBERTY MUTUAL
INSURANCE COMPANY

Dated: 9/15/06

FOREMAN & BRASSO

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
Attorneys for Defendant
Michael T. Blatt

-2-

STIPULATION RE SERVICE OF SUMMONS
AND COMPLAINT AND ACCOMPANYING DOCUMENTS
CASE NO. C 06 2022 SC

## SERVICE LIST
### Liberty Mutual Insurance Company v. Blatt
### (Northern District- San Francisco Division)
### (Case No.: C 06 2002 SC)

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
930 Montgomery St., Suite 600
San Francisco, CA 94133
Tel.: (415) 433-3475
Fax: (415) 781-8030
www.foremanandbrasso.com
 (San Francisco office)

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
21 Tamal Vista Blvd., Suite 174
Corte Madera, CA 94925
(Marin Office)

**Attorneys for Defendant, Michael T. Blatt**