# NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||
|---|---|
| LIBERTY MUTUAL<br>v.<br>MICHAEL BLATT | DOCKET NO. C-06-2022 |
| | CASE: **X** CIVIL    ☐ CRIMINAL |

_____ TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>           450 GOLDEN GATE AVENUE<br>           SAN FRANCISCO, CA 94102 | **COURTROOM: 1**         **FLOOR: 17**<br><br>**DATE:**_____   **TIME: 10:00 A.M.** |
|---|---|
| TYPE OF PROCEEDINGS:<br><br>**CASE MANAGEMENT CONFERENCE** ||

 XXX  TAKE NOTICE that the proceeding in the above-entitled case, has been <u>CONTINUED</u> as indicated below:

| DATE & TIME<br>PREVIOUSLY SET<br><br>9/22/06 | DATE & TIME<br>**CONTINUED** TO<br><br>**12/1/06 @ 10:00 A.M.** | PLACE: U.S. DISTRICT COURT<br>           450 GOLDEN GATE AVENUE<br>           SAN FRANCISCO, CA 94102 |
|---|---|---|

_____As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>    CLERK OF THE COURT<br><br>T. DE MARTINI<br>    DEPUTY CLERK          DATE:   9/20/06 | SPECIAL PROCEDURES OR REQUIREMENTS:<br><br>**Parties are to file one joint case management conference statement seven days prior to the conference**. |
|---|---|

_XX____individual's attendance is required in person

---

[1] Applies only in criminal cases