Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, ) | Case No.: C 06 2022 SC |
| ) | |
| Plaintiff, ) | REQUEST FOR TELEPHONIC |
| ) | APPEARANCE |
| vs. ) | |
| ) | DATE:  December 1, 2006 |
| Michael T. Blatt, ) | TIME:  10:00 A.M. |
| ) | DEPT.: Ctrm 1, 17th Floor |
| Defendant. ) | |

Counsel for plaintiff Liberty Mutual Insurance Company hereby respectfully requests permission to attend the status conference set in the above-captioned matter for December 1, 2006 via telephone based on the following:

1.      The parties have submitted a joint case management statement in which the parties have agreed to a proposed schedule for discovery, dispositive motions and trial;

1

REQUEST FOR TELEPHONIC APPEARANCE

2. The parties have agreed to mediation and will be submitting to the court a stipulation and proposed order selecting this ADR process;

3. Trial counsel for plaintiff in this matter is located in Los Angeles and is scheduled to be in San Diego on Wednesday, November 29 and Thursday, November 30 and may need to remain in San Diego on Friday, December 1, 2006, the date of the status conference in this matter;

4. Counsel for defendant Michael Blatt was informed of plaintiff's counsel's intent to request a telephonic appearance and did not state any objection thereto.

In light of the above, counsel for plaintiff respectfully requests permission to attend the December 1, 2006 status conference via telephone.

DATED: November 27, 2006 PETERSON & BRADFORD

By: ______________________

Ronald J. Skocypec, Esq.
Melodee A. Yee, Esq.
Attorneys for Plaintiff
Liberty Mutual Insurance Company

## ORDER

Counsel for Liberty Mutual Insurance Company is hereby permitted to attend the December 1, 2006 status conference in the above-captioned matter via telephone.

IT IS SO ORDERED.

DATED: _____     By: _____
The Honorable Samuel Conti
Judge of the United States
District Court

REQUEST FOR TELEPHONIC APPEARANCE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 27, 2006, I served the foregoing document described as:

## REQUEST FOR TELEPHONIC APPEARANCE

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X] (BY MAIL)
[ ] I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.
[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on November 27, 2006, at Burbank, California.

[ ] (BY FACSIMILE)
[ ] I served by facsimile a true copy of the above-described document. I am "readily familiar" with this firm's practice of processing correspondence by fax. Under that practice documents are placed in our fax machine and are processed and received simultaneously at their destination. The above-referenced document(s) was placed in the fax machine with all costs of faxing prepaid, directed to each party (using their fax number), listed on the attached Service List. Once the document has been transmitted, the fax machine provides a report indicating time of completion.
Executed on _____, at Burbank, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Liv Kirchoff_
Liv Kirchoff

## SERVICE LIST

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
930 Montgomery St., Suite 600
San Francisco, CA 94133
**Defendant**

***Courtesy Copy***

5

REQUEST FOR TELEPHONIC APPEARANCE