1  Ronald J. Skocypec, Esq., Bar No.: 072690
2  Melodee A. Yee, Esq., Bar No.: 168541
   PETERSON & BRADFORD, LLP
3  100 North First Street, Suite 300
   Burbank, CA 91502
4  818.562.5800
5  818.562.5810 – Facsimile

6
   Attorneys for Plaintiff
7  LIBERTY MUTUAL INSURANCE COMPANY

8
                  IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   Liberty Mutual Insurance Company,  )  Case No.: C 06 2022 SC
13                                     )
                                       )
14         Plaintiff,                   )  **PLAINTIFF'S ADR**
                                       )  **CERTIFICATION BY PARTIES**
15     vs.                              )  **AND COUNSEL**
16                                     )
                                       )
17 Michael T. Blatt,                   )
                                       )
18         Defendant.                   )
19                                     )

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE
COMPANY
        Plaintiff(s),

Case No. C 06 2022 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

MICHAEL T. BLATT

        Defendant(s).
_____/

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/29/06

[Party] *for* Liberty Mutual Ins. Co.

Dated: _____

[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE
COMPANY
               Plaintiff(s),

v.

MICHAEL T. BLATT

               Defendant(s).
_____/

Case No. C 06 2022 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 11/27/06

_____
[Party]

_____
[Counsel]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 29, 2006, I served the foregoing document described as:

**PLAINTIFF'S ADR CERTIFICATION BY PARTIES AND COUNSEL**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X] (BY MAIL)
[ ]   I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.
[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on November 29, 2006, at Burbank, California.

[ ] (BY FACSIMILE)
[ ] I served by facsimile a true copy of the above-described document. I am "readily familiar" with this firm's practice of processing correspondence by fax. Under that practice documents are placed in our fax machine and are processed and received simultaneously at their destination. The above-referenced document(s) was placed in the fax machine with all costs of faxing prepaid, directed to each party (using their fax number), listed on the attached Service List. Once the document has been transmitted, the fax machine provides a report indicating time of completion.
Executed on _____, at Burbank, California.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Liv Kirchoff

## SERVICE LIST

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
930 Montgomery St., Suite 600
San Francisco, CA 94133
**Defendant**

**\*Courtesy Copy**