# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE
COMPANY

        Plaintiff(s),

v.

MICHAEL T. BLATT

        Defendant(s).

CASE NO. C 06 2022 SC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
      Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
      the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

✓    other requested deadline April 30, 2007

Dated: 11/27/06

Dated: 11/27/06

Attorney for Plaintiff

Attorney for Defendant

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
✓ Mediation
  Private ADR

Deadline for ADR session
  90 days from the date of this order.
✓ other   April 30, 2007

IT IS SO ORDERED.

Dated:_____

                                        _____
                                        UNITED STATES DISTRICT   JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 29, 2006, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X] (BY MAIL)
[ ]   I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.
[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on November 29, 2006, at Burbank, California.

[ ] (BY FACSIMILE)
[ ] I served by facsimile a true copy of the above-described document. I am "readily familiar" with this firm's practice of processing correspondence by fax. Under that practice documents are placed in our fax machine and are processed and received simultaneously at their destination. The above-referenced document(s) was placed in the fax machine with all costs of faxing prepaid, directed to each party (using their fax number), listed on the attached Service List. Once the document has been transmitted, the fax machine provides a report indicating time of completion.
Executed on _____, at Burbank, California.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Liv Kirchoff

2

## SERVICE LIST

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
930 Montgomery St., Suite 600
San Francisco, CA 94133
**Defendant**

***Courtesy Copy**