Ronald J. Skocypec, Esq., Bar No.: 072690
Melodee A. Yee, Esq., Bar No.: 168541
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Michael T. Blatt, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: C 06 2022 SC <br><br> **STIPULATION RE STATUS CONFERENCE;** <br><br> [PROPOSED] ORDER <br><br> New Date:   March 23, 2007 <br> Time:            10:00 a.m. <br> Courtroom:  1 |

Pursuant to order of the Court, the parties to the above-entitled action jointly stipulate to continue the Status Conference, previously scheduled for December 1, 2006 to March 23, 2007 at 10:00 a.m. in Courtroom 1 of the above entitled court.

DATED: December 11, 2006          PETERSON & BRADFORD, LLP

By: _____
    Ronald J. Skocypec, Esq.
    Melodee A. Yee, Esq.
    Attorneys for Plaintiff
    Liberty Mutual Insurance
    Company

DATED: December 11, 2006          FOREMAN & BRASSO

By: _____
    Ronald D. Foreman, Esq.
    Attorneys for Defendant
    Michael T. Blatt

### ORDER

IT IS SO ORDERED that the Status Conference in this matter be continued to March 23, 2007 at 10:00 a.m. in Courtroom 1.

DATED: 12/15/06          By: _____
                              The Honorable Samuel Conti
                              Judge of the United States
                              District Court

*IT IS SO ORDERED — Judge Samuel Conti*

STIPULATION AND ORDER RE STATUS CONFERENCE
Case Name: LMIC v. Blatt, Case No. C06-2022 SC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On December 14, 2006, I served the foregoing document described as:

**STIPULATION RE STATUS CONFERENCE; [PROPOSED] ORDER**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

[X] (BY MAIL)
[ ] I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.
[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on December 14, 2006, at Burbank, California.

[ ] (BY FACSIMILE)
[ ] I served by facsimile a true copy of the above-described document. I am "readily familiar" with this firm's practice of processing correspondence by fax. Under that practice documents are placed in our fax machine and are processed and received simultaneously at their destination. The above-referenced document(s) was placed in the fax machine with all costs of faxing prepaid, directed to each party (using their fax number), listed on the attached Service List. Once the document has been transmitted, the fax machine provides a report indicating time of completion.
Executed on _____, at Burbank, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Liv Kirchoff

## SERVICE LIST

Ronald D. Foreman, Esq.
Russell F. Brasso, Esq.
FOREMAN & BRASSO
Attorneys at Law
930 Montgomery St., Suite 600
San Francisco, CA 94133
**Defendant**

***Courtesy Copy**