# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Liberty Mutual Insurance Company,<br><br>        Plaintiff(s),<br><br>  v.<br><br>Blatt,<br><br>        Defendant(s). | 06-02022 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Richard D. Warren**
> Mediation & Arbitration Offices of Richard D. Warren
> 929 Fresno Avenue
> Berkeley, CA 94707
> 510-528-4423
> rickwarren@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
06-02022 SC MED                     - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: January 5, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
06-02022 SC MED                          - 2 -