UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

C-06-2022           Samuel Conti            DATE March 23, 2007
Case Number         Judge

Title: LIBERTY MUTUAL          vs MICHAEL BLATT

Attorneys: RONALD SKOCYPEC        RONALD FOREMAN

Deputy Clerk: T. De Martini    Court Reporter: Katherine Powell

Court   Pltf's   Deft's
(XXX)   (   )   (   )  1. Status Conference - Held

(   )   (   )   (   )  2. _____

(   )   (   )   (   )  3. _____

(   )   (   )   (   )  4. _____

(   )   (   )   (   )  5. _____

(   ) Motion(s): (   ) Granted  (   ) Denied  (   ) Withdrawn

(   ) Granted/Denied  (   ) Off Calendar  (   ) Submitted

Order to be Prepared by: (   ) Pltf  (   ) Deft  (   ) Court

Discovery Cutoff: 9/9/07     Pretrial Statements Due _____

Case Continued to 11/16/07 @ 10:00 A.M.   for Pretrial Conference

Case Continued to 11/19/07 @ 9:30 A.M.    for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 10/12/07 @ 10:00 A.M.   for Motions

CASE REFERRED TO U.S. MAGISTRATE _____

for _____

Opening Briefs _____  Answer _____  Reply _____

Deemed Submitted on _____