George E. Peterson, State Bar No.: 54310
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, ) | Case No.: C 06 2022 SC |
| ) | |
| Plaintiff, ) | REQUEST FOR APPROVAL OF |
| ) | SUBSTITUTION OF ATTORNEYS |
| vs. ) | |
| ) | |
| Michael T. Blatt, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Liberty Mutual Insurance Company hereby requests the court to approve the substitution of Ronald J. Skocypec and Kring & Chung, LLP as its counsel of record in place and stead of its current counsel, Peterson & Bradford, LLP.

Date: April __, 2007

_____
Jeffrey Larson
LIBERTY MUTUAL INS. CO.
4/17/07

1

Request for Approval of Substitution of Attorneys

I have given notice of this request for substitution of attorneys to all counsel, and I consent to the requested substitution.

Date: April 25, 2007

_____
for George E. Peterson
Peterson & Bradford, LLP

I am duly admitted to practice in the Northern District of California, and I accept the substitution of counsel.

Date: April 5, 2007

_____
Ronald J. Skocypec
Kring & Chung, LLP

George E. Peterson, Bar No.: 54310
PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, CA 91502
818.562.5800
818.562.5810 – Facsimile

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, <br><br> Plaintiff, <br><br> vs. <br><br> Michael T. Blatt, <br><br> Defendant. | Case No.: C 062022 SC <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS |

The Court hereby orders that the request of plaintiff Liberty Mutual Insurance Company to substitute retained counsel Ronald J. Skocypec and Kring & Chung, LLP, 920G Hampshire Road, Suite A-15, Westlake Village, California 91361, telephone number 805-494-3892, facsimile number 805-

1

Order on Request for Approval of Substitution of Attorneys

494-3914, as counsel of record in place and stead of Peterson & Bradford, LLP, is hereby:

[ ] GRANTED        [ ] DENIED

DATED: April __, 2007

_____
U.S. District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 38 Corporate Park, Irvine, CA 92606-5105.

On May 16, 2007, I served true copies of the foregoing document(s) described as **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS; AND ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** on the interested parties in this action, addressed as follows:

| | |
|---|---|
| Ronald D. Foreman, Esq. | George E. Peterson, Esq. |
| Russell F. Brasso, Esq. | Peterson & Bradford, LLP |
| Foreman & Brasso | 100 North First Street, Suite 300 |
| 930 Montgomery Street, Suite 600 | Burbank, CA 91502 |
| San Francisco, CA 94133 | |

[X]  BY U.S. MAIL: The documents were placed in sealed, addressed envelopes on the above date and placed for collection and mailing at my place of business. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2007, at Irvine, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
RACHEL BLANCO



1

F:\Westlake Village\379-Gabbert v. Blatt\Pleadings\PROOF OF SERVICE.doc