1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Liberty Mutual Insurance Company, | No. C 06-02022 SC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Blatt, | |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Aug 20, 2007

2.  Did the case settle?  ☐ fully  ☐ partially  ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4.  **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

    Dated: Aug. 23, 2007  _____

    **Mediator, Richard D. Warren**
    Mediation & Arbitration Offices of Richard
    D. Warren
    929 Fresno Avenue
    Berkeley, CA 94707