Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>　　　　Defendant. | Case No. C06-2022 SC<br><br>**STIPULATED TO APPLICATION TO ENLARGE THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Local Rules 6.1, 6.2, 7.12<br><br>Trial Date: November 19, 2007<br><br>　　Date: TBA<br>　　Time: TBA<br>　　Courtroom: 1, 17th floor |

I, Ronald D. Foreman, declare that if called to testify in this matter that I would testify as hereinafter stated:

1. I am the attorney for defendant Michael T. Blatt. This case concerns a claim by plaintiff Liberty Mutual for declaratory relief seeking indemnity for attorney's fees paid in an underlining state court action.

2. By this stipulated to application, the parties seek to enlarge the time for defendant to oppose the pending Motion for Summary Judgment from Friday, October 5,

**STIPULATED TO APPLICATION TO ENLARGE THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**

1  2007 to Tuesday, October 9, 2007 and to enlarge the time for plaintiff to reply from Friday,
2  October 12, 2007 to Tuesday, October 16, 2007.
3      3.    The motion is scheduled to be heard on October 26, 2007. Consequently,
4  if the Court grants the stipulated to application, the Court will have ten days to consider the
5  motion prior to the date of hearing.
6      4.    Good cause exists for the granting of this stipulated to application. During the
7  week of September 17, 2007- September 21, 2007, counsel for plaintiff requested that the
8  Motion for Summary Judgment be served by email or fax. I agreed to that service.
9  Unfortunately, the email address used by plaintiff's counsel was obsolete and I was unaware
10  that the motion had been served until Wednesday, September 26, 2007. Although we have
11  diligently worked on the opposition, additional time is requested so that the matter might be
12  more fully briefed and prepared. The additional time requested will make up for the lost
13  days. Correspondingly, I have offered to enlarge the time for the plaintiff to reply.
14      5.    Previously, the Court, on joint request and motion extended the time for the
15  final motion hearing date from October 12, 2007 to October 26, 2007.
16      6.    All parties have notice of this application and have stipulated to it.
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

STIPULATED TO APPLICATION TO ENLARGE THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES

- 2 -

1    7.    It is respectfully requested that this instant application be granted and that the
2  time to oppose and reply to the Motion for Summary Judgment be enlarged.
3    I declare, under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.
5  Dated: October 3, 2007                           FOREMAN & BRASSO
6
7                                                   By: _____
                                                        Ronald D. Foreman
8                                                   Attorney for Defendant
                                                    MICHAEL T. BLATT
9
10
11                                                  STIPULATED TO:
12  Dated: October 3, 2007                          KRING & CHUNG, LLP
13
                                                    By: _____
14                                                      Ronald J. Skocypec
                                                    Attorney for Plaintiff
15                                                  LIBERTY MUTUAL
                                                    INSURANCE COMPANY
16
17
18
19
20  L:\FAB\Blatt\Liberty Mutual\Pleadings\STIPAPPextendMotion.wpd
21
22
23
24
25
26
27
28 | STIPULATED TO APPLICATION TO ENLARGE THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES

- 3 -