Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone:   (415) 433-3475
Facsimile:   (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>　　　　Defendant. | Case No. C06-2022 SC<br><br>[~~PROPOSED~~] **ORDER ENLARGING THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**<br><br>Local Rules 6.1, 6.2, 7.12<br><br>Trial Date: November 19, 2007 |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT: The time to oppose the Motion For Summary Judgment, Or in the Aliternative, Adjudication of All Issues is continued to Tuesday, October 9, 2007 and the time to reply is continued until Tuesday, October 16, 2007. IT IS SO ORDERED:

**The motion is submitted on the papers with no appearance and no oral argument.**

DATED: October 4, 2007        By: _____
　　　　　　　　　　　　　　　　The Honorable Samuel Conti
　　　　　　　　　　　　　　　　Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Samuel Conti]*

[PROPOSED] ORDER ENLARGING THE TIME TO OPPOSE AND REPLY TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES