Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile:  (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>   Defendant. | Case No. C 06 2022 SC<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES<br><br>Date: October 26, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1<br><br>Hon. Samuel Conti, Sr.<br><br>Trial Date: November 19, 2007 |

Plaintiff Liberty Mutual Insurance Company's Motion For Summary Judgment or, in the Alternative, Summary Adjudication of Issues came on for hearing on October 26, 2007, before the Honorable Samuel Conti.

//
//
//
//

---

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES   CASE NO.: C 06 2022 SC

1  The Court, having heard and considered the moving, responding and reply papers and
2  having heard and considered the argument of counsel, and there appearing to be good cause
3  therefore:
4  IT IS HEREBY ORDERED that the Motion is DENIED.

_____
United States District Court Judge, Samual Conti

1  Ronald D. Foreman (SBN 61148)
   **FOREMAN & BRASSO**
2  930 Montgomery Street, Suite 600
   San Francisco, CA 94133
3  Telephone:   (415) 433-3475
   Facsimile:   (415) 781-8030
4  Email: foremanandbrasso@foremanandbrasso.com

5  Attorneys for Defendant
   MICHAEL T. BLATT.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Mutual Insurance Company, | Case No. C062022 |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| Michael T. Blatt, | |
| Defendant. | |

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a resident of the United States, over 18 years of age, and not a party to the within entitled action; I am employed at and my business address is 930 Montgomery Street, Suite 600, San Francisco, California. On this date I caused to be served the following document(s):

- **DEFENDANT MICHAEL T. BLATT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

- **DECLARATION OF MICHAEL BLATT IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OR ISSUES**

- **DECLARATION OF RONALD D. FOREMAN IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OR ISSUES**

- **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**

___ By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at San Francisco addressed as shown below.

___ By facsimile to the facsimile number(s) shown below.

___ By causing a true copy thereof enclosed in a sealed envelope to be hand delivered.

___ By causing a true copy thereof enclosed in a sealed envelope to be delivered by FEDEX at the address shown below.

XXX By Email: By transmitting a true copy of the foregoing document (s) to the e-mail addresses set forth below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on October 9, 2007.

_____
Halden Meigs

**SERVICE LIST**
Ronald Skocypec
Kring & Chung LLP
920G Hampshire Road, Suite A-15
Westlake Village, CA 91361
rskocypec@kringandchung.com

PROOF OF SERVICE
- 2 -