```
 1  Ronald D. Foreman (SBN 61148)
    FOREMAN & BRASSO
 2  930 Montgomery Street, Suite 600
    San Francisco, CA 94133
 3  Telephone:   (415) 433-3475
    Facsimile:   (415) 781-8030
 4  Email: foremanandbrasso@foremanandbrasso.com

 5  Attorneys for Defendant
    MICHAEL T. BLATT.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL T. BLATT, <br><br> Defendant. | Case No. C06-2022 SC <br><br> **STIPULATED TO APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A DISCOVERY DISPUTE AFTER A MEET AND CONFER, SETTING THE MATTER FOR OCTOBER 26, 2007, (THE LAST DAY FOR HEARING A MOTION PURSUANT TO THE AUGUST 30, 2007 ORDER ON JOINT REQUEST) AND FOR THE PREVIOUS HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT** <br><br> Local Rules 6.1, 6.2, 37-1 and F.R.C.P. 60 <br><br> Trial Date: November 19, 2007 <br><br> Date: TBA <br> Time: TBA <br> Courtroom: 1, 17th floor |

I, Ronald D. Foreman, declare that if called to testify in this matter that I would testify as hereinafter stated:

**STIPULATED TO APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A DISCOVERY DISPUTE AFTER A MEET AND CONFER, SETTING THE MATTER FOR OCTOBER 26, 2007, (THE LAST DAY FOR HEARING A MOTION PURSUANT TO THE AUGUST 30, 2007 ORDER ON JOINT REQUEST) AND FOR THE PREVIOUS HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT**

1. I am the attorney for defendant Michael T. Blatt. This case concerns a claim by plaintiff Liberty Mutual for declaratory relief seeking indemnity for attorney's fees paid in an underlining state court action.

2. By this stipulated to application, the parties seek to shorten time for the hearing of a discovery dispute which concerns the Relief From Admissions, claimed by plaintiff.

3. The parties seek to have motion scheduled for October 26, 2007. This was the date previously set for hearing of plaintiff's Motion For Summary Judgment, however that motion is now set to be decided on the documents submitted to the Court by both parties. The parties were notified by the Court that hearing for the Motion For Summary Judgment was vacated *after* the parties met and conferred and stipulated to set this request for Relief From Admissions matter for hearing on October 26, 2007

4. Good cause exists for the granting of this stipulated to application. The parties have met and conferred regarding defendant's responses to plaintiff's Request For Admissions in a conference call conducted on October 18, 2007. While the parties continue to try to resolve the dispute, if they are unable to do so the parties agree that it is sensible to have this discovery dispute heard on the same date and time as the Motion For Summary Judgment.

5. Plaintiff Liberty Mutual claims that fourteen requests for admission are deemed admitted due to the late filing of responses. Defendant Michael Blatt disputes plaintiff's position, contending that multiple agreements extending the time to respond to the Request For Admissions were made and that defendant was shocked and surprised to learn that plaintiff was claiming that the Request For Admissions were being declared admitted by defendant. Defendant Michael Blatt served responses to the Request For Admissions and answers to Interrogatories within a couple hours of plaintiff claiming that the Request For Admissions were admitted. The defendant's motion for relief seeks to address these issues.

STIPULATED TO APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A DISCOVERY DISPUTE AFTER A MEET AND CONFER, SETTING THE MATTER FOR OCTOBER 26, 2007, (THE LAST DAY FOR HEARING A MOTION PURSUANT TO THE AUGUST 30, 2007 ORDER ON JOINT REQUEST) AND FOR THE PREVIOUS HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT

1 | Defendant Blatt believes the motion is significant as plaintiff attempts to use the Request For
2 | Admissions in it's Reply Brief even though defendant did not declare them admitted until
3 | Thursday, October 4, 2007, after the Motion For Summary Judgment was filed. No reference
4 | was made to the Request For Admissions in the Motion For Summary Judgment's moving
5 | papers and defendant had no reason to address the admission issue in the Opposition to the
6 | Motion For Summary Judgment.

7 |     6.    Defendant Michael Blatt will file his motion before the close of business on
8 | October 19, 2007 and plaintiff will file it's opposition on or before the close of business on
9 | Tuesday, October 23, 2007 or on dates and times as the Court deems appropriate. It was
10 | further agreed by the parties that Defendant will email a copy of his motion to plaintiff
11 | before the close of business today and plaintiff will prepare it's opposition to the motion and
12 | serve defendant before the close of business on October 23, 2007, unless directed otherwise
13 | by the Court.

14 |     7.    Presently a pre-trial conference is scheduled for November 16, 2007 and trial
15 | is set for November 19, 2007. On October 18, 2007, we were notified that the Motion For
16 | Summary Judgment would be heard on the papers and that oral argument would be vacated.

17 |     8.    All parties have notice of this application and have stipulated to it.

18 |     9.    It is respectfully requested that this instant application be granted and that the
19 | time to file and oppose the discovery motion for Relief from Admissions be granted.

20 | I declare, under penalty of perjury under the laws of the State of California that the
21 | foregoing is true and correct.
22 | Dated: October 19, 2007

FOREMAN & BRASSO

By: _____
Ronald D. Foreman
Attorney for Defendant
MICHAEL T. BLATT

STIPULATED TO APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A DISCOVERY DISPUTE AFTER A MEET AND CONFER, SETTING THE MATTER FOR OCTOBER 26, 2007, (THE LAST DAY FOR HEARING A MOTION PURSUANT TO THE AUGUST 30, 2007 ORDER ON JOINT REQUEST) AND FOR THE PREVIOUS HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT

- 3 -

1

2    Dated: October 19, 2007

3

STIPULATED TO: THE FILING + HEARING OF THE MOTION

KRING & CHUNG, LLP

4    By: _____
     Ronald J. Skocypek
5    J. Christopher Bennington
     Attorney for Plaintiff
6    LIBERTY MUTUAL
     INSURANCE COMPANY

7

8

9

10

11   L:\FAB\Blatt\Liberty

12   Mutual\Pleadings\STIPAPPshortentimeforhearing.wpd

13–26

27   **STIPULATED TO APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF A DISCOVERY DISPUTE AFTER A MEET AND CONFER, SETTING THE MATTER FOR OCTOBER 26,**
28   **2007, (THE LAST DAY FOR HEARING A MOTION PURSUANT TO THE AUGUST 30, 2007 ORDER ON JOINT REQUEST) AND FOR THE PREVIOUS HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT**

- 4 -