# FOREMAN & BRASSO
ATTORNEYS AT LAW

Ronald D. Foreman  
Russell F. Brasso

930 Montgomery Street, Suite 600  
San Francisco, California 94133  
Tel: 415.433.3475  
Fax: 415.781.8030  
www.foremanandbrasso.com

Marin Office  
21 Tamal Vista Boulevard, Suite 174  
Corte Madera, CA 94925

October 19, 2007

***VIA ELECTRONIC FILING***

The Honorable Samuel Conti  
United States District Court  
450 Golden Gate Avenue  
Courtroom 1, 17th Floor  
San Francisco, California 94102

    Re: *Liberty Mutual Insurance Company v. Blatt*  
        USDC Northern District, Case No. C062022SC

Dear Judge Conti:

    As a precaution and in the event that the Court grants the Stipulated to Application For an Order Shortening Time For the Hearing of a Discovery Dispute, submitted earlier today, defendant Michael Blatt filed and served his Motion For Relief From Admissions. If the Court denies the Stipulated to Application, then the Court may do what it pleases with the moving papers.

                                Very truly yours,  
                                FOREMAN & BRASSO

                                Ronald D. Foreman

cc:    J. Christoper Bennington, plaintiff's counsel (via e-mail)