Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile:  (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>    Defendant. | Case No. C 06 2022 SC<br><br>**DEFENDANT MICHAEL T. BLATT'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM ADMISSIONS**<br><br>Date:  October 26, 2007<br>Time:  10:00 a.m.<br>Courtroom: 1<br><br>Hon. Samuel Conti, Sr.<br><br>Trial Date: November 19, 2007 |

    NOTICE IS HEREBY GIVEN that pursuant to Stipulation and Order, on October 26, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, defendant Michael Blatt will move for Relief From Admissions.

//

//

---

**DEFENDANT'S NOTICE of MOTION FOR RELIEF FROM ADMISSIONS**       **CASE NO.: C 06 2022 SC**

1  This motion is made pursuant to Fed. R. Civ. Proc. 36(b), Fed R. Civ.
2  Proc. 60, and on the grounds that said Admissions, Set One have been
3  responded to and therefore there is no prejudice to defendant if the Court
4  allows such relief.

5  DATED: October 19, 2007                    FOREMAN & BRASSO

7                              By:  /s/_____
                                    Ronald D. Foreman
8                                   Attorneys for Defendant
                                    Michael T. Blatt