Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>Defendant. | Case No. C 06 2022 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL BLATT'S MOTION FOR RELIEF FROM AUTOMATIC ADMISSIONS AND LATE FILED RESPONSES ARE DEEMED OPERATIVE** |

Defendant Michael Blatt's Motion For Relief From Admissions came on for hearing on October 26, 2007, the Honorable Samuel Conti, United States District Court Judge, presiding. The Court, having heard and considered the moving and opposing papers, and having heard and considered the argument of counsel (or, the matter having been decided by the Court upon the papers), and there appearing to be good cause therefore:

IT IS HEREBY ORDERED that the motion for Relief From Admissions is GRANTED. Defendant's automatic admissions are deemed withdrawn and the responses to Request to Admit Nos. 1-14 served on October 4, 2007, are deemed operative. IT IS SO ORDERED: _____

United States District Court Judge, Samual Conti

---

**ORDER**  CASE NO.: C 06 2022 SC

# PROOF OF SERVICE

I am a resident of the United States, over 18 years of age, and not a party to the within entitled action; I am employed at and my business address is 930 Montgomery Street, Suite 600, San Francisco, California. On this date I caused to be served the following document(s):

- **DEFENDANT MICHAEL T. BLATT'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM ADMISSIONS**

- **DEFENDANT MICHAEL T. BLATT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM ADMISSIONS**

- **DECLARATION OF RONALD D. FOREMAN IN SUPPORT OF DEFENDANT MICHAEL T. BLATT'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC ADMISSIONS**

- **PROPOSED ORDER GRANTING DEFENDANT MICHAEL T. BLATT'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC ADMISSIONS AND LATE FILED RESPONSES ARE DEEMED OPERATIVE**

___ by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at San Francisco addressed as shown below.

xxx by facsimile to the facsimile number(s) shown below.

___ by causing a true copy thereof enclosed in a sealed envelope to be hand delivered.

___ by causing a true copy thereof enclosed in a sealed envelope to be delivered by FEDEX at the address shown below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on October 19, 2007.

_Jessica Velez_
Jessica Velez

**SERVICE LIST**
Ronald Skocypec
Christopher Bennington
Kring & Chung LLP
920G Hampshire Road, Suite A-15
Westlake Village, CA 91361
(805) 494-3914

PROOF OF SERVICE

- 2 -