Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | Case No. C 06 2022 SC |
| Plaintiff, | **DEFENDANT MICHAEL T. BLATT'S MOTION FOR RELIEF FROM ADMISSIONS** |
| v. | |
| MICHAEL T. BLATT, | Date: October 26, 2007<br>Time: 10:00 a.m.<br>Courtroom: 1 |
| Defendant. | |
| | Hon. Samuel Conti, Sr. |

Trial Date: November 19, 2007

NOTICE IS HEREBY GIVEN that pursuant to Stipulation and Order, on October 26, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, defendant Michael Blatt will move for Relief From Admissions.

//
//

---

**DEFENDANT'S NOTICE of MOTION FOR RELIEF FROM ADMISSIONS**     CASE NO.: C 06 2022 SC

1  This motion is made pursuant to Fed. R. Civ. Proc. 36(b), Fed R. Civ.
2  Proc. 60, and on the grounds that said Admissions, Set One have been
3  responded to and therefore there is no prejudice to defendant if the Court
4  allows such relief.
5  DATED: October 19, 2007          FOREMAN & BRASSO

By:  /s/
    Ronald D. Foreman
    Attorneys for Defendant
    Michael T. Blatt

DEFENDANT'S NOTICE of MOTION FOR RELIEF FROM ADMISSIONS   CASE NO.: C 06 2022 SC
- 2 -