Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>     Defendant. | Case No. C 06 2022 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL BLATT'S MOTION FOR RELIEF FROM AUTOMATIC ADMISSIONS AND LATE FILED RESPONSES ARE DEEMED OPERATIVE** |

Defendant Michael Blatt's Motion For Relief From Admissions came on for hearing on October 26, 2007, the Honorable Samuel Conti, United States District Court Judge, presiding. The Court, having heard and considered the moving and opposing papers, and having heard and considered the argument of counsel (or, the matter having been decided by the Court upon the papers), and there appearing to be good cause therefore:

IT IS HEREBY ORDERED that the motion for Relief From Admissions is GRANTED. Defendant's automatic admissions are deemed withdrawn and the responses to Request to Admit Nos. 1-14 served on October 4, 2007, are deemed operative. IT IS SO ORDERED: _____

United States District Court Judge, Samual Conti

---

**ORDER**                                                                 **CASE NO.: C 06 2022 SC**