1  Ronald D. Foreman (SBN 61148)
   **FOREMAN & BRASSO**
2  930 Montgomery Street, Suite 600
   San Francisco, CA 94133
3  Telephone:    (415) 433-3475
   Facsimile:    (415) 781-8030
4  Email: foremanandbrasso@foremanandbrasso.com

5  Attorneys for Defendant
   MICHAEL T. BLATT.
6

7

8                    UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 LIBERTY MUTUAL INSURANCE          )  Case No. C06-2022 SC
   COMPANY,                          )
12                                   )  **STIPULATION TO WITHDRAW**
              Plaintiff,             )  **THE MOTION OF A**
13                                   )  **DISCOVERY DISPUTE AND**
        v.                           )  **STIPULATION FOR ORDER**
14                                   )  **THAT DEFENDANTS**
   MICHAEL T. BLATT,                 )  **AUTOMATIC ADMISSIONS ARE**
15                                   )  **DEEMED WITHDRAWN AND**
              Defendant.             )  **THE RESPONSES TO REQUEST**
16                                   )  **TO ADMIT NO.'S 1-14 SERVED**
                                     )  **ON OCTOBER 4, 2007 ARE**
17 _____     **DEEMED OPERATIVE.**

18                                      Local Rule 37-1

19                                      Trial Date: November 19, 2007

20

21      I, Ronald D. Foreman, declare that if called to testify in this matter that I would

22 testify as hereinafter stated:

23      1.    I am the attorney for defendant Michael T. Blatt.

24      2.    By stipulated to application, the parties submitted a discovery dispute to the

25 Court concerning Relief From Admissions.

26      3.    Good cause exists for the granting of this Stipulation For an Order to

27

28 **STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR
   ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE
   RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED
   OPERATIVE.**

1   Withdraw The Motion of a Discovery Dispute and Stipulation For an Order That

2   Defendant's Automatic Admissions Are Deemed Withdrawn and The Responses to Request

3   to Admit No.'s 1-14 Served On October 4, 2007 Are Deemed Operative. The parties have

4   met and conferred regarding defendant's responses to plaintiff's Request For Admissions in

5   several conference calls conducted over the last several days.  The parties have resolved their

6   dispute and agree that defendant's automatic admissions are deemed withdrawn and the
        *in conjunction with other issues regarding stipulated facts*

7   responses to Request to Admit No.'s 1-14, served on October 4, 2007, are deemed operative.

8       4.    All parties have notice of this application and have stipulated to it.

9       5.    It is respectfully requested that this Stipulation For an Order to Withdraw The

10  Motion of a Discovery Dispute And Stipulation For an Order That Defendant's Automatic

11  Admissions Are Deemed Withdrawn And The Responses to Request to Admit No.'s 1-14

12  Served On October 4, 2007 Are Deemed Operative be granted.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR
    ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE
    RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED
    OPERATIVE.

1       6.     It is also stipulated that in considering the pending Motion For Summary

2  Judgment, Or In the Alternative, Summary Adjudication of Issues, that Request to Admit

3  No.'s 1, 2, 3, 5, 6, 7 and 8 were admitted by the defendant and Request to Admit No.'s 4, 9,

4  10, 11, 12, 13 and 14 were denied by the defendant in the defendant's October 4, 2007,

5  Responses to Request For Admissions, Set One.

6       I declare, under penalty of perjury under the laws of the State of California that the

7  foregoing is true and correct.

8  Dated: October 25, 2007               FOREMAN & BRASSO

9

10                              By:                                              
Ronald D. Foreman
Attorney for Defendant
MICHAEL T. BLATT

11

12

13

14

15                                        STIPULATED TO:

16  Dated: October 25, 2007               KRING & CHUNG, LLP

17

18                              By:                                    
Ronald J. Skocypek, C.
J. Christopher Bennington
Attorney for Plaintiff
LIBERTY MUTUAL
INSURANCE COMPANY

19

20

21

22

23

24

25  L:\FAB\Blatt\Liberty Mutual\Pleadings\STIPAPPgrantingadmissionsoperative.wpd

26

27

28  **STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED OPERATIVE.**

- 3 -