```
 1  Ronald D. Foreman (SBN 61148)
    FOREMAN & BRASSO
 2  930 Montgomery Street, Suite 600
    San Francisco, CA 94133
 3  Telephone:  (415) 433-3475
    Facsimile:  (415) 781-8030
 4  Email: foremanandbrasso@foremanandbrasso.com

 5  Attorneys for Defendant
    MICHAEL T. BLATT.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>Defendant. | Case No. C 06 2022 SC<br><br>ORDER GRANTING THE PARTIES STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED OPERATIVE. |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

The Stipulation For an Order to Withdraw The Motion of a Discovery Dispute and Stipulation For an Order That Defendant's Automatic Admissions Are Deemed Withdrawn and The Responses to Request to Admit No.'s 1-14 Served On October 4, 2007 Are Deemed Operative is GRANTED.

IT IS FURTHER STIPULATED AND ORDERED that in considering the pending Motion For Summary Judgment, Or In the Alternative, Summary Adjudication of Issues, that Request to Admit No.'s 1, 2, 3, 5, 6, 7 and 8 were admitted by the defendant and Request to Admit No.'s 4, 9, 10, 11, 12, 13 and 14 were denied by the defendant in the

ORDER                                                          CASE NO.: C 06 2022 SC

1 | defendant's October 4, 2007, Responses to Request For Admissions, Set One.
2 |     IT IS SO ORDERED.
3 | Date:_____

                                                United States District Court Judge, Samual Conti

**ORDER**                                             **CASE NO.: C 06 2022 SC**

- 2 -