UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | Case No. 06-2022 SC |
| ) | |
|         Plaintiff, ) | ORDER VACATING TRIAL |
| ) | AND REFERRING MATTER |
|   v. ) | TO MEDIATION |
| ) | |
| MICHAEL T. BLATT, ) | |
| ) | |
|         Defendant. ) | |
| ) | |
| _____ ) | |

In light of the Order Denying Summary Judgment issued by the Court on Friday, October 26, 2007, see Docket No. 60, the Court hereby finds the case ripe for mediation. Accordingly, the Court VACATES the trial scheduled for November 19, 2007, and ORDERS the parties to proceed to mediation. In the event that the case does not settle during mediation, a further status conference is set for Friday, January 11, 2008, at 10:00 a.m. in Court Room # 1.

IT IS SO ORDERED.

Dated: October 29, 2007

                                                         UNITED STATES DISTRICT JUDGE