1  | Ronald D. Foreman (SBN 61148)
   | **FOREMAN & BRASSO**
2  | 930 Montgomery Street, Suite 600
   | San Francisco, CA 94133
3  | Telephone:    (415) 433-3475
   | Facsimile:    (415) 781-8030
4  | Email: foremanandbrasso@foremanandbrasso.com

5  | Attorneys for Defendant
   | MICHAEL T. BLATT.
6

7

8  | ## UNITED STATES DISTRICT COURT

9  | ## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | LIBERTY MUTUAL INSURANCE          )    Case No. C06-2022 SC
   | COMPANY,                          )
12 |                                   )    **STIPULATION TO WITHDRAW**
   |              Plaintiff,           )    **THE MOTION OF A**
13 |                                   )    **DISCOVERY DISPUTE AND**
   | v.                                )    **STIPULATION FOR ORDER**
14 |                                   )    **THAT DEFENDANTS**
   | MICHAEL T. BLATT,                 )    **AUTOMATIC ADMISSIONS ARE**
15 |                                   )    **DEEMED WITHDRAWN AND**
   |              Defendant.           )    **THE RESPONSES TO REQUEST**
16 |                                   )    **TO ADMIT NO.'S 1-14 SERVED**
   |                                   )    **ON OCTOBER 4, 2007 ARE**
17 |                                        **DEEMED OPERATIVE.**

18 |                                        Local Rule 37-1

19 |                                        Trial Date: November 19, 2007

20

21 |      I, Ronald D. Foreman, declare that if called to testify in this matter that I would

22 | testify as hereinafter stated:

23 |      1.    I am the attorney for defendant Michael T. Blatt.

24 |      2.    By stipulated to application, the parties submitted a discovery dispute to the

25 | Court concerning Relief From Admissions.

26 |      3.    Good cause exists for the granting of this Stipulation For an Order to

27

28 | STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR
   | ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE
   | RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED
   | OPERATIVE.

1   Withdraw The Motion of a Discovery Dispute and Stipulation For an Order That

2   Defendant's Automatic Admissions Are Deemed Withdrawn and The Responses to Request

3   to Admit No.'s 1-14 Served On October 4, 2007 Are Deemed Operative. The parties have

4   met and conferred regarding defendant's responses to plaintiff's Request For Admissions in

5   several conference calls conducted over the last several days.  The parties have resolved their
        in conjunction with other issues regarding stipulated facts
6   dispute and agree that defendant's automatic admissions are deemed withdrawn and the

7   responses to Request to Admit No.'s 1-14, served on October 4, 2007, are deemed operative.

8           4.      All parties have notice of this application and have stipulated to it.

9           5.      It is respectfully requested that this Stipulation For an Order to Withdraw The

10  Motion of a Discovery Dispute And Stipulation For an Order That Defendant's Automatic

11  Admissions Are Deemed Withdrawn And The Responses to Request to Admit No.'s 1-14

12  Served On October 4, 2007 Are Deemed Operative be granted.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28
STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR
ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE
RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED
OPERATIVE.

1    6.    It is also stipulated that in considering the pending Motion For Summary

2   Judgment, Or In the Alternative, Summary Adjudication of Issues, that Request to Admit

3   No.'s 1, 2, 3, 5, 6, 7 and 8 were admitted by the defendant and Request to Admit No.'s 4, 9,

4   10, 11, 12, 13 and 14 were denied by the defendant in the defendant's October 4, 2007,

5   Responses to Request For Admissions, Set One.

6        I declare, under penalty of perjury under the laws of the State of California that the

7   foregoing is true and correct.

8   Dated: October 25, 2007                          FOREMAN & BRASSO

9                                                    By:

10                                                   Ronald P. Foreman
                                                     Attorney for Defendant
11                                                   MICHAEL T. BLATT

12

13

14

15                                                   STIPULATED TO:

16   Dated: October 25, 2007                         KRING & CHUNG, LLP

17                                                   By:

18                                                   Ronald J. Skocypec, C.
                                                     J. Christopher Bennington
19                                                   Attorney for Plaintiff
                                                     LIBERTY MUTUAL
20                                                   INSURANCE COMPANY

21

22

23                                                   IT IS SO ORDERED

24

25                                                   Judge Samuel Conti

26                                                   10/29/07

27

28   **STIPULATION TO WITHDRAW THE MOTION OF A DISCOVERY DISPUTE AND STIPULATION FOR
     ORDER THAT DEFENDANTS AUTOMATIC ADMISSIONS ARE DEEMED WITHDRAWN AND THE
     RESPONSES TO REQUEST TO ADMIT NO.'S 1-14 SERVED ON OCTOBER 4, 2007 ARE DEEMED
     OPERATIVE.**

L:\FAB\Blatt\Liberty Mutual\Pleadings\STIPAPPgrantingadmissionsoperative.wpd

- 3 -