ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

October 31, 2007

**John Christopher Bennington**
Kring & Chung, LLP
920 Hampshire Road, Suite A-15
Westlake Village, CA 91361
805-494-3892

**Ronald D. Foreman**
Foreman & Brasso
930 Montgomery Street, Suite 600
San Francisco, CA 94133
415-433-3475

**Ronald John Skocypec**
Kern & Wooley, LLP
10900 Wilshire Blvd., Suite 1150
Los Angeles, CA 90024-6501
310-824-1777

Re: Liberty Mutual Insurance Company v. Blatt
<u>Case No. C 06-02022 SC MED</u>

Dear Counsel:

We have received notification from Judge Samuel Conti that the referenced case was re-referred to Mediation on October 29, 2007. The ADR Program would like to convene a conference call with all participants to discuss how Mediation can assist you. We would like to schedule this for **Tuesday, November 6, 2007 at 2:30 p.m.** Plaintiff's counsel should initiate the call to all participants then call the ADR Unit's Phone Conference Line at (415) 522-4603.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf