UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-06-2022          SAMUEL CONTI          DATE 1/11/07
Case Number        Judge

Title: LIBERTY MUTUAL          vs MICHAEL BLATT

Attorneys: RONALD SKOCYPEC          RONALD FORMAN

Deputy Clerk: T. De Martini    Court Reporter: Sahar Mcvickar

Court   Pltf's   Deft's
(XXX)   ( )      ( )     1. Status Conference - Held

( )     ( )      ( )     2.

( )     ( )      ( )     3.

( )     ( )      ( )     4.

( )     ( )      ( )     5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to 2/4/08 @ 9:30 A.M. for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: The parties are to meet at Mr. Forman's office this afternoon at 2:00 p.m. to work out Stipulated Facts for submission to the Court.

cc: