UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-06-2022           SAMUEL CONTI           DATE 1/16/08
Case Number         Judge

Title: LIBERTY MUTUAL           vs MICHAEL BLATT

Attorneys: RONALD SKOCYPEC      RONALD FORMAN

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Further Status Conference re: Stipulated Facts

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to 1/28/08 @ 9:30 A.M. for Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: Since the parties cannot agree upon the stipulated facts of the case the Court cannot enter judgment at this time. This case will proceed to trial on 1/28/08. The defendant is willing to wave a jury trial but the plaintiff is not.

cc: