# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Liberty Mutual Insurance Company,<br><br>        Plaintiff(s),<br><br>   v.<br><br>Blatt,<br><br>        Defendant(s). | No. C 06-02022 SC MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __1/7/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: __1/11/08__

*Margaret Corrigan*
**Mediator, Margaret Corrigan**
Circuit Mediation Office
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
P.O. Box 193939
San Francisco, CA 94119

**Certification of ADR Session**
06-02022 SC MED