Ronald J. Skocypec, Bar No. 72690
J. Christopher Bennington, Bar No. 105432
KRING & CHUNG, LLP
920 Hampshire Road
Suite A15
Westlake Village, CA 91361
Telephone: (805) 494-3892
Facsimile: (805) 494-3914

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. BLATT,<br><br>Defendant. | Case No. C 06 2022 SC<br><br>**NOTICE OF WAIVER OF JURY**<br><br>Trial: January 28, 2008 |

For purposes of the remaining issues to be tried, in light of the court's prior ruling on the motion for summary judgment, the parties agree to waive a jury in this matter. Both parties reserve their right to a jury in the event this matter is reversed on appeal and there is a retrial of some or all of the claims raised in plaintiff's complaint.

Dated: January 18, 2008

KRING & CHUNG, LLP

By: _____
Ronald J. Skocypec
J. Christopher Bennington
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY



1  Dated: January 18, 2008          FOREMAN & BRASSO

                                     By: _____
                                     Ronald D. Foreman
                                     Attorneys for Defendant
                                     Michael T. Blatt

2
3
4
5
...
28

2
Pleading Title

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My electronic mail address is mbennett@kringandchung.com. The document was served electronically and the transmission was reported as complete and without error.

On January 18, 2008 at approximately 2:50 p.m., I served true copies of the foregoing document(s) described as **NOTICE OF WAIVER OF JURY** on the interested parties in this action, addressed as follows:

**Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
rdf@foremanandbrasso.com

[X]  BY E-MAIL: By transmitting a true copy of the foregoing document(s) to the e-mail address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2008, at Irvine, California.

_____
MICHELLE BENNETT



1

F:\8000\0006\POS\PROOF OF SERVICE.doc