Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile:  (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | Case No. C 06 2022 SC |
| Plaintiff, | **DEFENDANT MICHAEL T. BLATT'S MOTION IN LIMINE NO. 1** |
| v. | Date: January 28, 2008 |
| MICHAEL T. BLATT, | Time: 9:30 a.m. |
| Defendant. | Courtroom: 1 |
| | Hon. Samuel Conti, Sr. |
| | Trial Date: January 28, 2008 |

Defendant MICHAEL T. BLATT ("Blatt") submits the following motion in limine in this action.

## INTRODUCTION

This is an insurance coverage action that arises out of Liberty Mutual's defense of defendant Michael Blatt in an underlying construction defect action.

After summary adjudication, this Court identified three factual issues remaining for determination at trial:

(1) Whether any attorneys' fees and/or costs were generated, in the defense of Blatt, after the jury verdict;

---

DEFENDANT'S MOTION IN LIMINE                    CASE NO.: C 06 2022 SC

  (2) Whether Liberty Mutual paid any of these fees and/or costs;

  (3) The amount, if any of these fees and costs.

Only evidence that is relevant to these three issues is relevant at trial. By this motion, Blatt moves to excluding any evidence that does not directly relate to these three issues as irrelevant. Fed. R. Evid. 402.

Although the parties have submitted Stipulated Facts for the Court, only those facts that pertain to these three issues are relevant. No other facts should be considered by this Court.

## CONCLUSION

Based on the foregoing, defendant Blatt requests that the Court exclude all irrelevant evidence and only consider those facts that bear on the three issues remaining for trial, as defined by the Court in its October 26, 2007 Order on the Motion for Summary Judgment.

DATED: January 22, 2008      FOREMAN & BRASSO

               By: /s/_____
                   Ronald D. Foreman
                   Attorneys for Defendant
                   Michael T. Blatt