Ronald J. Skocypec, Bar No. 72690
J. Christopher Bennington, Bar No. 105432
KRING & CHUNG, LLP
200 N. Westlake Blvd., Suite 207
Westlake Village, CA 91362
Telephone: (805) 494-3892
Facsimile: (805) 800-1950

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL T. BLATT,<br><br>    Defendant. | Case No. C 06 2022 SC<br><br>**STIPULATED FACTS FOR TRIAL**<br><br>Trial Date: January 28, 2008 |

Plaintiff Liberty Mutual Insurance Company and Defendant Michael T. Blatt hereby stipulate to the following facts for all purposes, including trial:

1.  Of the $198,344.88 in direct defense expenses, $23,045.71, was incurred by counsel for Mr. Blatt after the jury verdict in the underlying <u>Gabbert v. Blatt</u> action.

2.  Of the $300,303.85 fee and cost award in favor of the underlying plaintiffs, $1,582.50 was incurred by counsel for Gabbert and Lincoln after the jury verdict. The post-verdict fees were paid by Liberty Mutual as part of a larger payment of all fees made on or about September 10, 2004. Payment was made as a "supplementary payment" under the terms of policy



**STIPULATED FACTS**

FROM : EL MONTE DA                    FAX NO. :                          Jan. 24 2008 05:20PM  P1
01/24/2008  16:03   4157818030                 FOREMANANDBRASSO                      PAGE  07/07

1  TB1-131-011670-397.

2

3    3.  Of the $23,045.71 in direct defense expenses incurred after the
4  verdict in the Gabbert action, $8,755.19 has been paid by Liberty Mutual.
5  Payment of $7,304.21 was made to Foreman & Brasso by Liberty Mutual on
6  June 1, 2004.  Payment of $836.75 was made to Foreman & Brasso by
7  Liberty Mutual on July 12, 2004.  Payment of $884.23 was made to Foreman
8  & Brasso by Liberty Mutual on August 18, 2004.

9

10  Dated: January 24, 2008                    FOREMAN & BRASSO

11

12                                              By: _____
13                                                 Ronald D. Foreman
                                                   Attorneys for Plaintiff
14                                                 MICHAEL T. BLATT

15

16  Dated: January 24, 2008                    KRING & CHUNG, LLP

17

18                                              By: _____
                                                   Ronald J. Skocypec
19                                                 J. Christopher Bennington
                                                   Attorneys for Plaintiff
20                                                 LIBERTY MUTUAL INSURANCE
                                                   COMPANY
21

22

23

24

25

26

27

28

2
STIPULATED FACTS

TB1-131-011670-397.

3. Of the $23,045.71 in direct defense expenses incurred after the verdict in the <u>Gabbert</u> action, $8,755.19 has been paid by Liberty Mutual. Payment of $7,304.21 was made to Foreman & Brasso by Liberty Mutual on June 1, 2004. Payment of $836.75 was made to Foreman & Brasso by Liberty Mutual on July 12, 2004. Payment of $884.23 was made to Foreman & Brasso by Liberty Mutual on August 18, 2004.

Dated: January 24, 2008         FOREMAN & BRASSO

By: _____
Ronald D. Foreman
Attorneys for Plaintiff
MICHAEL T. BLATT

Dated: January 24, 2008         KRING & CHUNG, LLP

By: _____
Ronald J. Skocypec
J. Christopher Bennington
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE
COMPANY



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My electronic mail address is mbennett@kringandchung.com. The document was served electronically and the transmission was reported as complete and without error.

On January 24, 2008 at approximately 5:30 p.m., I served true copies of the foregoing document(s) described as **STIPULATED FACTS FOR TRIAL** on the interested parties in this action, addressed as follows:

**Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
rdf@foremanandbrasso.com

[X]   BY E-MAIL:  By transmitting a true copy of the foregoing document(s) to the e-mail address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2008, at Irvine, California.

_M. Bennett_
MICHELLE BENNETT

1

F:\8000\0006\POS\PROOF OF SERVICE.doc