Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL T. BLATT,<br><br>　　　　Defendant. | Case No. C 06 2022 SC<br><br>**ADDENDUM TO DEFENDANT MICHAEL T. BLATT'S TRIAL BRIEF: WITNESS LIST**<br><br>Trial Date: January 28, 2008 |

  Defendant Michael T. Blatt submits the following list of witnesses he intends on calling to testify at trial:

  1. Michael Blatt: Michael Blatt was the defendant in the Marin County Superior Court case and the additional-named insured under the Liberty Mutual Insurance Policy. He will testify to all matters supporting the affirmative defenses of waiver, estoppel and unclean hands. He will testify to the payments that he paid to Gabbert and Lincoln, his understanding of the negotiations for the payment of the judgment and the attorney's fees paid to Alexander Anolik, attorney for Gabbert and Lincoln. Mr. Blatt will testify to

his plans of payment for the judgment due to Gabbert and Lincoln. He will testify to his surprise in learning that Liberty Mutual was seeking reimbursement from him of the attorney's fees paid to Foreman & Brasso, his attorneys in the underlying action, and the fees and costs paid to Alexander Anolik as part of the judgment in the Marin County Superior Court action. Mr. Blatt may also testify to his plans regarding the pursuit of an appeal of the underlying Marin County Superior Court judgment. Mr. Blatt may testify to the defense of the property damage claims pursued by Gabbert and Lincoln in the underlying Marin County Superior Court case.

2. Alexander Anolik: Alexander Anolik was the attorney for plaintiffs Gabbert and Lincoln in the underlying action. Alexander Anolik will testify to his post-verdict activities with respect to the collection of the judgment and the award of attorney's fees and costs, his understanding of the attorney's fees and costs that Gabbert and Lincoln would incur if an appeal were pursued and the value of accepting a discount for the immediate payment of the attorney's fees and costs due. He will testify to all matters supporting the affirmative defenses of waiver, estoppel and unclean hands. Mr. Anolik may testify as to the property damage claims which he pursued in the Marin County Superior Court case on behalf of Gabbert and Lincoln.

DATED: January 25, 2008

/s/
Ronald D. Foreman
Attorney for Defendant
Michael T. Blatt