**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking General Court Number
Clerk 415.522.2000

**January 25, 2008**

CASE NUMBER:  CV 06-02022 SC
CASE TITLE:  LIBERTY MUTUAL INSURANCE COMPANY-v-MICHAEL T. BLATT

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/25/08

 FOR THE EXECUTIVE COMMITTEE:

 _____
 Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies Special Projects
Log Book Noted Entered in Computer 1/25/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel Transferor CSA