

Kyle D. Kring
Kenneth W. Chung
Paul T. McBride
Robert P. Mougin
David C. Weber
John R. Blakely
Kathleen Elder-Blakely
Timothy J. Broussard
David P. Ramirez
Suzanne M. Rehmani
Ronald J. Skocypec
John R. Bell
Ted A. Connor *

* A professional corporation

Marvin Amoroso
J. Christopher Bennington
Brendan J. Coughlin
June Yang Cutter
Joanna L. Darvish
Anna Greenstin
Laura C. Hess
Alyssa L. Morrison
Allyson K. Myers
Kathleen J. Patterson
Justin G. Reden
Matthew A. Reynolds
Shane Singh
Arie L. Weedman
Michelle L. Wiederhold
Anthony M. Wright

OF COUNSEL
Timothy J. Schafer
David M. Griffith
Paul A. Rianda

WESTLAKE VILLAGE
200 N. Westlake Blvd.
Suite 207
Westlake Village, CA 91362
T (805) 494-3892
F (805) 800-1950

IRVINE
INLAND EMPIRE
SACRAMENTO
SAN DIEGO
LAS VEGAS
CHINO
WESTLAKE VILLAGE

www.kringandchung.com

February 28, 2008

**_VIA U.S. MAIL AND E-FIILNG_**

Hon. Claudia Wilken
United States District Court
1301 Clay Street, Courtroom 2
Oakland, CA 94612-5212

|  |  |
|---|---|
| Re: | **Liberty Mutual Insurance Company v. Michael T. Blatt** |
| K&C Client: | Liberty Mutual Insurance Company |
| K&C File No.: | 8000.0006 |
| USDC Case No.: | 06-02022 CW |
| **Subject:** | **Special Appearance at Status Conference** |

Dear Judge Wilken:

  This office represents Liberty Mutual, plaintiff in the above-referenced action. This matter is set for a bench trial on March 10, 2008 and there is a pre-trial status conference set for March 4, 2008.

  Mr. Ronald Skocypec will be the trial attorney in this matter for our client. However, he is now unavailable to appear at the status conference because of a death in his family.

  I called the court yesterday and spoke with Ms. Cahill about obtaining the court's permission for me to appear for Mr. Skocypec at the status conference. She indicated I should write this letter to the court to seek such permission. I am thoroughly familiar with all aspects of the matter and I have been largely responsible for handling the litigation for more than a year.

  I would appreciate the court's permission to appear for Mr. Skocypec at the status conference. He will be ready to appear for trial on March 10, 2008.

            Very truly yours,

            Kring & Chung, LLP

            *J. Christopher Bennington*

            J. Christopher Bennington

(cbennington@kringandchung.com)

JCB/rpb

F:\8000\0006\corr\Wilken.001.doc