Ronald J. Skocypec, Bar No. 72690
J. Christopher Bennington, Bar No. 105432
KRING & CHUNG, LLP
200 North Westlake Blvd., Suite 207
Westlake Village, CA 91362
Telephone: (805) 494-3892
Facsimile: (805) 494-3914

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL T. BLATT,<br><br>     Defendant. | Case No. C 06 2022 CW<br><br>**WITNESS LIST OF PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY**<br><br>**Trial: March 10, 2008** |

Liberty Mutual Insurance Company submits the following list of witnesses who may be called at the trial of this matter:

1. Mr. Joseph D. Ryan – Mr. Ryan and his firm represented Liberty's named insured, Schnabel Foundation, in the underlying litigation. He will testify about the claims made against Schnabel and Mr. Blatt, and he will testify that there were claims at issue in the underlying litigation that had nothing whatsoever to do with the wall built by Schnabel.

/ / /

/ / /

/ / /

/ / /

1    2.  Ms. Nancy Ball – Ms. Ball is an employee of Liberty Mutual Insurance Company and she is currently responsible for the current matter.  She will testify about the nature and extent of payments made by Liberty Mutual for the defense of the underlying litigation.

Dated:  February 28, 2008                    KRING & CHUNG, LLP

                                              /s/ J. Christopher Bennington
                                         By: _____
                                              J. Christopher Bennington
                                              Ronald J. Skocypec
                                              Attorneys for Plaintiff
                                              LIBERTY MUTUAL INSURANCE COMPANY



2
**LIBERTY MUTUAL'S WITNESS LIST**

F:\8000\0006\trial\witness\Witness List.doc