Ronald J. Skocypec, Bar No. 72690
J. Christopher Bennington, Bar No. 105432
KRING & CHUNG, LLP
200 North Westlake Blvd., Suite 207
Westlake Village, CA 91362
Telephone: (805) 494-3892
Facsimile: (805) 494-3914

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL T. BLATT,<br><br>　　　　Defendant. | Case No. C 06 2022 CW<br><br>**EXHIBIT LIST OF PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY**<br><br>Trial: March 10, 2008 |

　　　Plaintiff Liberty Mutual Insurance Company submits the following list of potential exhibits. It should be noted that each of these exhibits is listed within the set of stipulated facts prepared by the parties to this matter.

　　　1. The additional insured endorsement to policy TB1-131-011670-397 issued by Liberty Mutual to Schnabel Foundation.

　　　2. Real estate purchase agreement between Michael Blatt and James Gabbert.

　　　3. Real estate purchase agreement between Michael Blatt and Michael Lincoln.

　　　4. Complaint from the underlying litigation, <u>Gabbert v. Blatt</u>, Marin County Superior case CV 020477.

　　　5. Schnabel-Blatt contract.



1      6.  Cross-complaint of Blatt from the <u>Gabbert v. Blatt</u> litigation.

2      7.  The March 21, 2002 letter tendering Mr. Blatt's defense to Liberty Mutual.

4      7.1  The September 4, 2002 reservation of rights letter sent by Liberty Mutual to Mr. Blatt.

6      8.  The jury verdict form from the <u>Gabbert v. Blatt</u> litigation.

7      9.  The amended judgment as entered in the <u>Gabbert v. Blatt</u> litigation.

8      11.  The relevant provisions of the Liberty Mutual policy describing "supplementary payments."

Dated:  February 29, 2008          KRING & CHUNG, LLP

By: /s/ J. Christopher Bennington
    _____
    J. Christopher Bennington
    Ronald J. Skocypec
    Attorneys for Plaintiff
    LIBERTY MUTUAL
    INSURANCE COMPANY



2
Pleading Title