## UNITED STATES DISTRICT COURT
### For the Northern District of California

Case No.  C 06 2022 CW                                    Date:  March 10, 2008

### Liberty Mutual Insurance Company v. Michael T. Blatt

### EXHIBIT LIST  (Plaintiff)

| EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | DATE MARKED FOR I.D. | DATE ADMITTED |
|---|---|---|---|---|
| 1. | The additional insured endorsement to policy TB1-131-011670-397 issued by Liberty Mutual to Schnabel Foundation. | By Stipulation. | | |
| 2. | Real estate purchase agreement between Michael Blatt and James Gabbert. | By Stipulation. | | |
| 3. | Real estate purchase agreement between Michael Blatt and Michael Lincoln. | By Stipulation. | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 4. | Complaint from the underlying litigation, Gabbert v. Blatt, Marin County Superior case CV 020477. | By Stipulation. | | |
| 5. | Schnabel-Blatt contract. | By Stipulation. | | |
| 6. | Cross-complaint of Blatt from the Gabbert v. Blatt litigation. | By Stipulation. | | |
| 7. | The March 21, 2002 letter tendering Mr. Blatt's defense to Liberty Mutual. | By Stipulation. | | |
| 7.1 | The September 4, 2002 reservation of rights letter sent by Liberty Mutual to Mr. Blatt. | By Stipulation. | | |
| 8. | The jury verdict form from the Gabbert v. Blatt litigation. | By Stipulation. | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 9. | The amended judgment as entered in the <u>Gabbert v. Blatt</u> litigation. | By Stipulation. | | |
| 11. | The relevant provisions of the Liberty Mutual policy describing "supplementary payments." | By Stipulation. | | |