UNITED STATES DISTRICT COURT
For the Northern District of California

Case No. C 06 2022 CW                    Date: March 10, 2008

<u>Liberty Mutual Insurance Company v. Michael T. Blatt</u>

EXHIBIT LIST (Defendant)

| EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | DATE MARKED FOR I.D. | DATE ADMITTED |
|---|---|---|---|---|
| 1. | A June 1, 2004 Letter From Attorney Ronald D. Foreman to Michael Barnett, Claims Specialist For Liberty Mutual Regarding Payment of the Judgment in the Underlying Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |

| 2. | A June 15, Letter From Attorney Ronald D. Foreman to Michael Barnett, Claims Specialist For Liberty Mutual Regarding Payment of the Judgment in the Underlying Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |
|---|---|---|---|---|
| 3. | A September 7, 2004 Letter From Ronald D. Foreman to Attorney Joseph Ryan Regarding Payment of Gabbert and Lincoln's Attorney's Fees as Part of the Judgment in the Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |
| 4. | A September, 2004 Stipulation for Substitution of Attorney in the Appeal From the Judgment in Gabbert and Lincoln v. Blatt | Defendant Michael Blatt | | |