UNITED STATES DISTRICT COURT
For the Northern District of California

Case No. C 06 2022 CW                    Date: March 10, 2008

**Liberty Mutual Insurance Company v. Michael T. Blatt**

**SECOND AMENDED EXHIBIT LIST (Defendant)**

| EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | DATE MARKED FOR I.D. | DATE ADMITTED |
|---|---|---|---|---|
| 101. | A June 1, 2004 Letter From Attorney Ronald D. Foreman to Michael Barnett, Claims Specialist For Liberty Mutual Regarding Payment of the Judgment in the Underlying Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |

| 102. | A June 15, Letter From Attorney Ronald D. Foreman to Michael Barnett, Claims Specialist For Liberty Mutual Regarding Payment of the Judgment in the Underlying Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |
|---|---|---|---|---|
| 103. | A September 7, 2004 Letter From Ronald D. Foreman to Attorney Joseph Ryan Regarding Payment of Gabbert and Lincoln's Attorney's Fees as Part of the Judgment in the Gabbert and Lincoln v. Blatt Lawsuit | Defendant Michael Blatt | | |
| 104. | A September, 2004 Stipulation for Substitution of Attorney in the Appeal From the Judgment in Gabbert and Lincoln v. Blatt | Defendant Michael Blatt | | |

| | | | | |
|---|---|---|---|---|
| 105. | Copies of Two Checks Payable to Alexander Anolik Trust Account, One Made by Blatt Development of NV Inc., Check No. 450, Dated August 30, 2004 in the Amount of $130,000 and a Second Check Made by Michael and Catherine Blatt, Check No. 2238, Dated August 31, 2004 in the Amount of $13,000 | Defendant Michael Blatt | | |