UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE COMPANY,

      Plaintiff,

  v.

BLATT,

      Defendant.

NO. 06-02022CW

**MINUTE ORDER**
Date: 3/4/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
J. Christopher Bennington

**Appearances for Defendant:**
Robert Foreman

**Pretrial Conference Held?: Yes**

Notes: Court will enter judgment on stipulated facts; counsel to submit stipulated judgment, or if can't agree on stipulated judgment then two separate judgments. Trial vacated.

Copies to: Chambers