Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | Case No. C 06 2022 SC |
| Plaintiff, | ~~[PROPOSED]~~ JUDGMENT |
| v. | |
| MICHAEL T. BLATT, | |
| Defendant. | |

The above-entitled case came before the Court on plaintiffs' Motion for Summary Judgment and Summary Adjudication on certain issues. On October 26, 2007 Samuel Conti, District Court Judge presiding, Denied plaintiffs' Motion for Summary Judgment and Granted in Part and Denied in Part plaintiffs' Motion for Summary Adjudication. The Court found that there were three issues remaining to be decided by the trier of facts.

On March 4, 2008 at the Pre-Trial Conference before Claudia ~~Wilkins~~ Wilken, District Court Judge presiding, the Court held that the Stipulated Facts for Trial resolved all remaining issues after the October 26, 2007 Order of Judge Conti.

After consideration of the issues and the Stipulated Facts for Trial,

**JUDGMENT**

IT IS ORDERED, JUDGED AND DECREED:

1. That Plaintiff Liberty Mutual shall recover from Defendant Michael Blatt the sum of $1,582.50, together with pre-judgment interest at the rate of 10% per annum from September 10, 2004, or $0.43 per day ($1,582.50 * .10 = $158.25/365 = $0.43), until the judgment is paid.

2. That Plaintiff Liberty Mutual shall recover from Defendant Michael Blatt the sum of $7,304.21, together with pre-judgment interest at the rate of 10% per annum from June 1, 2004, or $2.00 per day ($7,304.21 * .10 = $730.42/365 = $2.00), until the judgment is paid.

3. That Plaintiff Liberty Mutual shall recover from Defendant Michael Blatt the sum of $836.75, together with pre-judgment interest at the rate of 10% per annum from July 12, 2004, or $0.23 per day ($836.75 * .10 = $83.68/365 = $0.23), until the judgment is paid.

4. That Plaintiff Liberty Mutual shall recover from Defendant Michael Blatt the sum of $884.23, together with pre-judgment interest at the rate of 10% per annum from August 18, 2004, or $0.24 per day ($884.23 * .10 = $88.42/365 = $0.24), until the judgment is paid.

5. In sum, Liberty Mutual shall recover from defendant Michael Blatt the total principle sum of $10,607.69 (Items 1-4, above) with pre-judgment interest at the rate of 10% per annum from the dates set forth in Items 1-4, above.

6. Plaintiff Liberty Mutual shall recover costs from defendant Michael Blatt.

IT IS SO ORDERED, ADJUDGED AND DECREED:

DATED: 7/1/08

_____
JUDGE OF THE DISTRICT COURT

**JUDGMENT**

- 2 -