AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| LIBERTY MUTUAL INSRUANCE COMPANY | ) |
| v. | )    Case No.: C 06 2022 SC |
| MICHAEL T. BLATT | ) |

### Bill of Costs

Judgment having been entered in the above entitled action    07/01/2008    against   Michael T. Blatt   ,

                                                          Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ......................................................... | $ | 250.00 |
| Fees for service of summons and subpoena ......................................... | | 374.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 67.35 |
| Fees and disbursements for printing ............................................... | | |
| Fees for witnesses (itemize on page two) ........................................... | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | | 7.36 |
| Docket fees under 28 U.S.C. 1923 ................................................ | | 20.00 |
| Costs as shown on Mandate of Court of Appeals ...................................... | | |
| Compensation of court-appointed experts ........................................... | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs (please itemize) ..................................................... | | |
| TOTAL | $ | 719.51 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:    J. Christopher Bennington

For:   Liberty Mutual Insurance Company            Date:    07/15/2008

              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                              Deputy Clerk                     Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1

## **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3   I, the undersigned, am employed in the County of Orange, State of
California.  I am over the age of eighteen (18) years and not a party to the
4  within action.  My electronic mail address is mbennett@kringandchung.com.
The document was served electronically and the transmission was reported
5  as complete and without error.

6   On July 15, 2008 at approximately 4:50 p.m., I served true copies of
the foregoing document(s) described as **BILLS OF COST** on the interested
7  parties in this action, addressed as follows:

8   **Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
9   rdf@foremanandbrasso.com

10  ☒   BY E-MAIL:  By transmitting a true copy of the foregoing document(s)
to the e-mail address listed above.
11

12   I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

13   Executed on July 15, 2008, at Irvine, California.

14

15
_____
16                              MICHELLE BENNETT

17

18

19

20

21

22

23

24

25

26

27                              1



1  Ronald J. Skocypec, Bar No. 72690
   J. Christopher Bennington, Bar No. 105432
2  KRING & CHUNG, LLP
   200 N. Westlake Blvd., Suite 207
3  Westlake Village, CA 91362
   Telephone: (805) 494-3892
4  Facsimile: (805) 800-1950

5  Attorneys for Plaintiff
   LIBERTY MUTUAL INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | LIBERTY MUTUAL INSURANCE          ) Case No. C 06 2022 CW
   | COMPANY,                          )
12 |                                   ) **DECLARATION OF J.**
   |            Plaintiff,             ) **CHRISTOPHER BENNINGTON**
13 |       vs.                         ) **RE COST BILL OF PLAINTIFF**
   |                                   ) **LIBERTY MUTUAL INSURANCE**
14 | MICHAEL T. BLATT,                 ) **COMPANY**
   |                                   )
15 |            Defendant.             )
   |  _____ ) Trial Date:  March 10, 2008
16

17        I am an attorney licensed before all of the courts of the State of California and

18 admitted to the Northern District of California.  I am associated with Kring & Chung,

19 LLP, counsel for plaintiff Liberty Mutual Insurance Company.  I can attest to the

20 truth of the following matters from personal knowledge.

21

22        I have been responsible for preparing the cost bill submitted on behalf of

23 Liberty Mutual Insurance Company and filed with this declaration.  This declaration

24 is offered to further describe and attest to certain costs incurred during the course of

25 this litigation and listed on the cost bill form.

26

27        The fees for service of summons and subpoena were incurred in serving Mr.

28 Joseph Ryan as a witness for trial.



_____
DECLARATION OF J. CHRISTOPHER BENNINGTON RE COST BILL OF PLAINTIFF

1  The court reporter fees were incurred in securing a transcript of the court's
2  hearing on January 11, 2008.

3

4  The copy charges reflect filing and service copies of exhibits attached to
5  plaintiff's motion for summary judgment and reply brief in support of plaintiff's
6  motion for summary judgment.

7

8  The fees paid to the clerk represent the original filing fee at the time the case
9  was initiated.

10

11  I declare under penalty of perjury that the foregoing is true and correct.
12  Executed this 15th day of July, 2008, at Westlake Village, California.

13

14  */s/ J. Christopher Bennington*
15  By:  _____
16  J. Christopher Bennington

17

18

19

20

21

22

23

24

25

26

27

28



2

1 | **PROOF OF SERVICE**

2 | STATE OF CALIFORNIA, COUNTY OF ORANGE

3
4
5

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My electronic mail address is mbennett@kringandchung.com. The document was served electronically and the transmission was reported as complete and without error.

6
7
8

On July 15, 2008 at approximately 4:50 p.m., I served true copies of the foregoing document(s) described as **DECLARATION OF J. CHRISTOPHER BENNINGTON RE COST BILL OF PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY on** the interested parties in this action, addressed as follows:

9
10

**Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
rdf@foremanandbrasso.com

11
12

[X]  BY E-MAIL:  By transmitting a true copy of the foregoing document(s) to the e-mail address listed above.

13

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14

Executed on July 15, 2008, at Irvine, California.

15

16

17
  M. Bennett
  MICHELLE BENNETT

18

19

20

21

22

23

24

25

26



27

1

28 | F:\8000\0006\POS\PROOF OF SERVICE.doc