AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

**JUL 30 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LIBERTY MUTUAL INSRUANCE COMPANY )
) 
v. ) Case No.: C 06 2022 ~~SC~~ CW
)
MICHAEL T. BLATT )
)

## Bill of Costs

Judgment having been entered in the above entitled action  07/01/2008  against  Michael T. Blatt ,
                                                             Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................... | $ 250.00 |
| Fees for service of summons and subpoena ............................. | 374.80 |
| **Costs Disallowed purs. LR54-3(b)(3)** Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | ~~87.35~~ -0- |
| Fees and disbursements for printing ................................... | |
| Fees for witnesses (itemize on page two) ............................... | 0.00 |
| **Costs Disallowed purs. LR 54-3(d)(3)** Fees for exemplification and copies of papers necessarily obtained for use in the case ... | ~~7.36~~ -0- |
| **Costs Disallowed purs. LR 54-3(a)(1)** Docket fees under 28 U.S.C. 1923 ........................................ | ~~20.00~~ -0- |
| Costs as shown on Mandate of Court of Appeals ......................... | |
| Compensation of court-appointed experts .............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................... | |
| TOTAL | $ ~~740.51~~ 624.80 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  *[signature]*

Name of Attorney:  J. Christopher Bennington

For:  Liberty Mutual Insurance Company                              Date:  07/15/2008
        Name of Claiming Party

Costs are taxed in the amount of  $624.80                            and included in the judgment.

**Richard W. Wieking**                 By:  *Frances Stone*                     7/30/08
Clerk of Court                             Deputy Clerk                         Date