UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 1, 2008

**CASE INFORMATION:**
Short Case Title: <u>Liberty Mutual Insurance Company</u>-v- <u>Blatt</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No. CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 06-02022 CW</u>
Date Complaint/Indictment/Petition Filed: <u>3/16/06</u>
Date Appealed order/judgment *entered* <u>7/1/08, 10/26/07</u>
Date NOA *filed* <u>7/30/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>Katherine Powell, Sahar McVickar, Jim Yeomans, Raynee Mercado</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: <u>8/1/08</u>
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:

        ***See attached***


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                                                    510-637-3535

C-06-2022-CW Liberty Mutual Insurance Co.-v-Michael Blatt

**Appellate Counsel:**

J. Christopher Bennington
Ronald J. Skocypec
Kring & Chung LLP
200 N. Westlake Blvd., Suite 207
Westlake Village, CA 91362
805-494-3892

**Appellee Counsel:**

**Ronald D. Foreman**
Foreman & Brasso
930 Montgomery Street
Suite 600
San Francisco, CA 94133
415-433-3475