**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 1, 2008

J. Christopher Bennington
Kring & Chung LLP
200 N. Westlake Blvd., Suite 207
Westlake Village, CA 91362

SUBJECT:   Request for Payment of Docket Fee

Title: **Liberty Mutual Insurance Company -v- Michalel T. Blatt**
Case Number:   **CV 06-02022 CW**

A notice of appeal was e-filed with this Court on 7/30/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Clara Pierce*

by:   **Clara Pierce**
**Case Systems Administrator**

cc: U.S. Court of Appeals