## United States District Court
### Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16762        U.S. District Court Case No. 06-2022 CW

Short Case Title   Liberty Mutual v. Michael Blatt

Date Notice of Appeal Filed by Clerk of District Court   08/01/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 01/11/08 | Sahar McVickar | Pre-Trial Conference (already transcribed) |
| 03/04/08 | Raynee Mercado | Pre-Trial Conference |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

J. Christopher Bennington
Kring & Chung, LLP
200 N. Westlake Blvd., #207
Westlake Village, CA 91362
(805) 494-3892 - Phone

Date Transcript Ordered 08/11/2008

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My electronic mail address is mbennett@kringandchung.com. The document was served electronically and the transmission was reported as complete and without error.

On August 11, 2008 at approximately 4:00 p.m., I served true copies of the foregoing document(s) described as **TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested parties in this action, addressed as follows:

**Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
Foreman & Brasso
930 Montgomery Street, Ste. 600
San Francisco, CA 94133
rdf@foremanandbrasso.com
Phone: (415)433-3475
Fax: (415) 781-8030

[X]   BY E-MAIL:  By transmitting a true copy of the foregoing document(s) to the e-mail address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2008, at Irvine, California.

_M. Bennett_
MICHELLE BENNETT



1

F:\8000\0006\POS\PROOF OF SERVICE.doc

```
 1 │ Ronald J. Skocypec, Bar No. 72690
   │ J. Christopher Bennington, Bar No. 105432
 2 │ KRING & CHUNG, LLP
   │ 200 N. Westlake Blvd., Suite 207
 3 │ Westlake Village, CA 91362
   │ Telephone:  (805) 494-3892
 4 │ Facsimile:  (805) 800-1950
 5 │ Attorneys for Plaintiff
   │ LIBERTY MUTUAL INSURANCE COMPANY
 6 │
 7 │
 8 │                  UNITED STATES DISTRICT COURT
 9 │      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10 │
11 │ LIBERTY MUTUAL INSURANCE      ) Case No. C 06 2022 CW
   │ COMPANY,                      )
12 │                               ) REQUESTS FOR TRANSCRIPTS
   │         Plaintiff,            ) OF PROCEEDINGS FOR USE ON
13 │    vs.                        ) APPEAL
   │                               )
14 │ MICHAEL T. BLATT,             ) FRAP – RULE 10
   │                               )
15 │         Defendant.            ) Trial Date:  March 10, 2008
   │                               )
16 │                               )
   │                               ) Judgment Entered: July 1, 2008
17 │ _____)
```

NOTICE IS HEREBY GIVEN that Liberty Mutual Insurance Company, plaintiff in the above-named case, hereby designates the preparation of transcripts for the following proceedings:

1) Pre-trial hearing on January 11, 2008, before the Honorable Samuel Conti, reported by Sahar McVickar (transcript already prepared once/docket item 84); and

2) Pre-trial conference on March 4, 2008, before the Honorable Claudia Wilken, reported by Raynee Mercado.



---

**REQUESTS FOR TRANSCRIPTS OF PROCEEDINGS FOR USE ON APPEAL**

1  In addition, plaintiff and appellant Liberty Mutual Insurance Company
2  designates and will rely on at least the following items on the district court docket:
3  docket numbers 1, 15, 26, 27, 34 through 36, 38 through 45, 60, 65, 66, 73 through
4  84, 87 through 97, and 100.  Liberty Mutual reserves the right to rely on additional
5  items from the court's docket as they may become necessary.

7  Dated:  August 11, 2008                    KRING & CHUNG, LLP

                                              By: _____
                                              Ronald J. Skocypec
                                              J. Christopher Bennington
                                              Attorneys for Plaintiff
                                              LIBERTY MUTUAL INSURANCE
                                              COMPANY



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My electronic mail address is mbennett@kringandchung.com. The document was served electronically and the transmission was reported as complete and without error.

    On August 11, 2008 at approximately 4:00 p.m., I served true copies of the foregoing document(s) described as **REQUESTS FOR TRANSCRIPTS OF PROCEEDINGS FOR USE ON APPEAL** on the interested parties in this action, addressed as follows:

**Attorneys for Michael Blatt**
Ronald D. Foreman, Esq.
Foreman & Brasso
930 Montgomery Street, Ste. 600
San Francisco, CA 94133
rdf@foremanandbrasso.com
Phone: (415)433-3475
Fax: (415) 781-8030

[X]    BY E-MAIL: By transmitting a true copy of the foregoing document(s) to the e-mail address listed above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 11, 2008, at Irvine, California.

*/s/ M. Bennett*
MICHELLE BENNETT

1

F:\8000\0006\POS\PROOF OF SERVICE.doc