Ronald D. Foreman (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile:  (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
MICHAEL T. BLATT.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Mutual Insurance Company, | Case No. C 06 2022 CW |
| Plaintiff, | |
| v. | **REQUEST FOR TRANSCRIPTS OF PROCEEDINGS FOR USE ON APPEAL** |
| Michael T. Blatt, | |
| Defendant. | **FRAP - RULE 10-3 (b)** |
| | **Trial Date:** March 10, 2008 |
| | **Judgment Entered:** July 1, 2008 |

NOTICE IS HEREBY GIVEN that Defendant Michael T. Blatt, individually, hereby designates the preparation of transcripts for the following proceedings:

1.) Pre-trial hearing on January 11, 2008, before the Honorable Samuel Conti, reported by Sahara McVickar.(Transcript already prepared once/ docket item 84.)

2.) Status Conference hearing on January 16, 2008, before the Honorable Samuel Conti, reported by Jim Yeomans. (Transcript already prepared once/ docket items 69 and 70.)

---

**REQUEST FOR TRANSCRIPTS OF PROCEEDINGS FOR USE ON APPEAL**

1     In addition to the matters designated by Plaintiff, Liberty Mutual Insurance Company, Defendant Michael T. Blatt will rely on at least the following items on the district court docket: Docket numbers 47 through 59, 62, 67, 73 through 77, 79, and 85. Defendant Michael T. Blatt reserves the right to rely on additional items from the court's docket as they may become necessary.

DATED: August 18, 2008                                    FOREMAN & BRASSO

                                             By:     /s/
                                                   Ronald D. Foreman
                                                   Attorneys for Defendant
                                                   Michael T. Blatt

## PROOF OF SERVICE

I am a resident of the United States, over 18 years of age, and not a party to the within entitled action; I am employed at and my business address is 930 Montgomery Street, Suite 600, San Francisco, California. On this date I caused to be served the following document(s):

**REQUEST FOR TRANSCRIPTS OF PROCEEDINGS FOR USE ON APPEAL**

xxx   by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at San Francisco addressed as shown below.

___   by facsimile to the facsimile number(s) shown below.

___   by causing a true copy thereof enclosed in a sealed envelope to be hand delivered.

___   by causing a true copy thereof enclosed in a sealed envelope to be delivered by FEDEX at the address shown below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on August ___ 2008.

Dated: August ___ 2008                               FOREMAN & BRASSO

                                                     By:_____

L:\FAB\Blatt\Liberty Mutual\APPEAL\Requests for Transcripts.wpd